ORDERED.

**Dated: January 14, 2021**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 8:20-BK-07637 |
| | ) | Chapter 7 |
| FAITH ELYZABETH ANTONIO, | ) | |
| | ) | |
| Debtor. | ) | |
| ______________________________________/ | ) | |
| DGP PRODUCTS INC., D/B/A NUMERIC RACING, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adv. No. 8:20-ap-00537-CPM |
| vs. | ) | |
| | ) | |
| FAITH ELYZABETH ANTONIO, | ) | |
| | ) | |
| Defendant. | ) | |
| ______________________________________/ | | |

**AGREED ORDER OVERRULING OBJECTIONS TO THIRD PARTY DISCOVERY**

This cause came before the Court on January 11, 2021 for consideration of the objections that were or may have been interposed in opposition to third party discovery sought by DGP Products, Inc. ("**Plaintiff**") in this adversary proceeding. The Court has been advised of the agreement between the parties, and is otherwise fully advised in the premises.

ADJUDGED as follows:

1. All objections that Debtor has interposed or may have interposed to third party discovery served by Plaintiff have been withdrawn and shall be deemed to be waived and relinquished.

2. The third parties to whom discovery requests have been served or may hereafter be served by Plaintiff in this adversary proceeding shall comply with all subpoenaes duces tecum served by Plaintiff by producing and delivering to counsel of record for Debtor [to wit: Samantha L. Dammer, Samantha L. Dammer, P.A., 620 E. Twiggs Street, Suite 110, Tampa, Florida 33602-3938] of the documents and materials encompassed by and responsive to the respective subpoenaes duces tecum in a prompt and timely manner, and shall contemporaneously provide to counsel of record for Plaintiff [to wit: Stanford R. Solomon, The Solomon Law Group, P.A., 1881 West Kennedy Boulevard, Suite D, Tampa, Florida 33606-1611] an inventory listing identifying with reasonable particularity the documents and other materials produced and provided to Debtor's counsel of record pursuant to the respective subpoenaes duces tecum.

3. Within 14 days after receipt by Debtor's counsel of the documents and other materials produced by third parties pursuant to the subpoenaes duces tecum, counsel for Debtor shall produce the documents to counsel for Plaintiff pursuant to the Confidentiality Agreement governing discovery in this adversary proceeding.

4. The Court reserves jurisdiction to modify and to enforce this Order.

Order Submitted by:
Stanford R. Solomon
The Solomon Law Group, P.A.
1881 West Kennedy Blvd., Suite D
Tampa, Florida 33606-1611

Attorney Stanford R. Solomon is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.