UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| In re:<br><br>FAITH ELYZABETH ANTONIO,<br><br>Debtor. | ) | Case No: 8:20-BK-07637<br>Chapter 7 |
| DGP PRODUCTS INC., D/B/A NUMERIC RACING,<br>Plaintiff,<br><br>vs.<br><br>FAITH ELYZABETH ANTONIO,<br><br>Defendant. | ) | Adversary Case No: 8:20-ap-00537-CPM |

**DGP PRODUCT INC. D/B/A NUMERIC RACING'S**
**LIMITED OBJECTION TO SAMANTHA DAMMER'S MOTION TO WITHDRAW**

DGP Products, Inc. d/b/a Numeric Racing ("**DGP**") hereby files this limited objection to Samantha Dammer's Motion to Withdraw [D.E.30] and states as follows:

1. On October 13, 2020, Debtor filed a Voluntary Petition under Chapter 7 through her attorney Gino Megna ("**Megna**") under case number 8:20-BK-07637 (the "**Main Case**").

2. On October 15, 2020, DGP filed its Complaint under case number 8:20-ap-00537-CPM (the "**Adversary**")

3. On October 28, 2020, Megna filed his Notice of Appearance and Request for Notice on Behalf of Debtor in the Adversary.

4. On December 14, 2020, Megna filed a Motion for Leave to Withdraw as Counsel in the Adversary, but no such document in the Main Case.

5. On December 20, 2020, Samantha L. Dammer ("**Dammer**") filed her Notice of Appearance and Request for Notice in the Adversary.

6. On January 25, 2021, an Amended Agreed Order Overruling Objections to Third Party Discovery (the "**Agreed Order**") was entered in the Adversary [D.E. 33] whereby all objections that Debtor interposed or may have interposed to third party discovery was withdrawn and deemed to be waived and relinquished. The Agreed Order requires third parties to whom discovery requests have been served or may hereafter be served by DGP in the Adversary to produce and deliver responses to counsel of record for Debtor.

7. On February 11, 2021, Dammer filed her Motion for Leave to Withdraw as Counsel in the Main Case and in the Adversary

Megna remains listed as counsel in Main Case, but it is unclear if this is by way of clerical error on Megna's part to not withdraw from the Main Case and the Adversary.DGP has no objection to an order authorizing Dammer to withdraw from the Main Case and the Adversary other than to ensure that the Agreed Order is appropriately amended to provide that third parties either direct discovery to a substitute counsel, to The Solomon Law Group, P.A. ("**SolomonLaw")** directly, or to authorize third parties to provide discovery to this Court to review in camera to provide to SolomonLaw.

WHEREFORE, this Court should require an order authorizing the withdraw of Dammer to include information that directs third party discovery to be submitted to substitute counsel,

to SolomonLaw or to the Court for in camera inspection; or in the alternative enter a Second Amended Agreed Order directing third party discovery to be submitted to substitute counsel, to SolomonLaw or to the Court for in camera inspection.

*/s/ Allison D. Thompson*
Stanford R. Solomon
ssolomon@solomonlaw.com
Florida Bar No. 302147
Allison D. Thompson
athompson@solomonlaw.com
Florida Bar No. 36981
**THE SOLOMON LAW GROUP, P.A.**
1881 West Kennedy Boulevard, Suite D
Tampa, Florida 33606-1611
(813) 225-1818 (Tel)
(813) 225-1050 (Fax)
Attorneys for **DGP PRODUCTS INC. D/B/A NUMERIC RACING**

**Certificate of Service**

I hereby certify that a true copy of the Limited Objection to Samantha Dammer's Motion to Withdraw has been served either by CM/ECF transmission or standard first class mail this 18th day of February 2021, to the following:

Faith Elyzabeth Antonio
3564 Dove Hollow Ct.
Palm Harbor, FL 34683
**Debtor**

Gino A. Megna
McGuire Law Offices
1173 N.E. Cleveland St.
Clearwater, FL 33755
**Attorney for Defendant**

Samantha L. Dammer
Samantha L. Dammer, P.A.
620 E. Twiggs Street, Suite 110
Tampa, FL 33602
**Attorney for Defendant**

Christine L. Herendeen
P.O. Box 152348
Tampa, FL 33684
**Trustee**

United States Trustee - TPA7/13
Timberlake Annex, Ste. 1200
501 E. Polk Street
Tampa, FL 33602
**U.S. Trustee**

*/s/ Allison D. Thompson*
Stanford R. Solomon
ssolomon@solomonlaw.com
Florida Bar No. 302147
Allison D. Thompson
athompson@solomonlaw.com
Florida Bar No. 36981
**THE SOLOMON LAW GROUP, P.A.**
1881 West Kennedy Boulevard, Suite D
Tampa, Florida 33606-1611
(813) 225-1818 (Tel)
(813) 225-1050 (Fax)
Attorneys for **DGP PRODUCTS INC. D/B/A NUMERIC RACING**