**[jiffyorda]** [Bench Order AP +]

ORDERED.

**Dated: March 22, 2021**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:
Faith Elyzabeth Antonio

Debtor* /

Case No. 8:20−bk−07637−CPM
Chapter 7

DGP Products Inc. d/b/a Numeric Racing

Plaintiff*

vs.

Adv. Pro. No. 8:20−ap−00537−CPM

Faith Elyzabeth Antonio

Defendant* /

**ORDER DENYING MOTION TO QUASH PLAINTIFF'S SUBPOENAS AND RESPONSE ON OPPOSITION TO PLANTIFF'S AMENDED MOTION TO COMPEL TURNOVER OF DOCUMENTS RECEIVED PURSUANT TO AMENDED AGREED ORDER OVERRULING OBJECTIONS TO THIRD PARTY DISCOVERY**

THIS CASE came on for hearing on March 22, 2021 , for consideration of the **Motion to Quash Plaintiff's Subpoenas and Response on Opposition to Plantiff's Amended Motion to Compel Turnover of Documents Received Pursuant to Amended Agreed Order Overruling Objections to Third Party Discovery** (Doc. **52** ), filed by **Defendant Faith Antonio** .

For the reasons stated orally and recorded in open court, the Motion to Quash Plaintiff's Subpoenas and Response on Opposition to Plantiff's Amended Motion to Compel Turnover of Documents Received Pursuant to Amended Agreed Order Overruling Objections to Third Party Discovery is Denied .

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

The Clerk's office is directed to serve a copy of this order on interested non−CM/ECF users.

Approved for entry.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.