UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re:<br><br>**FAITH ELYZABETH ANTONIO**,<br><br>Debtor. | Case No: 8:20-BK-07637<br>Chapter 7 |
| **DGP PRODUCTS INC. D/B/A NUMERIC RACING**,<br><br>Plaintiff,<br><br>vs.<br><br>**FAITH ELYZABETH ANTONIO**,<br><br>Defendant. | Adversary Case No: 8:20-ap-00537-CPM |

**DGP PRODUCTS INC.'S**
**MOTION TO OBTAIN CREDIT REPORT OF FAITH ELYZABETH ANTONIO**

DGP Products Inc. d/b/a Numeric Racing ("**DGP**") moves this Court to obtain the credit report of Faith Elyzabeth Antonio ("**Debtor**").

## PROCEDURAL HISTORY

1. On October 15, 2020, DGP filed the Complaint [Doc. 1] seeking a finding that: (1) Debtor's debts to DGP are non-dischargeable under 11 U.S.C. § 523(a)(4); (2) Debtor's debts to DGP are non-dischargeable under 11 U.S.C. § 523(a)(6); and (3) Debtor's debts are non-dischargeable under 11 U.S.C. § 727(a)(2)(A).

2. DGP hired a forensic accountant, Kanter & Associates, P.A. (the "**Forensic Accountant**"), to conduct a complete forensic report outlining and capturing wrongful charges made by Debtor on DGP accounts, payment of personal expenses and bills by Debtor from DGP accounts, wrongful ATM withdrawals by Debtor from DGP accounts, forged

checks by Debtor from DGP accounts, and Debtor's unauthorized use of merchant accounts.

3. Forensic accounting utilizes accounting, auditing, and investigative skills to conduct an examination into potential fraud and/or embezzlement.

4. Forensic accounting entails the use of tracing funds, asset identification, asset recovery, and due diligence reviews.

5. The Forensic Accountant requires a credit check of Debtor to complete its forensic report and further investigate Debtor for instances of fraud.

6. The Forensic Accountant has reason to believe that Debtor may have applied for loans recognizing DGP as her employer.

7. The Forensic Accountant further has reason to believe that Debtor may have used an inflated income in loan applications based on the money she misappropriated from DGP.

8. The Forensic Accountant has reason to believe that Debtor may have assets not identified in her bankruptcy schedule.

WHEREFORE, this Court should enter an order authorizing DGP to obtain and/or run a credit check of Debtor.

*/s/ Allison D. Thompson*
Stanford R. Solomon
ssolomon@solomonlaw.com
Florida Bar No. 302147
Allison D. Thompson
athompson@solomonlaw.com
Florida Bar No. 0036981
**THE SOLOMON LAW GROUP, P.A.**
1881 West Kennedy Boulevard, Suite D
Tampa, Florida 33606-1611
(813) 225-1818 (Tel)
(813) 225-1050 (Fax)
Attorneys for **DGP PRODUCTS INC. D/B/A NUMERIC RACING**

## Certificate of Service

I hereby certify that I am admitted to the bar of this Court. I further certify that the foregoing **MOTION TO OBTAIN CREDIT REPORT OF FAITH ELYZABETH ANTONIO** was filed through the CM/ECF system and served via U.S. Mail and email on this 20th day of May 2021 upon the following:

Faith Elyzabeth Antonio
faithantonio.legal@gmail.com
3564 Dove Hollow Court
Palm Harbor, FL 34683

*/s/ Allison D. Thompson*
Stanford R. Solomon
ssolomon@solomonlaw.com
Florida Bar No. 302147
Allison D. Thompson
athompson@solomonlaw.com
Florida Bar No. 0036981
**THE SOLOMON LAW GROUP, P.A.**
1881 West Kennedy Boulevard, Suite D
Tampa, Florida 33606-1611
(813) 225-1818 (Tel)
(813) 225-1050 (Fax)
Attorneys for **DGP PRODUCTS INC. D/B/A NUMERIC RACING**