UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No: 8:20-BK-07637 |
| | ) | Chapter 7 |
| FAITH ELYZABETH ANTONIO, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| DGP PRODUCTS INC., D/B/A NUMERIC RACING, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Adversary Case No: 8:20-ap-00537-CPM |
| | ) | |
| FAITH ELYZABETH ANTONIO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DGP PRODUCTS INC.'S**
**MOTION TO CONTINUE TRIAL**

DGP Products Inc. d/b/a Numeric Racing ("**DGP**") moves to continue the trial currently scheduled for August 30, 2021- August 31, 2021 and as grounds therefore states as follows:

1. On or about January 8, 2021, the Solomon Law Group, P.A. hired Kanter & Associates, PA, CPA's ("**Kanter**") to conduct a forensic evaluation of embezzlement and theft by Defendant of DGP property and assets.
2. Discovery has been extensive and is ongoing in this matter and has been frustrated by Defendant's lack of cooperation in turning over required documents.
3. On June 21, 2021, DGP filed its Amended Notice Advising Court of Inability to Reach Agreement at Meet and Confer and advising the Court that it requires

additional documents not provided by Defendant in her Response to Request for Production.

4. Kanter continues its investigation and recently identified additionally discovery required causing further non-party subpoenas duces tecum to be served.
5. On June 23, 2021, DGP served subpoenas duces tecum on AT&T Wireless, Auctane LLC, Autonrize.net, Dwolla, Inc., and LogMeIn USA, Inc.
6. DGP requires the deposition of Defendant and potentially additional individuals pending the final report from Kanter.
7. Kanter is unable to complete its investigation until it has all necessary documents to conduct a full forensic evaluation and report.
8. This is the first continuance requested by DGP and is not interposed for the purposes of delay.
9. Defendant will suffer no prejudice should trial be continued.

**WHEREFORE,** DGP requests that the Court will (i) grant the Motion to Continue Trial and reschedule not before October 20, 2021; and (ii) any other relief the court deems appropriate.

*/s/ Stanford R. Solomon*
Stanford R. Solomon
ssolomon@solomonlaw.com
Florida Bar No. 302147
Allison D. Thompson
Florida Bar No. 36981
athompson@solomonlaw.com
**THE SOLOMON LAW GROUP, P.A.**
1881 West Kennedy Boulevard, Suite D
Tampa, Florida 33606-1611
(813) 225-1818 (Tel)
(813) 225-1050 (Fax)
Attorneys for **DGP PRODUCTS INC.**

## SIGNATURE OF MOVANT

I approve this request for continuance and certify that this motion is made in good faith and not for purposes of delay.

Dated: July 7, 2021

**DANIEL GEBERTH**
**As President of DGP Products Inc.**

## Certificate of Service

I hereby certify that a copy of the foregoing has been furnished by CM/ECF, U.S. Mail, or email on July 7, 2021, to:

Faith Elyzabeth Antonio
3564 Dove Hollow Ct.
Palm Harbor, FL 34683
Email: faithantonio.legal@gmail.com
***Pro Se* Defendant**
*[by email and U.S. Mail]*

Christine L. Herendeen
P.O. Box 152348
Tampa, FL 33684
**Chapter 7 Trustee**
*[by CM/ECF]*

United States Trustee- TPA 7/13
Timberlake Annex, Ste, 1200
501 E. Polk Street
Tampa, FL 33602
**U.S. Trustee**
*[by CM/ECF]*

*/s/Stanford R. Solomon*
Stanford R. Solomon
ssolomon@solomonlaw.com
Florida Bar No. 302147
Allison D. Thompson
Florida Bar No. 36981
athompson@solomonlaw.com
**THE SOLOMON LAW GROUP, P.A.**
1881 West Kennedy Boulevard, Suite D
Tampa, Florida 33606-1611
(813) 225-1818 (Tel)
(813) 225-1050 (Fax)
Attorneys for **DGP PRODUCTS INC.**