Filed
JUL 07 2021
CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa DIVISION

2 Pages Scanned by SC

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Via Email

IN RE:

| | |
|---|---|
| FAITH ELYZABETH ANTONIO,<br>Debtor | Case No. 8:20-bk-07637<br>Chapter 7 |
| DGP PRODUCTS INCS, DBA NUMERIC RACING<br>Plaintiff | Adversary Case No. 8:20-ap-00537-CPM |
| vs. | |
| FAITH ELYZABETH ANTONIO,<br>Defendant | |

**NOTICE OF FILING EXHIBITS TO DEFENDANTS**
**<u>AMENDED MOTION FOR SUMMARY JUDGEMENT</u>**

Faith Elyzabeth Antonio (" Defendant") hereby gives notice to this Court and to DGP Products, Inc. d/b/a Numeric Racing ("Plaintiff ') of the filing of the attached exhibits to Defendants Amended Motion for Summary Judgement with Incorporated Memorandum, filed on July 1, 2021[D.E. 129].

Respectfully submitted.

Faith Elyzabeth Antonio
Pro Se Defendant
Faithantonio.legal@gmail.com
3564 Dove Hollow Ct
Palm Harbor, FL 34683

**Certificate of Service**

I hereby certify that the foregoing Notice of Filing Exhibits to Defendants Amended Motion for Summary Judgment was filed and served via email on July 7, 2021, to the attorneys at the Solomon Law Group, Allison Thompson (athompson@solomonlaw.com).

Faith Elyzabeth Antonio
Pro Se Defendant
Faithantonio.legal@gmail.com
3564 Dove Hollow Ct
Palm Harbor, FL 34683