Filed
JUL 07 2021
CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division
24 Pages Scanned by SC

Via Email

# INCIDENT/INVESTIGATION REPORT

| | |
|---|---|
| Agency Name | *Pasco Sheriff's Office* |
| ORI | *FL0510000* |
| Case# | *20-000839* |
| Date / Time Reported | *01/07/2020 09:04 Tue* |
| Last Known Secure | *01/01/2015 00:00 Thu* |
| At Found | *01/07/2020 09:00 Tue* |

**INCIDENT DATA**

| | |
|---|---|
| Location of Incident | [redacted] |
| Premise Type | *Other Retail* |
| Zone/Tract | Z3 |

| # | Crime Incident(s) | (Com) | Weapon / Tools | Activity | Entry | Exit | Security |
|---|---|---|---|---|---|---|---|
| #1 | *Forgery* *831.01* | F | *NOT APPLICABLE* | | | | |
| #2 | *Fraudulent Use Of A Credit Card* *817.61* | F | | | | | |
| #3 | | ( ) | | | | | |

MO

**VICTIM**

# of Victims *1* Type: BUSINESS Injury: Domestic: N

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | [redacted] | [redacted] | [redacted] | | | [redacted] | [redacted] | |

| | |
|---|---|
| Home Address | [redacted] |
| Home Phone | |
| Employer Name/Address | |
| Business Phone | [redacted] |
| Mobile Phone | |

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHERS INVOLVED**

CODES: V- Victim (Denote V2, V3) O = Owner (if other than victim) R = Reporting Person (if other than victim)

Type: INDIVIDUAL/ NOT LAW ENFORCEMENT Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] | | [redacted] | |

| | |
|---|---|
| Home Address | [redacted] |
| Home Phone | [redacted] |
| Employer Name/Address | [redacted] |
| Business Phone | [redacted] |
| Mobile Phone | [redacted] |

Type: Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| | |
|---|---|
| Home Address | |
| Home Phone | |
| Employer Name/Address | |
| Business Phone | |
| Mobile Phone | |

**PROPERTY**

L = Lost S = Stolen R = Recovered D = Damaged Z = Seized B = Burned C = Counterfeit / Forged F = Found ("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| | |
|---|---|
| Officer/ID# | *DANIELS, A. G. (PAT2, SO17) (2399)* |
| Invest ID# | *DUNCAN, W. F. (CID, ECU) (5010)* |
| Supervisor | *BOZURICH* |
| Complainant Signature | |
| Case Status | *Unfounded* *01/17/2020* |
| Case Disposition: | |

EXHIBIT 1-A

# REPORTING OFFICER NARRATIVE

*Pasco Sheriff's Office*

| Victim | Offense | OCA 20-000839 |
|---|---|---|
| [redacted] | FORGERY | Date / Time Reported: Tue 01/07/2020 09:04 |

Support Documents: Documents provided by victim of unauthorized transactions.

Reconstruction: The victim advised former accountant forged business checks for personal expenses. The suspect also used the company`s credit card to make unauthorized purchases and had the items sent to her residence to avoid detection.

[redacted]

Interview: While assigned to the front desk at District 3, I was advised of the following via walk in complaint. The victim [redacted] the owner of [redacted] located in [redacted] advised during the last five years his accountant/book keeper/girlfriend Faith Antonio has been utilizing company`s funds to make unauthorized purchases. [redacted] advised Antonio has paid her rent, purchased business cards for her families business, made numerous unauthorized purchases thru Amazon and Quill. [redacted] said the purchased items were then shipped to her residence in Palm Harbor. At this time [redacted] estimates a loss to his business around $30,000.00.

[redacted] advised Antonio was utilizing QuickBooks entries to hide her fraudulent activity. The unauthorized purchases she would reclassify the subject heading for QuickBooks to conceal activity.

Investigation: I conducted the above interview. [redacted] was asked to make a list of the transactions and why he felt they were fraudulently made with the company`s funds.
On October 13, 2019 Antonio went to Best Buy in Citrus Park and purchased $142.09 worth of merchandise with the company`s American Express Card. The items were not purchased for the business.

On October 15, 2019 Antonio went to Best Buy.Com and purchased $197.23 with the company`s American Express card and had the items shipped to her house in Palm Harbor, depriving the company of the item and funds used to purchase the item.

Antonio was authorized to make business purchases via Quill. Antonio went into the company`s Quill account and added her home address so items could be shipped to her private residence.
Via Quill.com, Antonio purchased an assortment of items from August 24, 2015 to June 19, 2019 totaling $1284.87. Antonio would use QuickBooks to show payment of the items shipped to her Palm Harbor residence as office supplies and make the payment using the company`s Synovus Bank credit card. [redacted] proved invoices from Quill.com and the credit card payment statement from Synovus Bank to show payment to Quill.com.

Antonio was authorized to make company purchases via Amazon Business Services. Antonio added her home address to the company`s account and had unauthorized purchases shipped to her house directly.
Via Amazon Business, Antonio purchased an assortment of items from November 13, 2018 to August 15, 2019 totaling $1148.33. Antonio would use QuickBooks to show payment of the items shipped to her Palm Harbor residence as office supplies and computer/internet. Payment for the purchases Antonio used the company`s Synovus Bank credit card. Antonio was printing checks via QuickBooks and then forging [redacted] signature on the checks.

[redacted] also provided copies of other transactions he didn`t authorize. On February 2, 2108 Antonio gave her leasing company the routing number to the company`s Synovus Bank account to pay her rent for $1957.26 and coded the transaction in QuickBooks as a vendor name.

# REPORTING OFFICER NARRATIVE

| *Pasco Sheriff's Office* | | OCA *20-000839* |
|---|---|---|
| Victim [redacted] | Offense *FORGERY* | Date / Time Reported *Tue 01/07/2020 09:04* |

Each packet that [redacted] is titled which company was used to make the unauthorized purchases: Amazon Business Services, Best Buy, Quill Documents, Forged Checks and Rent Payment from Business Account. I scanned in the packets into desk scan, make a packet to send to Economic Crimes and placed a copy of the packet into records.

[redacted] advised he is still looking into his accounts and finding more unauthorized transactions made by Antonio.

Warrants check was conducted on both parties with negative results. Antonio has filed for a Domestic Violence Injunction against [redacted] in Pinellas County but [redacted] has not been served at this time.

Faith Antonio currently lives in Palm Harbor and I have not attempted contact with the suspect at this time.

Nothing further to report.

# CASE SUPPLEMENTAL REPORT

Printed: 02/04/2020 12:23

*Pasco Sheriff's Office*

OCA: ***20000839***

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *UNFOUNDED* **Case Mng Status:** *UNFOUNDED* **Occurred:** *01/01/2015*

**Offense:** *FORGERY*

**Investigator:** *DANIELS, A. G. (2399)* **Date / Time:** *01/09/2020 11:55:58, Thursday*

**Supervisor:** *BOZURICH, J. A. (1886)* **Supervisor Review Date / Time:** *01/10/2020 16:16:55, Friday*

**Contact:** **Reference:** *Supplement Completed*

Support Documents: Copies of the fraudulent transaction provided by victim

On January 9, 2020 while assigned to the front desk at District 3, I received the following information via email from the victim, [redacted]

[redacted] advised from March 31, 2017 to April 10, 2018 suspect paid her personal Best Buy Credit Card account [redacted] with funds from his business. [redacted] said he didn't authorize the payments and suspect hide the payments under different titles in QuickBooks to avoid suspicion.

Sixteen payments were made to Faith Antonio Best Buy account for a total $8174.38. The funds were paid with [redacted] Synovus checking account.
On June 23, 2017 Antonio wrote a check to Best Buy for $1200.00 from [redacted] business account as a "repayment". [redacted] advised he didn't authorize the payment and he didn't sign the check.

[redacted] provided photocopies of the transaction from QuickBooks and Synovus checking account.

I scanned in the provided documents into Desk Support, sent a copy to Economic Crimes and placed a copy into records.

Nothing further to report.

# CASE SUPPLEMENTAL REPORT

Printed: 02/04/2020 12:23

*Pasco Sheriff's Office*

OCA: ***20000839***

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *UNFOUNDED* **Case Mng Status:** *UNFOUNDED* **Occurred:** *01/01/2015*

**Offense:** *FORGERY*

**Investigator:** *DUNCAN, W. F. (5010)* **Date / Time:** *01/17/2020 12:45:11, Friday*

**Supervisor:** *ROZANKOWSKI, S. M. (2761)* **Supervisor Review Date / Time:** *01/23/2020 09:05:08, Thursday*

**Contact:** **Reference:** *Supplement Completed*

RELATED CASE: None
STAT DATA: Change status from Active to Unfounded
BWC ACTIVATED: N/A
SUPPORT DOCUMENTS: None

On 01-14-20, I reviewed this case and called [redacted] (victim) to go over the case. Due to the many transactions involved and his notes made on the bank and credit card statements I asked [redacted] to meet with me in person to go over his markings and the transactions he noted were done without his knowledge or permission.

On 01-15-20, I met with [redacted] at his residence. He explained to me He met the Faith Antonio (suspect) in 2014, several months later he "hired her to help manage his business", which he operates out of his home. He said she was his girlfriend and employee. Their personal relationship began before she began doing work for him, He said whenever they went out he paid for everything. When they first met he was addicted to pain medication after a painful neck surgery. Faith helped him get over his addiction and gained his trust, this is when he gave her access to help with his business.

When Faith began working for [redacted] he paid her cash which he withdrew from an ATM. She handled paying bills for the business. She had access to his business bank account and his company's American Express card. She was authorized to make business purchases only.

[redacted] said he paid her close to one thousand dollars a week, but could not provide an exact amount. She was not given a pay check, and he considered her to be an employee, but nothing he described was consistent with a person being employed. Faith had no set hours, no specific job description and her duties varied from paying bills to running errands. She was never given a W-2 or 1099 for tax purposes.

[redacted] said he believes Faith knew exactly what she was doing and tried very hard to hide her activates. She destroyed all of the bank and credit card statements, neglected to add certain transactions to QuickBooks and had items delivered to her residence and not [redacted]

While researching this case I looked at [redacted] Facebook page which showed a post from his account on 12-15-19, which reads,

"I have been working 24/7 to get this mess cleaned up that my ex girlfriend Faith Lee on Facebook real name Faith Antonio. I dated her for over 5 years to find out she has been embezzling money from my business [redacted] for several years. It's a lot of money and stuff so far and I keep finding more. I got into 2016 through 2018 and some of 2019 and it's disturbing knowing what she has been doing for the last 5 years. You just don't start doing this at the age of 34 she is now 39. She has been doing this type of shit her whole life. No question about it. A very very dishonest, sneaky, lying, thief. She had me fooled and I entrusted her to do my accounting but rather she was bleeding my accounts anyway she could. She bought so much stuff on my Amex and Synovus accounts that have

# CASE SUPPLEMENTAL REPORT

Printed: 02/04/2020 12:23

*Pasco Sheriff's Office* OCA: ***20000839***

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *UNFOUNDED* **Case Mng Status:** *UNFOUNDED* **Occurred:** *01/01/2015*

**Offense:** *FORGERY*

**Investigator:** *DUNCAN, W. F. (5010)* **Date / Time:** *01/17/2020 12:45:11, Friday*

**Supervisor:** *ROZANKOWSKI, S. M. (2761)* **Supervisor Review Date / Time:** *01/23/2020 09:05:08, Thursday*

**Contact:** **Reference:** *Supplement Completed*

nothing to do with my company. So much sneaky shit she did in Quickbooks to hide everything. I found where she purchased a Ring camera system and an Arlo camera system. So I outfitted more than just her house. I also bought a Cricut machine that does arts and crafts for $400.00. Isn't that nice. There is a shitload of Amazon purchases that were all delivered to her house. My tax returns are going to be filed so late until I fix this mess. Here is a picture of the culprit. I wouldn't hire her considering what she has done and what she is capable of doing. I filed charges and I also filed a Civil Law Suit against her. I have so much evidence there is no way she can avoid going to jail or punished in some way. Forging my name on checks is really all I need and I have a lot of them that were all disguised in Quickbooks as something else."

Another post on 11-17-19, says,

"Well my GF Faith Antonio, Faith Lee is what she goes by on Facebook of over 5 years has been embezzling money out of my business accounts. I have all the damning evidence and deciding on what I should do. I found so many payments disguised as something else in my Quickbooks accounting paying for her personal shit. Innisbrook membership, Best Buy Credit card, Credit One Bank, Merrick Bank, forged checks, there is so many and this was supposed to be one person I should have been able to trust the most. Used my Synovus and amex business cards like they were her own personal cards to pay for her stuff. She is in complete denial and keeps lying about it when I have it all in black and white. She is a compulsive liar and I caught her in so many this past year and a half. I lost count. I was completely taken advantage of and used. I also have paid for so many things that she needed and her family. I even bought one of her kids a car for 10k and paid for his transmission repair of $1700.00. 17k on her boob job and tummy tuck, 5k on her teeth and the list is so long over the years. I am in complete utter shock she did this and feel so violated. I keep finding more and more stuff as I go through the books and now I think it is time to get the police involved. Karma is a bitch and I don't want to have to waste my time on it but it is so much money that I feel compelled to do so. Claims to be Christian but she is a very bad example of one. I can count on one hand how many times she has actually cooked for me in the last year. 2 times. Everything happens for a reason and she took complete advantage of me. It's not a small amount of money either. It's upwards of over 40k. She just keeps saying I never embezzled any money from you. I have all the proof I need in my hand. DUH! I was so mad one day when she wasn't here and smashed her computer screen. She will get everything that she deserves coming to her."

These post clearly indicate Faith was considered a girlfriend and not an employee. It also shows [redacted] was more than generous with buying lavish gifts and spending large amount of money on Faith and her children.

On 01-16-20, I met with Faith at her residence. In a non-custodial interview Faith told me [redacted] was aware of all of the purchases. He had access to the accounts and she never hide anything from him. She told me she did manage some of the business affairs such as paying bills and buying supplies. Items which were shipped to her house were authorized by [redacted] who told her she could do some work from home. Other items like computer and gaming equipment were for her children, which [redacted] told her to put on the business card so he could use the write-off on his taxes and get "points" from the credit card.

# CASE SUPPLEMENTAL REPORT

Printed: 02/04/2020 12:23

*Pasco Sheriff's Office*

OCA: ***20000839***

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *UNFOUNDED* **Case Mng Status:** *UNFOUNDED* **Occurred:** *01/01/2015*

**Offense:** *FORGERY*

**Investigator:** *DUNCAN, W. F. (5010)* **Date / Time:** *01/17/2020 12:45:11, Friday*

**Supervisor:** *ROZANKOWSKI, S. M. (2761)* **Supervisor Review Date / Time:** *01/23/2020 09:05:08, Thursday*

**Contact:** **Reference:** *Supplement Completed*

She said she did not see herself as an employee, but as a girlfriend who helped with the business. She confirmed she was given cash, did not have specific duties, had no set schedule and did everything from paying bills to cooking, cleaning and help with [redacted] two teenage children. She described herself as 70% girlfriend and 30%.

I determined neither party has any independent or conclusive information to show the transactions were either authorized or not. Faith did not block access to the bank accounts, she did not open any accounts without [redacted] knowledge. She claims [redacted] was able to see every transaction and deny any purchases at any time. This situation appears to be a girlfriend who had access to the victim's finances and took advantage of his generosity and willingness to trust her with those resources. There was an ongoing intimate relationship, [redacted] failed to monitor his company's finances and according to Faith, allowed the purchases to be made.

Due to there being no clear evidence of a crime being committed, I request this case be unfounded.

---

om: mand3rz21@yahoo.com
To: faithantonio@hotmail.com
Subject: FW: Dan Truly Cares
Date: Thur, Nov 19, 2015 10:05 am

thought you should know. good for him, tell him im happy move on and thanks for being concerned but no thanks im good lol

---

From: "Daniel Geberth" <dan@numericracing.com>
To: mand3rz21@yahoo.com
Subject: Dan Truly Cares
Date: Thur, Nov 19, 2015 2:05 am

Amanda

When I send you emails I don't mean to come across as a dick or want to hurt you. Just concerned because I actually care deeply what happens to you. My friend Kenneth Jones just lost his sister to weight problems from being under weight. Her body finally shut down from being way underweight and she couldn't handle it anymore as her body was feeding off itself. I also lost my neighbor I grew up with in NJ recently with after years of her battling her weight problem. She had a cardiac arrest. So when I saw your pics on Aspen's FB ecause I monitor her page. Before you deleted her in a childish manner I was able to see how you were doing. I became concerned because I saw how you looked and you did not look healthy by any means. I think you need help and if something were to happen to you and I didn't at least try would be hard for me to suck up. Sorry for caring so much. Besides that how are you doing otherwise. I try to communicate with you but you are not at all interested. I have my days where they are up and down. Being sober has been a very positive change for me and I didn't realize how many people I was hurting. Some may forgive me and some may not. I've apologized to you several times before and only wish you could find it in your heart to forgive me. It wasn't who I was. I am a much better person and in a better place. Every day is a new challenge for me and every day I go sober is a great accomplishment. There has been a few times where things weren't going right and I wanted to find some drugs. I resisted the temptation and it's had it's up and downs. Being sober has only brought positive things to my life. I am able to put 100% into my business and great things are going to come from it now I am able to put 100% into it because I am past the hump of staying sober. I wish you could find it in your heart to actually talk to me one day again. I treated you very well and took care of you the best I could. Don't know how you can't see this and no man will ever care for you as much as I did. I always put you before me first and maybe I shouldn't have done that because maybe I spoiled you and pretty much gave you whatever you wanted. Wish you had treated me the same way. Sorry to ramble on but I have so much unfinished business with you and never got closure from you. After several years gone by it still bothers me to this day. Maybe till the rest of my life if you never decide to talk to me. I can't comprehend for the life of me why you shut me out. I was always faithful to you which is a rare trait these days. Do you actually hate me more than anything after all the things I've done for you. It's very rare a man would take care of a women did to you in this day in age. It's who I am. Old fashioned and I believe the man has to take care of the won You really didn't actually have to work and that's how it should be in my world. Only to have something to every day. I wish you weren't so stubborn and actually communicate with me. I took very good care of you chances are no man has been able to fill my shoes. It's hard for me to move on in my relationship when I s

EXHIBIT 1-B

have strong feelings for you. Faith is a great girl but something is missing or my feelings are holding me back. If you have no feelings for me whatsoever than you could possibly help me move on by telling me so. I think I think I deserve this at the very least for everything I've done. I don't think it's too much to ask for. I would do the same for you. There really has been only 2 women I have ever really truly loved. My ex Maryanne who is a very good friend of mine. Like a sister to me. Then there is you of course where I would do anything within reason for you. I am probably the only ex that would always be there for you. I ask one favor if you could let me know you got my email message at least. Just a received your message so I am not wondering and another thing to help me get you out of my mind if you are not interested in talking to me. You could always come to me for advice and I would help the best I could. Have to go for now and I look forward to your response. A part of my life is missing.

Only good intentions

Dan

NUMERIC Racing

**Daniel Geberth**
**dan@numericracing.com**
**Ph 813-920-4415**
**Fx 813-920-4417**

**Pinellas County Housing Authority**
11479 Ulmerton Road, Largo, FL 33778
Phone: 727.443.7684 ∘ TDD: 800.955.8770
Fax: 727.443.6894 ∘ TTY: 800.955.8771
www.PinellasHousing.com

**AFFIDAVIT OF SUPPORT**

I, Daniel Geberth, do hereby state that I give the sum of
(Print name of Certifier)

$ 600 ~~weekly / bi-weekly /~~ monthly to Faith Antonio
(Print name of recipient)

for the support of:

✓ His / Her Self

________ my child (children) whose name or names are:

Please initial next to statement that applies:

________ I plan to continue to give support to the above recipient during the next 12 months

✓ I plan to stop giving support to the above recipient as of: 5/1/17
(Date)

(Signature of Certifier)

State of Florida
County of Pasco

Sworn to (or affirmed) and subscribed before me this 5th day of August of, 2016.

Personally Known ________ OR Produced Identification ✓

Identification Produced FL DL G163161703340

(Signature of Notary)

Melinda DeSalvo
(Printed Name of Notary)

Melinda DeSalvo
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF232276
Expires 6/6/2019

Seal Stamp Above

EXHIBIT
1-C



EXHIBIT
1-D

**Daniel Geberth**

November 17, 2019 ·

Well my GF Faith Antonio, Faith Lee is what she goes by on Facebook of over 5 years has been embezzling money out of my business accounts. I have all the damning evidence and deciding on what I should do. I found so many payments disguised as something else in my Quickbooks accounting paying for her personal shit. Innisbrook membership, Best Buy Credit card, Credit One Bank, Merrick Bank, forged checks, there is so many and this was supposed to be one person I should have been able to trust the most. Used my Synovus and amex business cards like they were her own personal cards to pay for her stuff. She is in complete denial and keeps lying about it when I have it all in black and white. She is a compulsive liar and I caught her in so many this past year and a half. I lost count. I was completely taken advantage of and used. I also have paid for so many things that she needed and her family. I even bought one of her kids a car for 10k and paid for his transmission repair of $1700.00. 17k on her boob job and tummy tuck, 5k on her teeth and the list is so long over the years. I am in complete utter shock she did this and feel so violated. I keep finding more and more stuff as I go through the books and now I think it is time to get the police involved. Karma is a bitch and I don't want to have to waste my time on it but it is so much money that I feel compelled to do so. Claims to be Christian but she is a very bad example of one. I can count on one hand how many times she has actually cooked for me in the last year. 2 times. Everything happens for a reason and she took complete advantage of me. It's not a small amount of money either. It's upwards of over 40k. She just keeps saying I never embezzled any money from you. I have all the proof



EXHIBIT

1-E

File info

File name
Westgate_UniversalStudios_Aspen

Date taken
September 4 2017
2 13 PM

Size
4.4 MB

Dimensions
4032 x 3024

Shot
1/60 sec. f/1.7 4.25mm

013

ISO
800

Device
SM-G950U

Folder path
[redacted]

Source
This PC



EXHIBIT 1-F

# Numeric Racing

## PROFIT AND LOSS

January - December 2017

| | TOTAL |
|---|---|
| Income | |
| Billable Expense Income | -223.04 |
| Discounts given | -5,466.47 |
| Merchandise Sales | 271,394.03 |
| Sales | 53,223.94 |
| Shipping Income | 758.80 |
| Unapplied Cash Payment Income | 92.14 |
| Uncategorized Income | -464.87 |
| **Total Income** | **$319,314.53** |
| Cost of Goods Sold | |
| Freight and Shipping Costs | 14,667.05 |
| Materials | 83,438.25 |
| **Total Cost of Goods Sold** | **$98,105.30** |
| GROSS PROFIT | **$221,209.23** |
| Expenses | |
| Advertising | 16,402.62 |
| Automobile Expense | 7,857.11 |
| Bank Service Charges | 8,901.11 |
| Computer and Internet Expenses | 13,451.71 |
| Dues and Subscriptions | 3,474.60 |
| Insurance Expense | 552.90 |
| Meals and Entertainment | 1,976.21 |
| Merchant Fees | 155.38 |
| Office Supplies | 3,296.83 |
| Professional Fees | 2,755.00 |
| QuickBooks Payments Fees | 24.39 |
| Rent Expense | 2,436.78 |
| Repairs and Maintenance | 263.36 |
| Shop Supplies | 3,027.05 |
| Taxes & Licenses | 1,376.36 |
| Telephone Expense | 5,030.48 |
| Travel Expense | 2,016.73 |
| Uncategorized Expense | 5,103.84 |
| Utilities | 4,344.39 |
| **Total Expenses** | **$82,446.85** |
| NET OPERATING INCOME | **$138,762.38** |
| NET INCOME | **$138,762.38** |



EXHIBIT

1-G

# Numeric Racing

## PROFIT AND LOSS

January - December 2017

| | TOTAL |
|---|---|
| Income | |
| Billable Expense Income | -223.04 |
| Discounts given | -5,466.47 |
| Merchandise Sales | 271,394.03 |
| Sales | 53,223.94 |
| Shipping Income | 758.80 |
| Unapplied Cash Payment Income | 92.14 |
| Uncategorized Income | -464.87 |
| **Total Income** | **$319,314.53** |
| Cost of Goods Sold | |
| Freight and Shipping Costs | 14,667.05 |
| Materials | 83,438.25 |
| **Total Cost of Goods Sold** | **$98,105.30** |
| GROSS PROFIT | **$221,209.23** |
| Expenses | |
| Advertising | 16,402.62 |
| Automobile Expense | 7,857.11 |
| Bank Service Charges | 8,901.11 |
| Computer and Internet Expenses | 13,451.71 |
| Dues and Subscriptions | 3,474.60 |
| Insurance Expense | 552.90 |
| Meals and Entertainment | 1,976.21 |
| Merchant Fees | 155.38 |
| Office Supplies | 3,296.83 |
| Professional Fees | 2,755.00 |
| QuickBooks Payments Fees | 24.39 |
| Rent Expense | 2,436.78 |
| Repairs and Maintenance | 263.36 |
| Shop Supplies | 3,027.05 |
| Taxes & Licenses | 1,376.36 |
| Telephone Expense | 5,030.48 |
| Travel Expense | 2,016.73 |
| Uncategorized Expense | 5,103.84 |
| Utilities | 4,344.39 |
| **Total Expenses** | **$82,446.85** |
| NET OPERATING INCOME | **$138,762.38** |
| NET INCOME | **$138,762.38** |

# Numeric Racing

## PROFIT AND LOSS

January - December 2018

| | TOTAL |
|---|---|
| Income | |
| Discounts given | -53,366.64 |
| Merchandise Sales | 383,429.72 |
| Sales | -385.75 |
| Shipping Income | 6,703.26 |
| Unapplied Cash Payment Income | 5.00 |
| **Total Income** | **$336,385.59** |
| Cost of Goods Sold | |
| Cost of Goods Sold | 2,309.62 |
| Freight and Shipping Costs | 19,846.17 |
| Materials | 99,958.78 |
| **Total Cost of Goods Sold** | **$122,114.57** |
| GROSS PROFIT | **$214,271.02** |
| Expenses | |
| Advertising | 5,607.29 |
| Automobile Expense | 17,030.83 |
| Bank Service Charges | 3,222.86 |
| Computer and Internet Expenses | 5,950.73 |
| Dues and Subscriptions | 3,571.25 |
| Interest Expense | 97.74 |
| Meals and Entertainment | 331.08 |
| Merchant Fees | 3,895.81 |
| Office Supplies | 2,318.85 |
| Professional Fees | 5,670.00 |
| Purchases | 285.36 |
| QuickBooks Payments Fees | 3,109.87 |
| Rent Expense | 2,046.96 |
| Repairs and Maintenance | 1,642.29 |
| Shop Supplies | 4,132.48 |
| Taxes & Licenses | 288.75 |
| Telephone Expense | 5,816.75 |
| Uncategorized Expense | 169.94 |
| **Total Expenses** | **$65,188.84** |
| NET OPERATING INCOME | **$149,082.18** |
| Other Expenses | |
| Ask My Accountant | 500.00 |
| **Total Other Expenses** | **$500.00** |
| NET OTHER INCOME | **$ -500.00** |
| NET INCOME | **$148,582.18** |

Gmail

Faith Antonio [redacted]

**Fwd: You've got a money request**
1 message

**Tabitha Gregor** [redacted]
To: Faith Antonio [redacted]

[redacted]

Begin forwarded message:

**From:** "service@paypal.com" <service@paypal.com>
**Date:** March 23, 2020 at 1:32:05 PM EDT
**To:** Tabithaann Beatrice Gregor [redacted]
**Subject: You've got a money request**

Hello, Tabithaann Beatrice Gregor

# DGP Products Inc. sent you a money request

NOTE FROM DGP Products Inc. :

"I want the $480. 00 dollars Faith sent you through my Paypal account. Just found your name in my contacts list. She never had permission or authority to dc so. More ways of her embezzling"

EXHIBIT
1-H

money. Criminal, Cheaters and Liars always get caught. She used me and so did your whole family. Nice Christians you guys all are. Especially her.

Payment request details

Transaction ID: U-9EY12087XL3841614 March 23, 2020

Amount requested $480.00 USD

Pay Now

Help & Contact | Security | Apps

Gmail [redacted]

## Fwd: You've got a money request

*1 message*

**Tabitha Gregor** [redacted] [redacted]
To: Faith Antonio[redacted]

Begin forwarded message:

**From:** "service@paypal.com" <service@paypal.com>
**Date:** March 23, 2020 at 4:26:34 PM EDT
**To:** Tabithaann Beatrice Gregor [redacted]
**Subject: You've got a money request**

Hello, Tabithaann Beatrice Gregor

# DGP Products Inc. sent you a money request

NOTE FROM DGP Products Inc. :

“ No explanation so it's Obviously more fraud from your sister and family. More shit to pile on the pile. What wonderful people you all are. The civil suit is still on with this new find. ”

# Payment request details

Transaction ID: U-6RN60167NC124472C

March 23, 2020

Amount requested $480.00 USD

Pay Now

Help & Contact | Security | Apps

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. Learn to identify phishing

*Please don't reply to this email. To get in touch with us, click* **Help & Contact**.

Gmail [redacted]

**Fwd: You've got a money request**
1 message

**Tabitha Gregor** <[redacted] [redacted]

Begin forwarded message:

> **From:** "service@paypal.com" <service@paypal.com>
> **Date:** March 24, 2020 at 9:34:54 PM EDT
> **To:** Tabithaann Beatrice Gregor <Tabithag[redacted]>
> **Subject:** You've got a money request

Hello, Tabithaann Beatrice Gregor

# DGP Products Inc. sent you a money request

NOTE FROM DGP Products Inc. :

" 727-900-9033 that is the number you use for amazon and obviously a cell phone number I never knew about. Your secret cell phone number hidden from me to do whatever you felt like doing. "

Man what a sneaky fake ass person you are. It's your secret iden ty you were doing everything behind my back. A very disloyal girlfriend you were sleeping with everyone.

Payment request details

Transac on ID: U-49E99198NW072851W March 24, 2020

Amount requested $350,000.00 USD

Pay Now

Help & Contact | Security | Apps

Gmail

Faith Antonio [redacted]

## You've got a money request

**service@paypal.com** <service@paypal.com>
To: Faith Antonio [redacted]

Tue, Mar 24, 2020 at 9:34 PM

Hello, Faith Antonio

# DGP Products Inc. sent you a money request

NOTE FROM DGP Products Inc. :

"727-900-9033 that is the number you use for amazon and obviously a cell phone number I never knew about. Your secret cell phone number hidden from me to do whatever you felt like doing. Man what a sneaky fake ass person you are. It's your secret identy y ou were doing everything behind my back. A very disloyal girlfriend you were sleeping with everyone."

# Payment request details

Transacon ID: U-0UU68452L6137740F

March 24, 2020

Amount requested $350,000.00 USD

Pay Now

Help & Contact | Security | Apps

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. Learn to identify phishing

Please don't reply to this email. To get in touch with us, click **Help & Contact**.