Filed
JUL 07 2021
CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa DIVISION

6 Pages Scanned by SC

Via Email

Gmail

Faith Antonio <faitheantonio@gmail.com>

# Fwd: DGP Products v. Faith Elyzabeth Antonio

**Brendan R. Riley, Esq.** <BRR@bettercallbrendan.com> Mon, Jun 8, 2020 at 10:23 AM
To: Faith Antonio <faitheantonio@gmail.com>

we have a 20 day extension, and have you ever seen the attached? did they ever file that with IRS? The fact they sent it this way is *juvenile.*

Brendan R. Riley, Esq.
please excuse typos sent on galaxy note 10+

------ Forwarded message ------
From: <derek@lawbernstein.com>
Date: Mon, Jun 8, 2020, 10:20 AM
Subject: RE: DGP Products v. Faith Elyzabeth Antonio
To: Brendan R. Riley, Esq. <BRR@bettercallbrendan.com>, Melody Zehetner <Melody@bettercallbrendan.com>
Cc: <Eservice@yourpersonalattorney.com>

Please provide the attached to your client.

[redacted]

EXHIBIT
5-A

Florida Bar Number 87954

727-312-3748 (Office)

727-350-9848 (Facsimile)

www.BetterCallBrendan.com

---

**Faith Antonio 2016 1099.pdf**
126K

☐ CORRECTED (if checked)

| | | | | |
|---|---|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>DGP Products Inc<br>15328 Black Gold Loop<br><br>Odessa FL 33556 | 1 Rents<br>$<br>2 Royalties<br>$ | OMB No. 1545-0115<br>**2016**<br>Form 1099-MISC | **Miscellaneous Income** | |
| | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | **Copy B For Recipient** | |
| PAYER'S federal identification number<br>[redacted] | RECIPIENT'S identification number<br>[redacted] | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| RECIPIENT'S name<br>Faith Antonio<br>Street address (including apt. no.)<br>3564 Dove Hollow Court<br>City or town, state or province, country, and ZIP or foreign postal code<br>Palm Harbor FL 34683 | 7 Nonemployee compensation<br>$ 53149.42 | 8 Substitute payments in lieu of dividends or interest<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. | |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ☐ | 10 Crop insurance proceeds<br>$ | | |
| | 11 | 12 | | |
| Account number (see instructions)<br>[redacted] | FATCA filing requirement ☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ |

Form **1099-MISC** (keep for your records) www.irs.gov/form1099misc Department of the Treasury - Internal Revenue Service

DAA



EXHIBIT

5-B

# Social Security Administration
## Retirement, Survivors and Disability Insurance
Important Information

SOCIAL SECURITY ADM
2340 DREW ST
CLEARWATER FL 33765

FAITH E ANTONIO
[redacted]

Date: July 22, 2020
Claim Number: [redacted]

We are writing to you because we need to know more about your work. Please tell us about your work since 05/2013. We will use this information to decide if you can receive or continue to receive disability benefits.

**What You Need To Do**

Please complete and return the completed form **within 15 days** to the address shown above. It is important to fill out the form carefully and completely. Remember to sign and date the form. If you do not return this form, we may contact your employer or make our determination based on the evidence we have in our records.

**Some Information To Help You Complete This Form**

Our records show the employers and yearly earnings for you. This list may not be complete. It may not show your work for this year or last year. You should add any additional work information as you complete the form.

| Employer Name | Year | Earnings |
| --- | --- | --- |

**For More Information**

Please read the enclosed pamphlet, "Working While Disabled...How We Can Help." It will tell you more about why we need to know about your work, and will explain our rules about working. This pamphlet is also available online at www.ssa.gov/pubs/10095.html.

See Next Page

Form **SSA-821-BK** (04-2012) ef(04-2012)

EXHIBIT
5-C

Claim #: 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

3A. Please tell us about your work since the DATE shown in the Identification section, beginning with your most recent employer. If you are not sure about this, ask your employer(s) to help you. Use the additional space provided in the Remarks section if you need more room for your answer.

| Current or Most Recent Employer's Name | Area Code and Telephone Number | Area Code and Fax Number |
|---|---|---|
| DGP PRODUCTS INC | (813)249-5600 | |

| Mailing Address | City | State | ZIP Code |
|---|---|---|---|
| 15328 BLACK GOLD LOOP | ODESSA | FL | 33556 |

Job Title and Type of Work

| Date Work Started (MM/DD/YYYY) | Date Work Ended (if ended) (MM/DD/YYYY) ☐ Still working | Rate of Pay | Hours Worked per Week (on average) |
|---|---|---|---|
| __/__/2015 | | $______ per ______ | |

Attach copies of all your pay stubs from this employer or ask the employer for a wage print-out showing gross monthly earnings **since the DATE shown in the Identification section.**

☐ I have ENCLOSED Pay Stubs or Gross Wage Print Outs.

☑ I DO NOT have Pay Stubs or Gross Wage Print Outs. For any months that you DO NOT have pay stubs or a print-out, use the chart below to tell us how much you earned (before deductions) in each month.

| Date Earned MM/YYYY | Amount | Date Earned MM/YYYY | Amount | Date Earned MM/YYYY | Amount |
|---|---|---|---|---|---|
| | $ | | $ | | $ |
| | $ | | $ | | $ |
| | $ | | $ | | $ |
| | $ | | $ | | $ |

3B. If you do not have any more employers, go to Question 4.

| Previous Employer's Name | Area Code and Telephone Number | Area Code and Fax Number |
|---|---|---|
| | | |

| Mailing Address | City | State | ZIP Code |
|---|---|---|---|
| | | | |

Job Title and Type of Work

| Date Work Started (MM/DD/YYYY) | Date Work Ended (if ended) (MM/DD/YYYY) ☐ Still working | Rate of Pay | Hours Worked per Week (on average) |
|---|---|---|---|
| | | $______ per ______ | |

Attach copies of all your pay stubs from this employer or ask the employer for a wage print-out showing gross monthly earnings **since the DATE shown in the Identification section.**

☐ I have ENCLOSED Pay Stubs or Gross Wage Print Outs.

☐ I DO NOT have Pay Stubs or Gross Wage Print Outs. For any months that you DO NOT have pay stubs or a print-out, use the chart below to tell us how much you earned (before deductions) in each month.

| Date Earned MM/YYYY | Amount | Date Earned MM/YYYY | Amount | Date Earned MM/YYYY | Amount |
|---|---|---|---|---|---|
| | $ | | $ | | $ |
| | $ | | $ | | $ |
| | $ | | $ | | $ |
| | $ | | $ | | $ |

# Social Security Administration
## Disability Information

SOCIAL SECURITY ADM
2340 DREW ST
CLEARWATER FL 33765

Date: August 20, 2020
Claim Number: [redacted]

FAITH ANTONIO
[redacted]

We recently reviewed the evidence in your Social Security disability claim and found that your disability is continuing. Here is some important information about your claim. We have also enclosed information about working that explains some of the terms we use.

The evidence shows that you have not worked in any trial work months.

Your claim will be reviewed from time to time to see if you are still eligible for benefits based on disability. When your claim is reviewed, you will be contacted if there is any question as to whether your eligibility continues.

If you are receiving Supplemental Security Income payments, any decision about that claim will be sent in a separate notice.

**Promptly Report Events Which May Affect Your Benefits**

You must promptly report any changes which may affect your benefits. Failure to do so could mean you may have to repay any benefits not due. Let us know if:

- You returned to work since your last report or you return to work in the future (no matter how little you earn); or
- You previously reported your work, but the duties or pay have changed. (Remember to keep records of your work and earnings such as pay statements from your employer.); or
- Your doctor says your condition has improved (even if you do not have a job now); or
- You apply for workers' compensation or another public disability benefit, start receiving those monthly checks (or lump sum), or have a change in the amount; or

See Next Page



EXHIBIT
5-D