Filed
JUL 07 2021
CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa DIVISION

10 Pages Scanned by SC

Via Email

001876

DGP Products Inc
DBA Numeric Racing
[redacted]

[redacted]

8/5/2016

PAY TO THE ORDER OF Jeff Rielly $ **100.00

One Hundred and 00/100****************************************************************** DOLLARS

Jeff Rielly

FOR

[redacted]



EXHIBIT

8-A

001857

DGP Products Inc

[redacted] [redacted]

4-4-16

PAY TO THE ORDER OF FIS 875.00

Eight hundred seventy five and 0/100 DOLLARS

FOR

[redacted]

001863

[redacted] [redacted]

5-11-16

PAY TO THE ORDER OF FIS 600.00

Six hundred dollars and 0/100 DOLLARS

FOR

⑈001863⑈ ⑆063114166⑆ 1003778642⑈

For deposit only
Flooring Installation
[redacted]

002061

DGP Products Inc

[redacted] [redacted]

11-21-18

PAY TO THE ORDER OF Fis $ 300.00

Three hundred dollars and 0/100 DOLLARS

MEMO Floor Repair

[redacted]

For Deposit Only
Flooring Installation
Specialist Inc.
[redacted]



EXHIBIT
8-B

001960

DGP Products Inc
DBA Numeric Racing
2438 Merchant Ave Ste 104
Odessa, FL 33556
727-372-0300

[redacted]

10/18/2017

PAY TO THE ORDER OF Faith Antonio $**800.00

Eight Hundred and 00/100****************************************************************** DOLLARS

Faith Antonio
3564 Dove Hollow Ct
Palm Harbor, FL 34683

FOR

⑈001960⑈ [redacted] 864 2⑈

[redacted]

001959

DGP Products Inc
DBA Numeric Racing
2438 Merchant Ave Ste 104
Odessa, FL 33556
727-372-0300

SYNOVUS BANK

[redacted]

10/19/17

PAY TO THE ORDER OF Lokey VW $ 5032. 14

Five thousand thirty two and 14/100 DOLLARS

FOR Aspen's car

⑈001959⑈ [redacted] 864 2⑈

[redacted]

001958

DGP Products Inc
DBA Numeric Racing
2438 Merchant Ave Ste 104
Odessa, FL 33556
727-372-0300

SYNOVUS BANK

[redacted]

10/16/2017

PAY TO THE ORDER OF Control Cables, Inc $ **452.15

Four Hundred Fifty-Two and 15/100****************************************************************** DOLLARS

Control Cables, Inc
9816 Alburtis Ave
Sante Fe Springs, Ca 90670

FOR

EXHIBIT 8-C

210

⑈001958⑈ [redacted] 864 2⑈

# Invoice 2-23-17

CAMTECH
Engineering Services LLC
696 Ferncliff Dr.
Port Orange, Fl. 32127
PHONE 386-788-2624
FAX 386-788-7492

Ref PO #273
Numeric Racing
2438 Merchant Ave Suite 104D
Odessa Fl. 33556
Atten: Accounts Payable

| Description | Price |
|---|---|
| (1) Mastercam Maintenance renewal 2017 | $1,080.00 |

| | |
|---|---|
| Shipping and Handling | $ N/C |
| 7% Fl. Sales Tax | $ N/A |
| Total | $ 1,080.00 |

Terms:
Net 30 days

Thank you
Jim Gamble
jim@camtechfl.com

DGP Products Inc
DBA Numeric Racing
[redacted]

002092

7-16-19

PAY TO THE ORDER OF Zeigler Transmission $ 1730.00

One thousand seven hundred thirty dollars DOLLARS

MEMO 2008 Mustang Repair

[redacted]

Security Features exceed industry standards and include:

Chemical Wash Detection Box

COLOR INSIDE THIS BOX SHOULD BE WHITE

ORIGINAL DOCUMENT

PAY TO THE ORDER OF

[redacted]

Date 07-18-2019 Sequence 5066206080 Serial 2092 TR 61100606
Account [redacted] TranCode 0 Amount 1730.00 DbCr D InstID 165
EmployeeFlag 00 MIInstID 165 MIFromInstID 165
MIAccount 1003778642 MICostCenter 8888 MIAppID 2 MIBranch 0

EXHIBIT
8-D

Please note the attached.

Thank you,

--

Respectfully,

Faith Elyzabeth Antonio

Pro Se/Defendant

---

**Faith Antonio** <faithantonio.legal@gmail.com> Tue, Apr 20, 2021 at 3:58 PM
To: Allison Thompson <athompson@solomonlaw.com>

Please see attached, as requested.

Also, please confirm with your client that the check written for and alleged as forged for Zeigler Transmission is his handwriting.

Thank you
[Quoted text hidden]

**3 attachments**

**SCHEDULE A American Express.pdf**
112K

**SCHEDULE A Capital One.pdf**
111K

**Syn_DG_20190716_Check_ZeiglerTransmission.pdf**
115K

---

**Allison Thompson** <athompson@solomonlaw.com> Fri, Apr 23, 2021 at 2:55 PM
To: Faith Antonio <faithantonio.legal@gmail.com>

Thank you.

The check does appear written by Mr. Geberth. I will ensure that this is not included going forward.

[Quoted text hidden]

---

**Faith Antonio** <faithantonio.legal@gmail.com> Fri, Apr 23, 2021 at 5:00 PM
To: Allison Thompson <athompson@solomonlaw.com>

Thank you for confirmation.

On March 26th, we had a discussion about the 1099's:

"The 1099s from 2017-2019, were already verified by Pasco Sheriff and the IRS as fraudulent. Those forms aren't given to employees, as you know.'"

But they were provided with your Amended Response to Defendant's Request for Production of Documents. It says quite clearly that 2017 1099 was rejected.
You admitted to my attorney that your client never gave me a 1099. This was his attempt to transfer a tax liability.

**Zeigler Automotive, Inc.**
149 Stevens Avenue
Oldsmar, FL 34677
727-568-7800 813-891-6776
MV88193

Page 1 Of 1

NUMERIC RACING
CHRISTIAN ANTONIO
15328 BLACK GOLD LOOP
ODESSA, FL 33556

| Tech | Qty. | Part Number | Description | Each | Total |
|---|---|---|---|---|---|
| FOR WARRANTY OUTSIDE OF 25 MILES CALL 1 866-588-0728 | | | | | |
| CALL CELL 813-466-4880 | | | | | |
| | | | Total for Warranty Information | | 0.00 |
| CHECK TRANSMISSION, CHECK ENGINE LIGHT ON | | | | | |
| OD LIGHT FLASHING | | | | | |
| CODES FOR TRANS | | | | | |
| SP | 1 | *TRANS | 12 Month / 12,000 Mile Limited Non-Transferable Warrant, Whichever Ocurs First - Remove And Dissemble Transmission And Rebuild As Necessary. Estimate $1700.00 - $2000.00 | 1,700.00 | 1,700.00 |
| | | | Total for Items | | 1,700.00 |

Date 07-17-2019 | Mileage 105976 | **Invoice** 14068

Model 2008 Ford Mustang
License 1
Unit
Vin 1
Home 813-920-4415 Work - -

| Service History | Miles | Date | Next Service Due |
|---|---|---|---|
| OIL LUBE & FILTER | 0 | | Never Serviced |
| ENGINE TUNE UP | 0 | | Never Serviced |
| EMISSIONS SERVICE | 0 | | Never Serviced |
| FUEL INJ SERVICE | 0 | | Never Serviced |
| FUEL FILTER | 0 | | Never Serviced |
| AIR FILTER | 0 | | Never Serviced |
| A/C SERVICE | 0 | | Never Serviced |
| WHEEL ALIGNMENT | 0 | | Never Serviced |
| TIRE BALANCE | 0 | | Never Serviced |
| ROTATE TIRES | 0 | | Never Serviced |
| SHOCKS / STRUTS | 0 | | Never Serviced |
| FRONT BRAKE | 0 | | Never Serviced |
| REAR BRAKE | 0 | | Never Serviced |
| TRANSMISSION | 0 | | Never Serviced |
| COOLING SYSTEM | 0 | | Never Serviced |
| HOSES / BELTS | 0 | | Never Serviced |
| TIMING BELT | 0 | | Never Serviced |
| BATTERY | 0 | | Never Serviced |
| OTHER SERVICE | 0 | | Never Serviced |
| TIRES | 0 | | Never Serviced |
| DIAGNOSTIC | 0 | | Never Serviced |

TRANSMISSION AND AUTO REPAIR

[redacted]

| Department | Sale |
|---|---|
| SERVICE | 0.00 |
| TRANSMISSION\EN | 1,700.00 |
| TIRES | 0.00 |
| BATTERIES | 0.00 |
| TOWING | 0.00 |
| FL DISPOSAL | 0.00 |
| OTHER | 0.00 |
| Supply/Disposal | 30.00 |
| Other | 0.00 |
| Fl. Disposal Fee | 0.00 |
| SUB TOTAL ==> | 1,730.00 |
| Sales Tax | 0.00 |
| | 0.00 |
| TOTAL ==> | 1,730.00 |

| Payments |
|---|
| 1,730.00 - 101 CHECK |

1,730.00 Total Paid
0.00 Balance Due

CUSTOMER COPY

Salamander® MAGAZINE

# THE EXCLUSIVE IN-ROOM PUBLICATION FOR SALAMANDER HOTELS & RESORTS




# 2016 MEDIA KIT

**Offering advertisers a unique opportunity to reach a special group of affluent travelers**

EXHIBIT
8-E




# ABOUT SALAMANDER HOTELS & RESORTS





Salamander Hotels & Resorts is an independent, luxury brand that creates exceptional and authentic experiences at each of its relaxing escapes and retreats in Virginia and Florida, led by the flagship equestrian-inspired Salamander Resort & Spa—recognized in 2014 by Condé Nast Traveler as one of the Top 10 Resorts in the South and by Travel + Leisure as one of the World's Greatest Hotels.

Sheila C. Johnson, founder and CEO of this growing portfolio, leads Salamander Hotels & Resorts with an exacting vision of excellence, bringing a refreshingly caring, thoughtful and personalized approach to hospitality.

A successful entrepreneur and impassioned philanthropist, Ms. Johnson is Vice Chairman of Monumental Sports & Entertainment and is the only African-American woman to have ownership in three professional sports teams: the NBA's Washington Wizards, the NHL's Washington Capitals, and the WNBA's Washington Mystics, for which she serves as President and Managing Partner. She also serves on the Executive Committee of the United States Golf Association, on the Board of Governors of Parsons The New School for Design in New York, and is a member of the Leadership Council at Harvard Kennedy School's Center for Public Leadership.



# THE SALAMANDER NAME



The Salamander name comes from the story of Bruce Sundlun, an American war hero, politician and previous owner of the property where the Salamander Resort & Spa now stands. As a bomber pilot in World War II, Sundlun's plane was shot down over Nazi-occupied Belgium. For months, he evaded capture and eventually worked with the French Resistance. They gave him the code name "Salamander" after the amphibian that can mythically walk through fire and come out alive.

When Ms. Johnson heard the meaning of "salamander" she fell in love with it and what it meant. In addition to finding Sundlun's story inspiring, Ms. Johnson discovered that for centuries the salamander has symbolized strength, courage and fortitude — traits with which she has identified throughout her personal and business life. Sundlun granted permission for the name "Salamander Farm" to be restored to the estate and Ms. Johnson continues to expand the use of "Salamander" in her businesses.

Salamander MAGAZINE



## SALAMANDER RESORT & SPA
MIDDLEBURG, VIRGINIA

- 168 luxurious rooms and suites set on 340 acres in the foothills of the Blue Ridge Mountains
- Virginia Piedmont-inspired dining, a dedicated state-of-the-art cooking studio and wine bar
- A luxury spa with 14 deluxe treatment rooms and a secluded spa courtyard with infinity edge pool, fire pit, whirlpool and private cabanas
- A full-service equestrian center with 22 stalls, riding arena, scenic trails, and traditional as well as unique equestrian programming



## INNISBROOK RESORT
TAMPA BAY, FLORIDA

- 609 spacious guest rooms and suites nestled on 900 acres of rolling hills and 70 acres of lakes on the west coast of central Florida
- *Four championship golf courses and host to the annual PGA Tour Valspar Championship Presented by BB&T*
- A sparkling new 18,000 square-foot spa, salon and fitness center complete with a meditation labyrinth
- The resort includes 11 immaculate clay tennis courts, six swimming pools, including the Loch Ness Monster Pool with water slides, and 60 acres of lakes for fishing



## HAMMOCK BEACH RESORT
PALM COAST, FLORIDA

- 320 accommodations, including an intimate oceanfront lodge and array of spacious villas and suites located in an oceanfront 12-story tower.
- Two championship golf courses (designed by Jack Nicklaus and Tom Watson) that have been host to PGA Tour events
- Marina with docking slips, private club amenities and charter services such as sport fishing boats, kayaks and more
- Fantasy Waterpark with slide and lazy river
- Oceanfront resort restaurants, sushi bar and cigar bar



## REUNION RESORT
ORLANDO, FLORIDA

- 360 resort accommodations including luxury condominiums, private villas and vacation homes surrounded by 2,300 acres of lush landscape as well as a nature preserve
- *Only location in the United States with golf courses designed by the golf greats Jack Nicklaus, Arnold Palmer and Tom Watson*
- Annika Sorenstam golf teaching facility – the ANNIKA Academy
- Full service luxury boutique spa, multiple pools including a water park and 1,000 foot lazy river
- Spectacular dining options including the hip Eleven restaurant featuring a rooftop pool and nightly views of the fireworks from nearby Walt Disney World



## HENDERSON BEACH RESORT
DESTIN, FLORIDA

- 171-room resort fronting nearly 1.5 miles of white powdery sand with sweeping views of the Gulf of Mexico and pristine dunes
- *Adjacent to the 208-acre, environmentally protected Henderson Beach nature preserve, which offers guests both a sense of privacy and a plethora of activities*
- Destination spa with 11 spacious treatment rooms and extensive water features
- An elevated culinary environment featuring Gulf-to-table seafood traditions and healthy fare, a signature restaurant with display kitchen, and a striking octagonal-shaped bar featuring freshly prepared sushi