ORDERED.

**Dated: August 02, 2021**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re Case No. 8:20-bk-07637-CPM

Faith Elyzabeth Antonio. Chapter 7

Debtor.
_______________________________/

DPG Products, Inc.
d/b/a Numeric Racing,

Plaintiff,
v. Adv. Proc. No. 8:20-ap-00537-CPM

Faith Elyzabeth Antonio,

Defendant.
_______________________________/

**ORDER GRANTING IN PART AND DENYING IN PART**
**DEFENDANT'S MOTION FOR PROTECTIVE ORDER AND TO STAY DISCOVERY**

THIS PROCEEDING came on for hearing on July 21, 2021, for consideration of the Plaintiff's Motion for Protective Order and to Stay Discovery (the "Motion") (Doc. 137). For the reasons stated orally and record in open court that shall constitute the decision of the Court, it is

**ORDERED:**

1. The Motion is granted in part and denied in part as stated below.

2. The relevant time period for purposes of discovery requests is limited to the time period before the Defendant filed her bankruptcy petition. This order is without to the Plaintiff's seeking relief from this ruling if the Plaintiff can establish relevancy.

3. The Motion is denied as to all other requests for relief included in the Motion.

The Clerk is directed to serve a copy of this order on the Debtor.