ORDERED.

**Dated: August 02, 2021**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re — Case No. 8:20-bk-07637-CPM

Faith Elyzabeth Antonio. — Chapter 7

Debtor.
______________________________/

DPG Products, Inc.
d/b/a Numeric Racing,

Plaintiff,

v. — Adv. Proc. No. 8:20-ap-00537-CPM

Faith Elyzabeth Antonio,

Defendant.
______________________________/

**ORDER DENYING MOTION TO STRIKE EXPERT WITNESS**

THIS PROCEEDING came on for hearing on July 21, 2021, for consideration of the Plaintiff's Motion to Strike Expert Witness (the "Motion") (Doc. No. 128). The Motion states that the Plaintiff's disclosure of an expert witness from Kanter & Associates, P.A. was untimely under Federal Rule of Civil Procedure 26(a)(2), applicable here through Federal Rule of

Bankruptcy Procedure 7026. However, Rule 26(a)(2)(D) provides a deadline for disclosing expert witnesses that applies "absent a stipulation or court order." Because the Plaintiff's disclosure of Kanter & Associates, P.A., complies with the Court's Order Scheduling Trial (Doc. No. 44), it was timely made. According, it is

**ORDERED** that the Motion is denied.

The Clerk is directed to serve a copy of this order on the Debtor.