UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No: 8:20-BK-07637 |
| | ) | Chapter 7 |
| FAITH ELYZABETH ANTONIO, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| DGP PRODUCTS INC. D/B/A NUMERIC RACING, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Adversary Case No: 8:20-ap-00537-CPM |
| | ) | |
| FAITH ELYZABETH ANTONIO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DGP PRODUCTS INC. D/B/A NUMERIC RACING'S**
**NOTICE OF FILING NOLLE PROSEQUI DATED AUGUST 17, 2021**

DGP Products Inc. d/b/a Numeric Racing ("**DGP**") hereby gives notice of the Nolle Prosequi filed in the Sixth Judicial Circuit of the State of Florida Case Number 21-01311-MM-R as attached hereto as Exhibit "**A**".

*/s/ Allison D. Thompson*
Stanford R. Solomon
ssolomon@solomonlaw.com
Florida Bar No. 302147
Allison D. Thompson
athompson@solomonlaw.com
Florida Bar No. 0036981
**THE SOLOMON LAW GROUP, P.A.**
1881 West Kennedy Boulevard, Suite D
Tampa, Florida 33606-1611
(813) 225-1818 (Tel)
(813) 225-1050 (Fax)
Attorneys for **DGP PRODUCTS INC. D/B/A NUMERIC RACING**

## Certificate of Service

I hereby certify that I am admitted to the bar of this Court. I further certify that the foregoing **DGP PRODUCTS INC. D/B/A NUMERIC RACING'S NOTICE OF FILING NOLLE PROSEQUI DATED AUGUST 17, 2021** was served by standard first class mail and via email on this 18th day of August 2021, to the following:

Faith Elyzabeth Antonio
3564 Dove Hollow Court
Palm Harbor, FL 34683
faithantonio.legal@gmail.com
**Defendant**

*/s/ Allison D. Thompson*
Stanford R. Solomon
ssolomon@solomonlaw.com
Florida Bar No. 302147
Allison D. Thompson
athompson@solomonlaw.com
Florida Bar No. 0036981
**THE SOLOMON LAW GROUP, P.A.**
1881 West Kennedy Boulevard, Suite D
Tampa, Florida 33606-1611
(813) 225-1818 (Tel)
(813) 225-1050 (Fax)
Attorneys for **DGP PRODUCTS INC. D/B/A NUMERIC RACING**

THE COUNTY COURT OF THE SIXTH JUDICIAL CIRCUIT
OF THE STATE OF FLORIDA IN AND FOR PINELLAS COUNTY

21-01311-MM-R
522021MM001311000APC

STATE OF FLORIDA

v. STALKING

DANIEL ALAN HILTON GEBERTH
PID: 1402057

# NOLLE PROSEQUI

TO THE CLERK OF THE ABOVE-STYLED COURT:

You will please enter a Nolle Prosequi as to DANIEL ALAN HILTON GEBERTH, in the above-entitled cause for the reason that further investigation of this case by the State Attorney's Office has revealed that further prosecution is not warranted.

Dated 8-17-21.

BRUCE BARTLETT, State Attorney
Sixth Judicial Circuit of Florida

By: FRANK PIAZZA, JR.
Assistant State Attorney
Bar No. 402532

eservice@flsa6.gov
P.O. Box 17500
Clearwater, Florida 33762-0500
(727) 464-6221

(Nolle/9420)