UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No: 8:20-BK-07637 |
| | ) | Chapter 7 |
| FAITH ELYZABETH ANTONIO, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| DGP PRODUCTS INC. D/B/A NUMERIC RACING, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Adversary Case No: 8:20-ap-00537-CPM |
| | ) | |
| FAITH ELYZABETH ANTONIO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DGP PRODUCTS INC. D/B/A NUMERIC RACING'S**
**<u>NOTICE OF FILING SUMMARY OF TRANSCRIPTS AND TRANSCRIPTS</u>**

KERI A. WORK ("Wife") files this Summary of Transcript of Proceedings and attaches: (1) Transcript of Proceedings Recorded by Office of the U.S. Trustee of the Telephonic Meeting of Creditors Pursuant to 11 U.S.C. 341 dated November 18, 2020 as Exhibit "**A**"; (2) Transcript of Proceedings Recorded by Office of the U.S. Trustee of the Second Continued Telephonic Meeting of Creditors Pursuant to 11 U.S.C. 341 dated December 15, 2020 as Exhibit "**B**"; and (3) Transcript of Proceedings Recorded by Administrative Office of the Courts of the Injunction Hearing (continuation) dated July 1, 2021 as Exhibit "**C**".

I. **Transcript of Proceedings Recorded by Office of the U.S. Trustee of the Telephonic Meeting of Creditors Pursuant to 11 U.S.C. 341 dated November 18, 2020:**

**<u>Page 13: 1-3</u>**

Q. Trustee: In the two years before you filed for bankruptcy did you transfer anything away by gift, lien or trade?

A. Antonio: No.

II. **Transcript of Proceedings Recorded by Office of the U.S. Trustee of the Telephonic Meeting of Creditors Pursuant to 11 U.S.C. 341 dated December 15, 2020:**

**Page 15: 1-6**

Q. Trustee: Is there anything else, having gone through the various categories of items that you can think of, that you may have forgotten to schedule?

A. Antonio: Not at this moment.

Q. Trustee: Do you own any firearms?

A. No.

**Page 16: 3-10**

Q. Trustee: Okay. So let me ask the question. I don't remember if I asked it. But I'll ask it again, if I did: In the two years before you filed for bankruptcy, did you give anything away, did you give a lien on anything that you own, did you transfer anything, did you trade anything with anybody in the two years before you field for bankruptcy. So, that would encompass for example, giving away for no value a Cannondale bicycle?

A. Antonio: Oh, is this supposed to be of a certain value?

Q. Trustee: No.

A Antonio: No? Okay.

Q. Trustee: Is there anything you would add to that list other than the bicycle?

A. Antonio: Not in the two years. No, not to my knowledge at this moment.

III. **Transcript of Proceedings Recorded by Administrative Office of the Courts of the Injunction Hearing (continuation) dated July 1, 2021:**

**<u>Page 66: 11-25</u>**

Q. Solomon: And you – you—you bought a gun – on January 1st, 2020; did you not>?

A. Antonio: No.

Q. Solomon: You – I'm sorry. January 7th of 2020?

A. Antonio: No.

Q. Solomon: Did you buy a gun in January of 2020?

A. Antonio: My son did.

Q. Solomon: At Reload?

A. So you are going through my statements now from my financial statements; and this is exactly how I said that I'm fearful because now he knows that he's tracking me from my financial statements, and you just proven me.

Q. Solomon: Did you – did you buy a gun on January 7, 2020, at Reload?

**<u>Page 67: 1-25</u>**

A. Antonio: No, my sons did.

Q. Solomon: How old are your sons?

A. Antonio: 21.

Q. Solomon: and were they 21 when they bought the gun>

A. Antonio: No.

Q. Who bought the gun for them?

A. Antonio: What does this pertain to?

Q. Solomon: Who bought the gun for your son on January 7, 2020, at Reload?

A. Antonio: My sons bought the gun.

Q: Solomon: They couldn’t buy it because they were under age, correct?

A. Correct, but it’s their money.

Q. You bought it for them—

A. Antonio: No, it came—

Q. Solomon: --while they were underage?

A. Antonio: --from their money. It came from them.

Q. Solomon: Underage you let them buy a gun on January 7, 2020, at Reload?

A. Antonio: Same as Daniel Geberth has done for his daughter.

**Page 69: 8-25**

Q. Solomon: Did you deny owning a gun at the 341 meeting in the bankruptcy case?

A. Antonio: I did not own a gun.

Q. Solomon: Because your sons did?

A. If you read the laws, my sons, I can –if—if—if—

Q. Solomon: Is that because—

A. Antonio: If it’s in my possession—

Q. Solomon: –your sons—

A. Antonio: –a gun can be transferred from one person to another. They’re above the age of 18 years old. Legally, they can have a gun.

Q. Solomon: When did they turn the legal age to own a gun? Before or after the 341 meeting?

A. Antonio: The gun has been transferred in their name, sir, and was—

Q. Solomon: Did you—

A. Antonio: --in their possession—

**Page 70: 1-10**

Q. Solomon: Did you do that –

A. Antonio: The money was transferred from their accounts. There's an account due from it.

Q. Solomon: Did you do it before—

A. Antonio: I see it as –

Q. Solomon: --or after—ma'am, my question was did you do it before or after . . .the 341 meeting?

*/s/ Allison D. Thompson*
Stanford R. Solomon
ssolomon@solomonlaw.com
Florida Bar No. 302147
Allison D. Thompson
athompson@solomonlaw.com
Florida Bar No. 0036981
**THE SOLOMON LAW GROUP, P.A.**
1881 West Kennedy Boulevard, Suite D
Tampa, Florida 33606-1611
(813) 225-1818 (Tel)
(813) 225-1050 (Fax)
Attorneys for **DGP PRODUCTS INC. D/B/A NUMERIC RACING**

**Certificate of Service**

I hereby certify that I am admitted to the bar of this Court. I further certify that the foregoing **DGP PRODUCTS INC. D/B/A NUMERIC RACING'S NOTICE OF FILING SUMMARY OF TRANSCRIPTS AND TRANSCRIPTS** was served by standard first class mail and via email on this 2nd day of September 2021, to the following:

Faith Elyzabeth Antonio
3564 Dove Hollow Court
Palm Harbor, FL 34683
faithantonio.legal@gmail.com
**Defendant**

*/s/ Allison D. Thompson*
Allison D. Thompson