Filed
SEP 07 2021
CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa DIVISION
18 Pages Scanned by EM

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Via Email

IN RE:

| | | |
|---|---|---|
| FAITH ELYZABETH ANTONIO,<br>Debtor | )<br>)<br>)<br>) | Case No. 8:20-bk-07637<br>Chapter 7 |
| DGP PRODUCTS INCS, DBA NUMERIC RACING<br>Plaintiff | )<br>)<br>)<br>)<br>) | Adversary Case No. 8:20-ap-00537-CPM |
| vs. | )<br>) | |
| FAITH ELYZABETH ANTONIO,<br>Defendant | )<br>)<br>) | |

Expedited
Request
For Consideration

**MOTION TO STRIKE NOTICE OF FILING**
**WITH ATTACHED EXHIBITS OF TRANSCRIPTS**

COMES NOW, Defendant Faith Elyzabeth Antonio ("**Antonio**"), pro se, and as such respectfully moves this Court to Strike Notice of Filing Summary of Transcripts and Transcript [D.E. 268] as untimely filed and requests expedited consideration for the September 8, 2021 hearing and states as follows:

**PROCEDURAL HISTORY**

1. On July 1, 2021, during the continued hearing on Antonio's Motion to Extend Injunction in the 6th Judicial Circuit Court in and of Pinellas County case No. 20-002405 ("**Injunction Action**").

2. Daniel Geberth ("**Geberth**") and his counsel from the Solomon Law Group appeared as Respondents.

3. On <u>July 1, 2021</u>, Antonio filed her Amended Motion for Summary Judgment [D.E. 126].

4. On <u>July 21, 2021</u>, Plaintiff filed Response in Opposition to Defendants Amended Motion for Summary Judgment [D.E. 176]. This contained transcripts from the Injunction Court Action in the 6th Judicial Circuit dated February 2, 2020, and April 22, 2020 [D.E. 176, 1-2]; Innisbrook Country Club Application [D.E. 176-3]; and Amanda Brill Affidavit [D.E. 176-4].

5. On <u>August 2, 2021</u>, Amended Motion for Summary Judgment [D.E. 129] was heard in which Count I, 523(a)(4) was GRANTED in Antonio's favor, Count II and III was continued to August 3, 2021, along with discovery related issues including Spoilation.

6. On <u>August 3, 2021</u>, Antonio and Allison Thompson ("**Thompson**") from the Solomon Law Group, on behalf of Plaintiff appeared before this Court to discuss the Spoilation of Plaintiff's QuickBooks records [D.E. 178] and Antonio's Amended Motion for Summary Judgment.

7. On <u>August 17, 2021</u>, Plaintiff obtained the <u>full</u> transcript of this proceeding from the 6th Judicial Court Reporting as detailed on the court docket (Doc. No. 99), attached hereto as Exhibit "A".

8. On <u>September 2, 2021</u>, Plaintiff filed Notice of Filing Summary of Transcripts and Transcript [D.E. 268], sixteen (16) days after obtaining this transcript from the Court.

9. This filing includes: (268-1) Transcript of Proceedings Recorded by Office of the U.S. Trustee of the Telephonic Meeting of Creditors Pursuant to 11 U.S.C. 341 dated November 18, 2020 (the "**341 Transcript**"); (268-2) Transcript of Proceedings Recorded

by Office of the U.S. Trustee of the Second Continued Telephonic Meeting of Creditors Pursuant to 11 U.S.C. 341 dated December 15, 2020 (the "**341 Cont'd Transcript**"); and (268-3) Transcript of Proceedings Recorded by Administrative Office of the Courts of the Injunction Hearing (continuation) dated July 1, 2021 (the "**Injunction Transcript**").

10. On September 3, 2021, Plaintiff mailed this Notice [D.E. 268] via USPS Priority Mail that was delivered on September 4, 2021, attached hereto as Exhibit "**B**".

11. This Court is set to hear the remainder of Defendants Amended Motion for Summary Judgment on September 8, 2021.

## ARGUMENT
### *Plaintiff's Exhibits Untimely Filed and Served*

12. The deadline to file and serve Antonio was August 27, 2021, and Plaintiff's untimely filing of the exhibits is prejudicial and violates Local Rule 9070-1(a)(2)[1] and Fed. R. Civ. P Rule 6(a)(1)[2].

13. Plaintiff has failed to establish good cause or excusable neglect for the untimely filing. See King v. Chubb & Son, No.8:10-cv-2916-T-24AEP, 2013 WL 523202, at *2 (M.D. Fla. Feb. 12, 2013) (untimely filed exhibits stricken where plaintiff did not seek leave of court and failed to provide a sufficient explanation for the late filing).

14. Furthermore, Plaintiff filed only eight (8) of 189 pages of the Injunction Hearing transcript (D.E. 238-3). Failure to submit the full transcript of this hearing, which was

---

[1] Local Rule 9070-1(a)(2) Submission of Exhibits if a Party Is Not Represented by Counsel states: represented parties shall provide paper copies of exhibits to the pro se party at least seven days before the scheduled trial and shall also submit the exhibits via CM/ECF.

[2] Fed. R. Civ. P Rule 6(a)(1) Fed. R. Civ. P Rule 6(a)(1), Period Stated in Days or a Longer Unit. When the period is stated in days or a longer unit of time: (A) exclude the day of the event that triggers the period; (B) count every day, including intermediate Saturdays, Sundays, and legal holidays; (C) include the last day of the period... Last, Federal Rule of Civil Procedure 6(d) follows the three-day mail rule: if a party serves a notice or other paper by mail, by leaving with the clerk of court or by other means consented to, add three days to the other party's time to respond.

provided to Plaintiff, further prejudices Antonio. Not only does this prevent Antonio from adequately defending or responding to Plaintiff's allegation, but the inclusion of the full transcript would also give this Court clarity of the conduct of the opposing party in the Injunction Action, this including wasting that courts time and resources to use cross-examinations on Ms. Antonio out of surprise and non-disclosure for use in this proceeding.

15. Plaintiff filed the 341 Transcript [D.E. 283-1] and 341 Continued Transcript [283-2] and failed to follow Local Rule 5077-1(c)[3] giving parties the opportunity the redact information before public disclosure.

*Plaintiff Failed to Respond to Defendant's Statement of Undisputed Material Facts*

16. Instead of responding to the Defendant's Undisputed Material Facts listed in the summary judgment motion, Plaintiff raised these new claims that are now before the Court in its Response. This is improper.

17. Ms. Antonio raised this concern in her Reply in Support of Amended Motion for Summary Judgment [D.E. 191].

At the summary judgment stage, the proper procedure for plaintiffs to assert a new claim is to amend the complaint in accordance with Fed. R. Civ. P. 15(a). A plaintiff may not amend his complaint through argument in a brief opposing summary judgment. *see* Lolley v. La. Corr. Servs., 2011 U.S. Dist. LEXIS 116283, 2011 WL 4499331.

Furthermore, the non-moving party may not simply rest on the pleadings, but must use affidavits, depositions, answers to interrogatories, or other admissible evidence to demonstrate

---

[3] Local Rule 5077-1(c), Transcripts of Court Proceedings may only be filed by Official Court Reporters: Only official court reporters may file transcripts of Court proceedings. At the time of initial filing, the transcript shall be docketed in the Court record for that case utilizing a "private" event code which restricts access to the filed transcript to Court staff only.

4

that a material fact issue remains to be tried. See Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 250, 106 S. Ct. 2505, 91 L. Ed. 2d 202 (1986); Castleberry v. Goldome Credit Corp., 408 F.3d 773, 785-86 (llth Cir. 2005). "A mere 'scintilla' of evidence supporting the opposing party's position will not suffice; there must be enough of a showing that the jury could reasonably find for that party." Walker v. Darby, 911 F.2d 1573, 1577 (11th Cir. 1990).

### *Plaintiff Violates Rule 15(a)*

18. Plaintiff's Complaint pleads the following regarding 727(a)(2)(A) (Doc. 1, ¶ 76-81):

> DGP restates the allegations in paragraphs 1-61 as if fully set forth herein.
>
>> Bankruptcy Code § 727(a)(2)(A) provides that: (a) The court shall grant the debtor a discharge, unless (2) the debtor, with intent to hinder, delay, or defraud a creditor or an officer of the estate charged with custody of property under this title, has transferred, removed, destroyed, mutilated, or concealed, or has permitted to be transferred, removed, destroyed, mutilated, or concealed (A) property of the debtor, within one year before the date of the filing of the petition;
>>
>> Debtor's debt is not dischargeable because Debtor at all times has acted with the intent to hinder, delay and defraud DGP by not providing to it material necessary to determine the amount owed (¶78).
>>
>> During the State Court Litigation, Debtor sought to delay the discovery of her personal financial information, which was necessary to enable DGP to calculate the exact amount of the funds that Debtor misappropriated for non-business purposes (¶ 79).
>>
>> Debtor chose to delay discovery by filing rambling objections without legal or factual support (¶ 80).
>>
>> In another move to delay the State Court Litigation and prevent DGP from uncovering the full extent of Debtor's misrepresentation, Debtor filed bankruptcy petition on the morning of the hearing on such objections (¶ 81). Debtor should not be allowed to seek a discharge of any debt.
>>
>> <u>WHEREFORE, the Court should prohibit Debtor from discharging her debt to DGP (¶82)</u>

5

19. Plaintiffs request for relief is solely to prohibit discharging her "debt" to DGP.

20. Plaintiff did not raise issues relating to a gun purchase or any other issues of a Cannondale bicycle or Louis Vuitton purse in the Complaint.

While a federal court must liberally construe pro se pleadings, such standards do not afford plaintiffs with an opportunity to raise new claims at the summary judgment stage. At the summary judgment stage, the proper procedure for plaintiffs to assert a new claim is to amend the complaint in accordance with Fed. R. Civ. P. 15(a). A plaintiff may not amend his complaint through argument in a brief opposing summary judgment. *see* Lolley v. La. Corr. Servs., 2011 U.S. Dist. LEXIS 116283, 2011 WL 4499331.

21. Reflected in the concurrently filed transcript containing an excerpt of the August 3, 2021 hearing, Thompson lead this Court to believe that this was plead on the Complaint:

> **THE COURT**: They have 727 - - I think they have the false oath, or is it non-disclosed assets? Which 727s did you put in?
>
> **MS. THOMPSON**: We put in, I think it was non-disclosed assets, Your Honor.
>
> **THE COURT**: Non-disclosed assets. There you go. If you wanted to know which ones, you could have asked them in discovery, but you're looking at four right now.
>
> **MS. ANTONIO**: For transfers? What---
>
> **THE COURT**: "Within two years before you filed the bankruptcy, did you give any gifts with a total value of more than $600 per person?"
>
> **MS. ANTONIO**: The Cannondale Bike was not worth over $600.
>
> **THE COURT**: That's going to be their burden, isn't it? And then the gun.

6

22. Ms. Antonio would have had no ability to ask about these matters in discovery as they were not brought up until Plaintiff filed its Response on July 21, 2021.

23. "The debtor must schedule any property he owns or claims to own, whether or not the plaintiff agrees with the debtor's assessment of ownership. Omitting property that could possibly benefit the estate would have been a basis for a § 727(a)(4)(A) or a § 727(d)(1) claim, so debtors should err on the side of overinclusion. ... [B]arring extraordinary circumstances, this type of misrepresentation would not result in denial of discharge because it does not relate materially to the bankruptcy case. ... [T]he estate has no interest in property the debtor has no interest in, and thus the inclusion does not materially relate to the bankruptcy case. Moreover, intent to defraud in a Chapter 7 case through claiming to own more property is difficult to fathom." *see* Smith v. Smith (In re Smith), 489 B.R. 875, 894, 895 (Bankr. M.D. Ga. 2013).

24. Although Plaintiff has the burden to prove, Antonio would like to resolve this dispute by filing the redacted receipt obtained from ReLoad Gun Range showing a $559.99 charge, attached hereto as Exhibit "C".

### RELIEF REQUESTED

WHEREFORE, Defendant Faith Elyzabeth Antonio, respectfully moves this Court to (1) Strike Plaintiff's Notice of Filing Summary of Transcripts and Transcript [D.E. 268] as untimely filed and (2) requests this Court enter summary judgment in favor of Antonio on Count III (§ 727(a)(2)(A).

_____
Faith Elyzabeth Antonio
**Defendant/Pro Se**
Faithantonio.legal@gmail.com
3564 Dove Hollow Ct
Palm Harbor, FL 34683

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing copy has been filed and served on Allison Thompson by email at athompson@solomonlaw.com in the proceeding on this 7th day of September 2021.

Faith Elyzabeth Antonio
**Defendant/Pro Se**
Faithantonio.legal@gmail.com
3564 Dove Hollow Ct
Palm Harbor, FL 34683

# Exhibit "A"

Skip to Main Content    Logout    My Account    Search Menu    Refine Search    Back    Location : Pinellas County   Help

# REGISTER OF ACTIONS
## CASE NO. 20-002405-FD



**Order Documents!**  *Click Here!*
*Request Now!*  **Including Certified!**

| | |
|---|---|
| FAITH ELYZABETH ANTONIO Vs. DANIEL ALAN HILTON GEBERTH | Case Type: **DOMESTIC - DATING VIOLENCE**<br>Date Filed: **03/16/2020**<br>Location: **Section 25**<br>Judicial Officer: **ELLIS, DAVID R**<br>UNIFORM CASE NUMBER: **522020DR002405XXFDFD** |

## PARTY INFORMATION

**PETITIONER**  ANTONIO, FAITH ELYZABETH
3564 DOVE HOLLOW CT
PALM HARBOR, FL 34683

Female Unavailable
DOB: 09/19/1980

**Attorneys**
**KAREN LASKER McHUGH, ESQ**
IFP ATTORNEY CASA
1011 - 1ST AVE N
ST PETERSBURG, FL 33705
727-895-4912 x133(W)

**RESPONDENT** GEBERTH, DANIEL ALAN HILTON
15328 BLACK GOLD LOOP
ODESSA, FL 33556

Male White
DOB: 10/24/1970
5' 10", 180 lbs

**STANFORD R SOLOMON, ESQ**
THE SOLOMAN LAW GROUP P A
1881 W KENNEDY BLVD STE D
TAMPA, FL 33606-1611
813-225-1818(W)

**VICTORIA CRUZ-GARCIA, ESQ**
THE SOLOMON LAW GROUP PA
1881 W KENNEDY BLVD STE D
TAMPA, FL 33606
813-225-1818(W)

## EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| Date | Event |
|---|---|
| 09/01/2021 | **TRANSCRIPTION OF PROCEEDINGS**   Doc # 104<br>*MOTION FOR AN EXTENSION OF FINAL INJUNCTION FOR PROTECTION EXCERPT: ARGUMENT BY STANFORD SOLOMON 8-25-2021* |
| 08/31/2021 | **ORDER EXTENDING INJUNCTION FOR PROTECTION**   Doc # 103<br>*09/08/2021* |
| 08/26/2021 | **CASE REOPENED** |
| 08/26/2021 | **MOTION**   Doc # 102<br>*TO FOR LEAVE TO SUPPLEMENT PETS FINAL ARGUMENT W/ ATTACHMENTS*<br>Filed by: ANTONIO, FAITH ELYZABETH |
| 08/23/2021 | **TRANSCRIPTION OF PROCEEDINGS**   Doc # 100<br>*MOTION TO EXTEND INJUNCTION 07/26/2021* |
| 08/20/2021 | **SUPPLEMENTAL**   Doc # 101<br>*BENCH BRIEF IN OPPOSITION TO PETITIONER S AMENDED MOTION TO EXTEND FINAL INJUNCTION FOR PROTECTION* |
| 08/17/2021 | **TRANSCRIPTION OF PROCEEDINGS**   Doc # 99<br>*INJUNCTION HEARING (CONTINUATION) 07/01/2021* |
| 07/27/2021 | **ORDER EXTENDING INJUNCTION FOR PROTECTION**   Doc # 98<br>*09/01/2021* |
| 07/27/2021 | **FAMILY - CASE DISPOSED BY JUDGE** |

| Date | Entry |
|---|---|
| 07/21/2021 | **REQUEST**     Doc # 97<br>*FOR JUDICIAL NOTICE FOR JULY 26, 2021* |
| 07/02/2021 | **ORDER EXTENDING INJUNCTION FOR PROTECTION**     Doc # 96<br>*08/02/21* |
| 06/16/2021 | **ORDER EXTENDING INJUNCTION FOR PROTECTION**     Doc # 95<br>*07/08/2021* |
| 06/14/2021 | **OBJECTION**     Doc # 94<br>*TO MOTN TO TAKE JUDICIAL NOTICE W/ATTACHED EXHIBIT* |
| 06/09/2021 | **OBJECTION**     Doc # 93<br>*TO PETN MTN TO TAKE JUDICIAL NOTICE* |
| 06/08/2021 | **CASE REOPENED** |
| 06/08/2021 | **CASE REOPENED** |
| 06/08/2021 | **WITNESS LIST**     Doc # 90 |
| 06/08/2021 | **MOTION**     Doc # 91<br>*TO TAKE JUDICIAL NOTICE W/ MEMORANDUM OF LAW*<br>Filed by: ANTONIO, FAITH ELYZABETH |
| 06/08/2021 | **MOTION**     Doc # 92<br>*TO TAKE JUDICIAL NOTICE W/ MEMORANDUM OF LAW*<br>Filed by: ANTONIO, FAITH ELYZABETH |
| 05/28/2021 | **OPPOSITION TO**     Doc # 89<br>*AMENDED MOTION TO EXTEND FINAL INJUNCTION FOR PROTECTION* |
| 05/17/2021 | **STATE ATTORNEY ACTION-REFERRAL**     Doc # 87<br>*REMAIN UNDER INVESTIGATION* |
| 05/17/2021 | **ORDER EXTENDING INJUNCTION FOR PROTECTION**     Doc # 88<br>*AGAINST DATING VIOLENCE 06/21/2021* |
| 05/10/2021 | **CASE REOPENED**     Doc # 82 |
| 05/10/2021 | **MOTION FOR CONTINUANCE**     Doc # 83<br>*OF HEARING 05142021 W/ ATTACHED EXHIBIT A*<br>Party: GEBERTH, DANIEL ALAN HILTON |
| 05/10/2021 | **CASE REOPENED**     Doc # 84 |
| 05/10/2021 | **AMENDED MOTION**     Doc # 85<br>*TO CONTINUE*<br>Party: GEBERTH, DANIEL ALAN HILTON |
| 05/05/2021 | **ADDENDUM**     Doc # 81<br>*TO RESPONSE TO MOTION FOR LEAVE TO DEPOSE W/ ATTACHED EXHIBIT* |
| 04/28/2021 | **TRANSCRIPTION OF PROCEEDINGS**     Doc # 80<br>*2/26/21* |
| 04/26/2021 | **ORDER EXTENDING INJUNCTION FOR PROTECTION**     Doc # 79<br>*05/14/2021* |
| 04/13/2021 | **NOTICE OF CANCELLATION**     Doc # 77<br>*OF HEARING 04162021 9:30* |
| 04/13/2021 | **ORDER SETTING HEARING**     Doc # 78<br>*05142021 1:30* |
| 04/12/2021 | **CASE REOPENED**     Doc # 75 |
| 04/12/2021 | **MOTION**     Doc # 76<br>*FOR LEAVE TO DEPOSE BRIANNA ANTONIO/FAITH ELYZABETH ANTONIO*<br>Filed by: GEBERTH, DANIEL ALAN HILTON |
| 03/23/2021 | **REQUEST FOR**     Doc # 74<br>*(SUPPORT SECOND) JUDICIAL NOTICE* |
| 03/18/2021 | **RESPONSE**     Doc # 73<br>*TO SECOND REQUEST FOR JUDICIAL NOTICE W/ ATTACHED EXHIBITS* |
| 03/16/2021 | **REQUEST**     Doc # 72<br>*FOR JUDICIAL NOTICE (SECOND) W/ATTACHED EXHIBITS* |
| 03/15/2021 | **ORDER SETTING HEARING**     Doc # 71<br>*04162021 9:30* |
| 03/03/2021 | **ORDER DENYING**     Doc # 70<br>*MOTION TO DISSOLVE INJUNCTION* |
| 03/02/2021 | **AMENDED**     Doc # 69<br>*RESPONSE TO RESPONDENT'S MOTION TO DISMISS* |
| 02/26/2021 | **CASE REOPENED**     Doc # 63 |
| 02/26/2021 | **RESPONSE**     Doc # 64<br>*TO RESPONDENT'S MOTION TO DISMISS* |
| 02/26/2021 | **EXHIBIT**     Doc # 65<br>*1 - TRANSCRIPT OF HEARING, AND OTHER EXHIBITS* |
| 02/26/2021 | **PETITION FOR**     Doc # 66<br>*ORDER TO SHOW CAUSE FOR A VIOlANON OF FINAL JUDGMENT OF INJUNCTION FOR PROTECNON AGAINST DATING VIOLENCE - COPY* |
| 02/26/2021 | **ATTACHMENT**     Doc # 67<br>*FACEBOOK POSTS* |
| 02/26/2021 | **PLTF-PET'S MOTION**     Doc # 68<br>*TO EXTEND FINAL INJUNCTION FOR PROTECTION* |
| 02/26/2021 | **CASE REOPENED**     Doc # 86 |
| 02/17/2021 | **REQUEST**     Doc # 62<br>*FOR JUDICIAL NOTICE W/ATTACHED EXHIBITS* |
| 02/10/2021 | **AMENDED NOTICE OF HEARING**     Doc # 61<br>*2/26/2021 1:15 (VIA ZOOM)* |
| 02/08/2021 | **ORDER GRANTING**     Doc # 60<br>*MOTION FOR PROTECTIVE ORDER* |
| 02/02/2021 | **SUBPOENA - SERVED**     Doc # 59 |
| 01/29/2021 | **RESPONSE**     Doc # 57<br>*TO MOTION FOR PROTECTIVE ORDER* |
| 01/29/2021 | **NOTICE OF HEARING**     Doc # 58<br>*02052021 1:00 (VIA ZOOM)* |
| 01/28/2021 | **SUBPOENA - SERVED**     Doc # 55 |

| Date | Entry |
|---|---|
| | *SUBPOENA FOR DEPOSITION* |
| 01/28/2021 | **NOTICE**   Doc # 56 |
| | *OF ISSUANCE OF SUBPOENA FOR HEARING* |
| 01/26/2021 | **CASE REOPENED**   Doc # 51 |
| 01/26/2021 | **PLTF-PET'S EMERGENCY MOTION**   Doc # 52 |
| | *FOR PROTECTIVE ORDER* |
| 01/26/2021 | **ORDER GRANTING**   Doc # 53 |
| | *PETITIONERS EMERGENCY MOTN FOR TEMPORARY PROTECTIVE ORDER* |
| 01/26/2021 | **ORDER DENYING**   Doc # 54 |
| | *RESPONDENTS MTN FOR CONTEMPT FOR FAILURE TO ATTEND DEPOSITION* |
| 01/25/2021 | **NOTICE**   Doc # 49 |
| | *OF ISSUANCE OF SUBPOENAES FOR DEPOSITION* |
| 01/25/2021 | **NOTICE OF TAKING DEPOSITION**   Doc # 50 |
| 01/22/2021 | **CERTIFICATE OF SERVICE**   Doc # 46 |
| | *01212021 W/ ATTACHMENTS* |
| 01/22/2021 | **REOPEN CASE CIVIL CONTEMPT- ENFORCEMENT**   Doc # 47 |
| 01/22/2021 | **DEF-RESP'S MOTION FOR CONTEMPT**   Doc # 48 |
| | *FOR FAILURE TO ATTEND DEPOSITION, WITH ATTACHMENT* |
| 01/20/2021 | **CERTIFICATE**   Doc # 45 |
| | *OF SERVICE OF SUBPOENA FOR DEPOSITION, FILED ON JANUARY 13, 2021; DEFENDANT'S NOTICE OF DEPOSITION OF FAITH ELYZABETH ANTONIO, FILED ON JANUARY 13, 2021; DEFENDANT'S NOTICE OF ISSUANCE OF SUBPOENA FOR DEPOSITION (FAITH ELYZABETH ANTONIO), FILED ON JANUARY 13, 2021; AND DEFENDANT'S NOTICE OF HEARING, FILED ON JANUARY 13,2021* |
| 01/14/2021 | **SUBPOENA**   Doc # 43 |
| | *SERVED* |
| 01/14/2021 | **ORDER SETTING HEARING**   Doc # 44 |
| | *02192021 10:00* |
| 01/13/2021 | **NOTICE OF HEARING**   Doc # 39 |
| | *02192021 10:00 VIA ZOOM* |
| 01/13/2021 | **NOTICE**   Doc # 40 |
| | *OF ISSUANCE OF SUBPOENA FOR DEPOSITION* |
| 01/13/2021 | **NOTICE OF TAKING DEPOSITION**   Doc # 41 |
| | *ZOOM* |
| 01/13/2021 | **ORDER-AFFIDAVIT VIOLATION OF INJUNCTION**   Doc # 42 |
| | *TO STATE ATTORNEY* |
| 01/07/2021 | **AFFIDAVIT SUPPORT VIOLATION INJUNCTION**   Doc # 38 |
| 12/11/2020 | **CERTIFICATE**   Doc # 37 |
| | *OF SERVICE (AMENDED), WITH ATTACHMENT* |
| 12/08/2020 | **CERTIFICATE**   Doc # 36 |
| | *OF SERVICE OF DEFENDANT'S VERIFIED MOTION TO DISSOLVE INJUNCTION* |
| 12/03/2020 | **CASE REOPENED**   Doc # 34 |
| 12/03/2020 | **MOTION**   Doc # 35 |
| | *TO DISSOVE INJUNCTION W/ATTACHED TRANSCIPT OF 020620 HEARING* |
| | Filed by:  GEBERTH, DANIEL ALAN HILTON |
| 11/25/2020 | **NOTICE OF APPEARANCE**   Doc # 33 |
| | Party:  GEBERTH, DANIEL ALAN HILTON |
| 10/30/2020 | **TRANSCRIPTION OF PROCEEDINGS**   Doc # 32 |
| | *APRIL 22, 2020 BEFORE: THE HONORABLE PETER RAMSBERGER* |
| 08/25/2020 | **REQUEST FOR COPIES**   Doc # 31 |
| | *ONLINE ORDER 83641* |
| 04/23/2020 | **FINAL DISPOSITION FORM**   Doc # 19 |
| 04/22/2020 | **DOMESTIC INJUNCTION - DATING VIOLENCE**  (9:00 AM) (Judicial Officer RAMSBERGER, PETER) |
| | *Reset from 03/26/2020 due to non-service.* |
| 04/22/2020 | **FINAL JUDGMENT OF INJUNCTION-DATE VIOL**   Doc # 18 |
| | *04222021* |
| | Vol./Book 20977, Page 1750, 6 pages |
| 04/22/2020 | **COPY**   Doc # 20 |
| | *LETTER RE: CONFLICT* |
| 04/22/2020 | **AFFIDAVIT**   Doc # 21 |
| | *OF SUPPORT OF RESP* |
| 04/22/2020 | **COPY**   Doc # 22 |
| | *LETTER RE: 1099-MISC 2017/2018/2019* |
| 04/22/2020 | **COPY**   Doc # 23 |
| | *E-MAIL CORRESPONDENCE RE: CONFLICT* |
| 04/22/2020 | **COPY**   Doc # 24 |
| | *E-MAIL CORRESPONDENCE RE: CONFLICT* |
| 04/22/2020 | **COPY**   Doc # 25 |
| | *PHOTO OF PACKAGE W/ ATTACHED TRACKING INFORMATION* |
| 04/22/2020 | **COPY**   Doc # 26 |
| | *SOCIAL MEDIA PAGE* |
| 04/22/2020 | **COPY**   Doc # 27 |
| | *PHOTO OF BOOK* |
| 04/22/2020 | **COPY**   Doc # 28 |
| | *PHOTO OF SAFE* |
| 04/22/2020 | **COPY**   Doc # 29 |
| | *PHOTO OF PRIORITY MAIL W/ ATTACHMENTS* |
| 04/03/2020 | **AFFIDAVIT OF SERVICE**   Doc # 17 |
| | *ORDER SETTING HEARING RETURNED SERVED* |
| 03/27/2020 | **MEMORANDUM TO OUT OF COUNTY SHERIFF**   Doc # 16 |
| | *PASCO COUNTY* |
| 03/26/2020 | **DOMESTIC INJUNCTION - DATING VIOLENCE**  (1:30 PM) (Judicial Officers JUDGE, DEFAULT CONVERSION, JUDGE, DEFAULT CONVERSION) |
| 03/26/2020 | **SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF PETITION**   Doc # 11 |
| | *FOR INJUNCTION FOR PROTECTION AGAINST DATING VIOLENCE* |
| 03/26/2020 | **ORDER SETTING HRG ON PETITION WITHOUT ISSUANCE**   Doc # 12 |

| Date | Description |
|---|---|
| 03/26/2020 | CC PETITION WITH ATTACHMENTS TO SHF    Doc # 13
*PINELLAS* |
| 03/26/2020 | ORDER SETTING HRG ON PETITION WITHOUT ISSUANCE    Doc # 14
*04222020 9:00* |
| 03/26/2020 | NOTICE OF APPEARANCE    Doc # 15
Party: ANTONIO, FAITH ELYZABETH |
| 03/16/2020 | PETITION (SRS)    Doc # 1 |
| 03/16/2020 | CLERK'S INFORMATION SHEET    Doc # 2 |
| 03/16/2020 | CIVIL COVER SHEET    Doc # 3 |
| 03/16/2020 | NOTICE OF RELATED CASES    Doc # 4 |
| 03/16/2020 | NON-WAIVER OF RETURN HEARING    Doc # 5 |
| 03/16/2020 | SUPPLEMENTAL INFORMATION REGARDING PARTIES    Doc # 6 |
| 03/16/2020 | EMAIL NOT AUTHORIZED ON INJUNCTION FOR VIOLENCE    Doc # 7 |
| 03/16/2020 | ORDER SETTING HRG ON PETITION WITHOUT ISSUANCE    Doc # 8 |
| 03/16/2020 | NOTICE OF CASES JUDICIALLY NOTICED    Doc # 9 |
| 03/16/2020 | MEMORANDUM TO OUT OF COUNTY SHERIFF    Doc # 10
*PASCO CO* |

Exhibit "B"

## USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 9405511899561508125936

Remove ×

Your item was delivered in or at the mailbox at 12:49 pm on September 4, 2021 in PALM HARBOR, FL 34683.

USPS Tracking Plus™ Available ⌄

## ⊘ Delivered, In/At Mailbox

September 4, 2021 at 12:49 pm
PALM HARBOR, FL 34683

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌃

September 4, 2021, 12:49 pm
Delivered, In/At Mailbox
PALM HARBOR, FL 34683
Your item was delivered in or at the mailbox at 12:49 pm on September 4, 2021 in PALM HARBOR, FL 34683.

September 4, 2021, 6:26 am
Out for Delivery
PALM HARBOR, FL 34683

September 4, 2021, 6:15 am
Arrived at Post Office
PALM HARBOR, FL 34683

September 4, 2021, 4:11 am
Arrived at USPS Facility

PALM HARBOR, FL 34683

September 4, 2021, 3:28 am
Arrived at USPS Facility
DUNEDIN, FL 34698

September 4, 2021, 2:11 am
Departed USPS Regional Facility
YBOR CITY FL DISTRIBUTION CENTER

September 3, 2021, 11:43 pm
Arrived at USPS Regional Facility
YBOR CITY FL DISTRIBUTION CENTER

September 3, 2021, 10:28 pm
Accepted at USPS Origin Facility
TAMPA, FL 33606

September 2, 2021, 6:40 pm
Shipping Label Created, USPS Awaiting Item
TAMPA, FL 33606

Feedback

USPS Tracking Plus™ ⌄

Product Information ⌄

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# Exhibit "C"

```
        ***REPRINT***
       Reload Gun Range
       40050 US HWY 19N
       TARPON SPRINGS FL 34689
         (727) 935-6623

Receipt
01/07/20 07:04:23 PM
Receipt: 252885      Store: 1
Register: 102        Clerk: MITCHEL T
Salesperson: MITCHEL T

Customer:
FAITH ELYZABETH ANTONIO
3564 DOVE HOLLOW CT
PALM HARBOR, FL 34683-2213

Item    Price       Qty         Total
-----------------------------------------
123456 BACKGROUND CHECK
  BACKGROUND CHECK
RELOAD
        $7.00       1.00        $7.00


        $549.99     1.00        $549.99



        $15.99      1.00        $15.99


9MM 115GR FMJ 50RDS
FEDERAL AMMUNITION
        $12.99      2.00        $25.98
-----------------------------------------
            Total Units          5.00
                Subtotal      $598.96
                     Tax       $41.44
                   Total      $640.40

01/07/2020                VISA $640.40
Card: XXXXXXXXXXXX3977   Auth: 047963
```