Filed
SEP 07 2021
CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa DIVISION

4 Pages Scanned by EM

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VIA EMAIL

IN RE:

| | |
|---|---|
| FAITH ELYZABETH ANTONIO, Debtor | Case No. 8:20-bk-07637<br>Chapter 7 |
| DGP PRODUCTS INCS, DBA NUMERIC RACING Plaintiff | Adversary Case No. 8:20-ap-00537-CPM |
| vs. | |
| FAITH ELYZABETH ANTONIO, Defendant | |

**NOTICE OF FILING EXCERPT OF**
**KANTER & ASSOCIATES EXPERT WITNESS REPORT**

COMES NOW, Defendant Faith Elyzabeth Antonio, pro se, and as such files Exhibit E, containing an excerpt from Kanter & Associates Expert Witness Report that Antonio inadvertently did not include with her Motion to Strike Notice of Filing with Attached Exhibits of Transcripts filed on September 7, 2021, as attached.

Faith Elyzabeth Antonio
**Defendant/Pro Se**
Faithantonio.legal@gmail.com
3564 Dove Hollow Ct
Palm Harbor, FL 34683

Certificate Of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing copy has been filed and served on Allison Thompson on behalf of DGP Products, Inc by email at athompson@solomonlaw.com in this proceeding on this 7th day of September 2021.

Faith Elyzabeth Antonio
**Defendant/Pro Se**
Faithantonio.legal@gmail.com
3564 Dove Hollow Ct
Palm Harbor, FL 34683

# Exhibit "E"

## DEARTH OF FINANCIAL RECORDS

The following table summarizes the Company's financial records that were made available by Antonio or DGP's counsel.

| Description | Provided (Yes/No) | Reviewed (Yes/No) | Notes |
|---|---|---|---|
| Credit Cards | Yes | Yes | Credit card statements provided, and we have only analyzed 2018 and do not have an inventory of all credit card information. Missing April 2017 Amex. |
| QuickBooks Database | Yes | Yes | QuickBooks Database was provided on June 20, 2020 and we have not yet been able to analyze the database in its entirety. |
| Business Bank Statements | Yes | Yes | Bank statements have been provided and we have started to analyze that data beginning with 2018. |
| Personal Bank Statements for Defendant | Yes | Yes | Personal bank statements have been provided and we have started analyzing multiple years of that data. We have yet to conclude we have all bank accounts. |
| Credit Report | Yes | Yes | This was approved on June 28, 2021 by Judge McEwen and submission and 7 days was provided. Redactions noted. |
| Merchant Statements for Defendant | Partial | No | We have not received statements from the Defendant and have subpoenaed the information which in some cases has been provided and still appears incomplete. |
| AmazonAccount Statements | No | No | This was approved on June 28, 2021 by Judge McEwen and submission and 14 days was provided. |
| Email Communication | Yes | Yes | We have examined and analyzed the metadata identified. |
| General Ledger Reports | Yes | Yes | We have analyzed some of the years of G/L data provided. |
| 1099's | Yes | Yes | Requested and reviewed. |
| Defendant's Federal Income Tax Returns | No | No | Defendant said non has been filed |