ORDERED.

Dated: September 13, 2021

*Catherine M. Ewen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Faith Elyzabeth Antonio,                              Case No. 8:20-bk-07637-CPM

    Debtor.
_____

DGP Products Inc. d/b/a Numeric Racing,

    Plaintiff

vs                                                                  Adv. No. 8:20-ap-00537-CPM

Faith Elyzabeth Antonio

    Defendant
_____

### ORDER ON DEFENDANT'S MOTION TO
### COMPEL PLAINTIFF TO PRODUCE DOCUMENTS FROM
### <u>DEFENDANT'S REQUESTS FOR PRODUCTION OF DOCUMENTS (DOC. #78)</u>

THIS CASE came on for hearing on May 24, 2021, June 28, 2021, and September 8, 2021 upon the Motion to Compel Plaintiff to Produce Documents from Defendant's Requests for Production of Documents (Doc #78) filed by Faith Elyzabeth Antonio (Defendant). The Court considered the motion, together with the record, and finds that except for paragraph 2 below, the

Motion is denied, either because such documents do not exist or have been produced. Accordingly, it is

ORDERED as follows:

1. The Motion is granted in part and denied in part.

2. The Motion is granted as to the following credit/debit card accounts for the calendar years 2017 and 2018:  Debit 9219, Discover 8366 and 8294, Mastercard 4883, and Visa 8681 and 5479.

3. The ruling on the Motion is without prejudice to the Defendant to request production of Numeric Racing emails during a relevant time period.

The Clerk's office is directed to serve a copy of this order on interested non-CM/ECF users.