ORDERED.

**Dated: September 14, 2021**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Faith Elyzabeth Antonio,

Case No. 8:20-bk-07637-CPM
Chapter 7

Debtor /

DGP Products, Inc.
d/b/a Numeric Racing,

Plaintiff

vs.

Adv. No. 8:20-ap-00537-CPM

Faith Elyzabeth Antonio,

Defendant /

**ORDER GRANTING IN PART, DENYING IN PART, AND DEFERRING IN PART DEFENDANT'S AMENDED MOTION FOR SUMMARY JUDGMENT**

THIS PROCEEDING came on for hearing on August 3, 2021. The Court heard arguments of counsel, considered the record, and finds that the Amended Motion for Summary Judgment (the "Amended Motion") (Doc. No. 129) filed by the Defendant, Faith Elyzabeth Antonio, should be granted in part, denied in part, and deferred in part as stated below.

Accordingly, it is

**ORDERED**:

1. The Amended Motion is granted as to §523(a)(4)'s clause referring to "defalcation while acting in a fiduciary capacity." The Amended Motion is denied as to the remaining bases for nondischargeability under §523(a)(4).

2. The Amended Motion is granted as to Defendant's lack of liability for damages as to the FIS charge (but not Pier 1), cat hospital charge, AT&T charge of $869.39, Camtech Engineering charge, BMG Orlando charge, cruise-related parking/Sunpass charges, charges relating to an iPhone 6S and laptop as described in paragraph 36 of the Amended Motion, Promo charge of $49, and checks payable to Reilly and Ziegler. Further, the Office Depot charge for September 8, 2016, is capped at $427.98. The Amended Motion is denied, based on disputes of fact, as to the Defendant's lack of liability for all other charges, withdrawals, and purchases described in the Amended Motion.

3. The Amended Motion is denied as to statute of limitation affirmative defense and as to the objection to the discharge under § 727(a)(2)(A).

4. The Plaintiff's contention concerning an undisclosed transfer of a gun remains for the Court's consideration. The Plaintiff may supplement the record with a transcript showing the existence of the transfer. The Court will conduct a continued hearing on the Amended Motion on September 8, 2021, at 9:30 a.m., to consider this discrete issue.

The Clerk is directed to serve a copy of this order on the Defendant.