ORDERED.

**Dated: September 16, 2021**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| In re:<br><br>FAITH ELYZABETH ANTONIO,<br><br>Debtor. | ) | Case No: 8:20-BK-07637<br>Chapter 7 |
| DGP PRODUCTS INC., D/B/A NUMERIC RACING,<br>Plaintiff,<br><br>vs.<br><br>FAITH ELYZABETH ANTONIO,<br><br>Defendant. | ) | Adversary Case No: 8:20-ap-00537-CPM |

**ORDER GRANTING DGP PRODUCTS INC.'S**
**MOTION TO STRIKE AFFIRMATIVE DEFENSES [Doc. 7]**

THIS CASE came before the Court for consideration on December 7, 2020, for consideration of DGP Product Inc's Motion to Strike Affirmative Defenses (the "**Motion**") [Doc. 7] filed on November 19, 2020. After hearing argument of counsel and reviewing the pleadings, it is:

**ORDERED**:

1. The Motion (Doc. 7) is granted. Defendant shall have fourteen (14) days from the date of

the hearing to replead affirmative defenses.

Stanford R. Solomon is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.