Filed
SEP 21 2021
CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa DIVISION
5 Pages Scanned by DMB

email 9-21-21

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

| | | |
|---|---|---|
| FAITH ELYZABETH ANTONIO,<br>Debtor | ) | Case No. 8:20-bk-07637<br>Chapter 7 |
| DGP PRODUCTS INCS, DBA NUMERIC RACING<br>Plaintiff | ) | Adversary Case No. 8:20-ap-00537-CPM |
| vs. | ) | |
| FAITH ELYZABETH ANTONIO,<br>Defendant | ) | |

**NOTICE OF ADVISING COURT OF ATTORNEY WITHDRAWAL AND PLAINTIFF'S FILING OF ORDERS ALREADY SUBMITTED TO THIS COURT**

COMES NOW, Defendant Faith Elyzabeth Antonio ("**Antonio**"), pro se, and as such notifies this Court that Antonio was notified by attorney Allison Thompson ("**Thompson**") that her last day with the Solomon Law Group would be on September 17, 2021, attached hereto as Exhibit "**A**". Thompson has failed to follow the FL. M.B. Rule 2091-2(c)[1] and Antonio sees this as dilatory or a means to avoid possible or future sanctions.

Furthermore, on September 20, 2021, Antonio received service by email of Doc. No. 290 by Plaintiff's counsel of an Order by this Court [D.E. 7, 10] filed on November 19, 2020 Striking

[1] Withdrawal of Co-Counsel. An attorney seeking to withdraw from representing a client in a case or proceeding at a time when such client is represented by other counsel of record in such matter may withdraw his or her appearance by filing a notice of withdrawal that is approved and signed by the client and other counsel of record for the client, and serving copies of the notice on parties in interest entitled to notice.

Affirmative Defenses but now appears to be dated on September 16, 2021. Antonio seeks clarity on this as Antonio was granted in part her Second Amended Affirmative Defenses on April 19, 2021 [D.E. 75, 103].

As Stanford Solomon had emailed Antonio on Saturday, September 18th at 11:17pm to ask whether they had to continue sending court filings by U.S. mail and email. To reflect on the record, Antonio requests this to continue as Plaintiff had previously failed to serve her D.E. 89, Response in Opposition to Defendant's Motion for Leave to File Second Affirmative Defenses [D.E. 89] and Amended Response to Interrogatories [D.E. 285].

Dated this 21st day of September 2021.

Faith Elyzabeth Antonio
**Pro Se Defendant**
Faithantonio.legal@gmail.com
3564 Dove Hollow Ct
Palm Harbor, FL 34683

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing copy has been filed and served on the Solomon Law Group on behalf of DGP Products, Inc. in the proceeding on this 21st day of September 2021.

Faith Elyzabeth Antonio
**Pro Se Defendant**
Faithantonio.legal@gmail.com
3564 Dove Hollow Ct
Palm Harbor, FL 34683

# Exhibit "A"

Gmail

Faith Antonio <faithantonio.legal@gmail.com>

## RE: DGP Products Inc- Antonio- Communications

**Stanford Solomon** <SSolomon@solomonlaw.com>
To: Faith Antonio <faithantonio.legal@gmail.com>
Cc: Jennifer Young <jyoung@solomonlaw.com>

Sat, Sep 18, 2021 at 11:17 PM

Do you still need us to send to you all filings by US mail as well as by email? You seem to be able to manage the email transmissions alright. Can we stop sending everything to you by US mail?

Stanford R. Solomon
THE SOLOMON LAW GROUP, P.A.
1881 West Kennedy Blvd. Suite D
Tampa, Florida 33606-1611
(813) 225.1818 (Tel)
(813) 810.7718 (Cell)
(813) 225.1050 (Fax)
ssolomon@solomonlaw.com

THE SOLOMON LAW GROUP, P.A.

**Stanford R. Solomon**

Phone: 813-225-1818
Mobile: 813-810-7718
Fax: 813-225-1050
Email: SSolomon@SolomonLaw.com

www.solomonlaw.com

SOLOMON LAW GROUP

Martindale-Hubbell® AV PREEMINENT® Peer Rated for Highest Level of Professional Excellence 2020

**1881 West Kennedy Boulevard, Suite D • Tampa • Florida • 33606-1611**

Confidentiality Statement: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any transmission of confidential and/or privileged material to persons or entities other than intended recipients shall not be construed as a waiver of such privileges or confidence. Any review, retransmission, dissemination, or other use of this information by persons or entities other than the intended recipient is prohibited. Any action taken in reliance of this information by any persons or entities who are not intended recipients is also prohibited. If you receive this in error, please contact the sender of the email and delete the material from any computer or electronic device. Fair Debt Collection Practices Act: You are advised that this office may be deemed a debt collector and any information obtained will be used to effect collection of a debt.

Begin forwarded message:

**From:** Allison Thompson <athompson@solomonlaw.com>
**Date:** September 14, 2021 at 9:41:40 AM EDT
**To:** Faith Antonio <faithantonio.legal@gmail.com>
**Cc:** Jennifer Young <jyoung@solomonlaw.com>, Stanford Solomon <SSolomon@solomonlaw.com>
**Subject: RE: DGP Products Inc- Antonio- Communications**

Ms. Antonio,

I am in receipt of your filing.

My last day with the firm is this Friday, September 17th. From that day forward, please send all communication to Sandy Solomon at ssolomon@solomonlaw.com and copy Jennifer Young a jyoung@solomonlaw.com instead of directing communication to me.

Sincerely,

**THE SOLOMON LAW GROUP, P.A.**

**Allison Thompson**

Phone: 813-225-1818
Mobile: 813-431-2992
Fax: 813-225-1050
Email: athompson@solomonlaw.com

www.solomonlaw.com

SOLOMON
LAW GROUP

---

**1881 West Kennedy Boulevard, Suite D • Tampa • Florida • 33606-1611**

---

**From:** Faith Antonio <faithantonio.legal@gmail.com>
**Sent:** Monday, September 13, 2021 5:09 PM
**To:** Allison Thompson <athompson@solomonlaw.com>
**Subject:** Notice Filing Court Documents

[Quoted text hidden]