ORDERED.

Dated: September 29, 2021

*Catherine M. Ewen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
http://www.flmb.uscourts.gov

In re:

Faith Elyzabeth Antonio,                                     Case No. 8:20-bk-07637-CPM

    Debtor.
_____/

DGP Products Inc. d/b/a Numeric Racing,

    Plaintiff,

v.                                                           Adv. No. 8:20-ap-00537-CPM

Faith Elyzabeth Antonio.

    Defendant.
_____/

**ORDER ON NOTICE OF ADVISING COURT
OF ATTORNEY WITHDRAWAL AND PLAINTIFF'S
<u>FILING OF ORDERS ALREADY SUBMITTED TO THIS COURT</u>**

THIS PROCEEDING came on for consideration of Notice of Advising Court of Attorney

Withdrawal and Plaintiff's Filing of Orders Already Submitted to this Court (Doc. No. 292) (the

"Notice"). In the Notice, the Defendant complains about the Plaintiff's counsel's alleged non-compliance with L.R. 2091-2(e) and seeks clarification about her receipt of an order reflecting a ruling from a December 7, 2020, hearing. The Complaint herein was filed by Stanford R. Solomon of The Solomon Law Group. The firm is counsel to the Plaintiff. As such, the individuals in the firm appear for the firm. Allison Thompson did not file a separate appearance, but nor did she need to. There is no co-counsel in this proceeding within the meaning of L.R. 2091-2(e). Even so, the rule is primarily for the protection of the affected represented party, not the opponent party, and thus provides no basis for the Defendant to complain. In a separate order (Doc. No. 302), the Court has addressed why Doc. No. 287 was entered. Accordingly, it is ORDERED that the Notice provides no grounds for relief.