UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| IN RE:<br><br>FAITH ELYZABETH ANTONIO,<br><br>Debtor. | Case No: 8:20-BK-07637<br>Chapter 7 |
| DGP PRODUCTS INC. D/B/A NUMERIC RACING,<br>Plaintiff,<br><br>vs.<br><br>FAITH ELYZABETH ANTONIO,<br><br>Defendant. | Adversary Case No:<br>8:20-ap-00537-CPM |

**REQUEST FOR EXPEDITED CONSIDERATION**

**DGP PRODUCTS, INC.'s**
**NOTICE ADVISING COURT OF**
**AUDIO RECORDINGS OF PROCEEDINGS POSTED ON SOCIAL MEDIA**

DGP Products, Inc. ("**DGP**") hereby provides Notice that Faith Elyzabeth Antonio ("**Debtor**") failed to attend her court ordered deposition on September 30, 2021. During the time that Debtor was scheduled to appear at her deposition, the undersigned has learned that Debtor was posting several videos on Tik Tok Poetic Injustice (@poetic.injustice) TikTok | Watch Poetic Injustice's Newest TikTok Videos.

Debtor posted several videos including a video titled *"This is Judicial Terrorism"* which includes audio recordings of hearings before this Bankruptcy Court. Debtor also posted several videos directed at undersigned counsel (titled "*Enough"*) on Tik Tok and copies of the unfounded and dismissed bar complaints

Debtor filed against several attorneys at the Solomon Law Gorup, P.A. on her webpage https://stopthisabuse.com/law/. Debtor has also posted several recordings[1] of proceedings held before the Honorable Brian E. Gnage, Circuit Court Judge of the Sixth Judicial Circuit in Case No.: 20-002405-FD-Section 25 (*"Recap"* Parts One through Eight) on Tik Tok as well as on her webpage.

Debtor has created a YouTube channel that is linked to her webpage wherein she has posted several videos regarding the litigation involving her and DGP https://www.youtube.com/channel/UCzxsMV5K-usJg8YlOh7PbFQ. Last many, of the videos name the owner of DGP, Daniel Geberth, and posts voicemails, excerpt of transcripts and other interactions between Mr. Geberth and Debtor.

*/s/ Stanford R. Solomon*
Stanford R. Solomon
ssolomon@solomonlaw.com
Florida Bar No. 302147
**THE SOLOMON LAW GROUP, P.A.**
1881 West Kennedy Boulevard, Suite D
Tampa, Florida 33606-1611
(813) 225-1818 (Tel)
(813) 225-1050 (Fax)
Attorneys for **DGP PRODUCTS INC.**

[1] Some videos were also posted during the time Debtor was scheduled to appear at her court ordered deposition.

## Certificate of Service

I hereby certify that I am admitted to the bar of this Court. I further certify that the foregoing **DGP PRODUCTS INC.'S NOTICE OF ADVISING COURT OF AUDIO RECORDINGS OF PROCEEDINGS POSTED ON SOCIAL MEDIA** was filed through the CM/ECF system and served by e-mail and standard first-class mail on October 1, 2021 upon:

Faith Elyzabeth Antonio
3564 Dove Hollow Ct.
Palm Harbor, FL 34683
Email: faithantonio.legal@gmail.com
***Pro Se* Defendant**

*/s/ Stanford R. Solomon*
Stanford R. Solomon
ssolomon@solomonlaw.com
Florida Bar No. 302147
**THE SOLOMON LAW GROUP, P.A.**
1881 West Kennedy Boulevard, Suite D
Tampa, Florida 33606-1611
(813) 225-1818 (Tel)
(813) 225-1050 (Fax)
Attorneys for **DGP PRODUCTS INC.**