ORDERED.

Dated: October 01, 2021

*Catherine M. Ewen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Faith Elyzabeth Antonio,   Case No. 8:19-bk-09970-CPM

   Debtor.   Chapter 7
_____/

DGP Products, Inc.
d/b/a Numeric Racing,

   Plaintiff,
v.   Adv. Proc. No. 8:20-ap-00126

Faith Elyzabeth Antonio,

   Defendant.
_____/

**ORDER TO DEFENDANT TO SHOW CAUSE WHY THE COURT SHOULD
NOT IMPOSE SANCTIONS AGAINST THE DEFENDANT FOR ALLEGEDLY
<u>BROADCASTING ON SOCIAL MEDIA A RECORDING OF A COURT PROCEEDING</u>**

THIS PROCEEDING came on for consideration of the Plaintiff's Notice of Advising Court of Audio Recordings of Proceedings Posted on Social Media (the "Notice") (Doc. No. 312). The Notice states that Plaintiff recently learned that the Defendant has posted certain materials on social media, including videos on TikTok and YouTube that include an audio recording (the "Recording") made during judicial proceedings held before this Court.

Local Rule 5073-1 adopts by reference M.D. Fla. R. 5.01, which provides that no one may "broadcast, televise, record or photograph a judicial proceeding, including a proceeding by telephone or video." Further, the Court's Order Establishing Procedures for Video Hearings ("Order on Hearing Procedures") (Doc. No. 97)—which permits parties to participate in hearings through Zoom or CourtCall—states in part:

> Participants are reminded that photographing, recording or further broadcasting the Hearing is *strictly prohibited*. Violation of these prohibitions may result in sanctions. All hearings will continue to be recorded using the Court's official digital recording systems. (Emphasis added.)

Accordingly, it is

**ORDERED:**

1. The Defendant, Faith Antonio, shall *immediately* take down any recordings of this Court's proceedings currently posted on any social media platform or anywhere else on the Internet that she has directly or indirectly caused to be posted.

2. The Defendant is directed to appear in person before the Court on October 18, 2021, at 11:00 a.m., in Courtroom 8B, 801 North Florida Avenue, Tampa, Florida 33602, to show cause why the Court should not find the Defendant in contempt for violating the Order on Hearing Procedures and impose appropriate sanctions for contempt and for violating Local Rule 5073-1.

3. If the Court finds that the Defendant violated the Order on Hearing Procedures and Local Rule 5073-1, possible sanctions may include, but are not limited to,

   (a) barring the Defendant from ordering any audio recordings of future proceedings before this Court;

(b) barring the Defendant from appearing via video or telephone at any future hearings before this Court (out of concern that she might surreptitiously record them for later social broadcast); and

(c) as a coercive measure, if the Defendant has failed to comply with decretal paragraph 1, providing the Debtor with access to a computer during the hearing—or, if she fails to appear at the hearing, issuing a bench warrant directing the United States Marshal to pick Ms. Antonio up and bring her before the Court, where she will be provided access to a computer—and directing her to take down the Recording and any other postings she has made of this Court's proceedings.

The Clerk is directed to serve a copy of this order on the Defendant and Alec Hall, Esq., Federal Defender's Office, 400 N. Tampa St., #2700, Tampa, FL 33602.  Otherwise, service shall be by CM/ECF only.