UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| IN RE:<br><br>FAITH ELYZABETH ANTONIO,<br><br>Debtor. | Case No: 8:20-BK-07637<br>Chapter 7 |
| DGP PRODUCTS INC., D/B/A NUMERIC RACING,<br>Plaintiff,<br><br>vs.<br><br>FAITH ELYZABETH ANTONIO,<br><br>Defendant. | Adversary Case No:<br><br>8:20-ap-00537-CPM |

**DGP PRODUCT'S NOTICE OF FILING**
**SUMMARY OF DISCOVERY PROVIDED TO DEBTOR**

DGP Products Inc. d/b/a Numeric Racing ("**DGP**") hereby gives notice of its filing of Summary of Discovery provided to Faith Elyzabeth Antonio ("**Debtor**") as follows:

| **Doc. No./Title** | **Response Date** | **Bates No.** |
|---|---|---|
| **Debtor's First Request For Production 02.02.21** | **03.04.21** – DGP's Response To First Request For Production Of Documents (Letter with Confidentiality Agreement)<br>**Link: 2021.03.04 Letter to Faith Antonio with Enclosures.pdf** | N/A |
| | **03.22.21** – Response Via Link Re: Non-Party Documents as to:<br>• Merrick Bank<br>• SunCoast Credit Union<br>• Affirm<br>• Wells Fargo<br>• Synovus Bank | N/A |

| Doc. No./Title | Response Date | Bates No. |
|---|---|---|
| | • Stripe<br>• Automattic Inc (Wordpress)<br>• FedEx Express<br>**Link: https://solomon1881-my.sharepoint.com/:f:/g/personal/mkunkel_solomonlaw_com1/EjEhHY8czzBGi9LE4lh3w4oBgjkUxncSoBOPmPTAywltZA?e=RogjIE** | |
| | **03.24.21 –** Non-Party Document Production of Innisbrook Resort<br>**Link:** ***DGP v. Antonio [adv bkcy]-Docs from 3rd Parties*** | N/A |
| | **03.25.21 & 03.26.21 –** DGP's Amended Response To Defendant's First Request For Production<br>**Link:** ***2021.03.25 DGP v. Antonio [adv bkcy]-DGP's Doc Prod In Resp to Def's 1st RFP*** | PayPal (01.01.15 – 11.30.19) DGP00001 – DGP00210<br><br>Synovus Bank (01.31.14 – 12.31.19 Redacted) DGP00211 – DGP00540<br><br>Synovus Bank (12.17.18 – 01.16.19 Redacted) DGP0041 – DGP00542<br><br>Amazon Amex (01.01.19 – 12.31.19 Redacted) DGP00503 – DGP00505<br>PayPal (06.01.14 – 07.19.20) DGP00546 – DGP00567 |

| **Doc. No./Title** | **Response Date** | **Bates No.** |
| --- | --- | --- |
| | | Synovus Bank Account (12.15.14 – 01.16.20 Redacted) DGP00568 – DGP01112<br><br>1099 Payroll Records (2016-2019) DGP01113 – DGP01117<br><br>Corporate Amex (Acct. 7-81005 04.22.16 – 12.24.19) DGP01118 – DGP01575<br><br>Auth QB Online (All Other Reports 2014 - 2019) DGP01576 – DGP02555<br>Auth QB Online (Audit Log 03.19.19 – 11.30.19) DGP02556 – DGP02787<br><br>Auth QB Online (Bank Reconciliation Stmt 01.03.17 - 12.17.19) DGP02788 - DGP02978 |

| **Doc. No./Title** | **Response Date** | **Bates No.** |
|---|---|---|
| | | Auth QB Online (Deleted Voided Transactions 03.19.19 – 11.28.19) DGP02979 – DGP02980<br><br>QB Desktop Backup 1 (06.01.14 – 11.16.20) DGP02981 – DGP05562<br><br>QB Desktop Backup 2 (Synovus Bank Period Ending 02.28.17) DGP05563 – DGP06050<br><br>QB Desktop Backup 3 (Synovus Bank Period Ending 02.28.17) DGP06051 – DGP06540<br><br>QB Desktop Backup 4 (Synovus Bank Period Ending 02.28.17) DGP06541 – DGP07028 |

| Doc. No./Title | Response Date | Bates No. |
|---|---|---|
| | | QB Desktop Backup 5 (Synovus Bank Period Ending 01.31.15) DGP07029 – DGP08783<br><br>QB Desktop Backup 6 (Synovus Bank Period Ending 01.31.15) DGP08784 – DGP10538<br><br>QB Desktop Backup 7 (Synovus Bank Period Ending 01.31.15) DGP10539 – DGP12050<br><br>QB Desktop Backup 8 (Synovus Bank Period Ending 01.31.15) DGP12060 – DGP13620<br><br>Receipts (Publix; Sam's; Health & Wellness Center 2018 & 2019) DGP13621 – DGP13628 |

| Doc. No./Title | Response Date | Bates No. |
|---|---|---|
| | | Advanced Auto Parts Receipts (12.22.16 – 10.06.19) DGP13629 – DGP13676<br><br>Stamps.com Shipping History (07.08.17 - 12.31.19) DGP13677 – DGP13683<br><br>QB Payments (08.31.14 – 11.30.19) DGP13684 - DGP13777<br><br>Stripe (12.01.17 – 12.31.17) DGP13778 – DGP13811 |
| | **04.16.21 –** Non-Party Document Production of:<br>• Earthlink<br>• Godaddy<br>• Paypal<br>**Link:** ***2021.04.16 DGP v. Antonio [adv bkcy]*** | N/A |
| | **04.22.21 –** Non-Party Document Production of Intuit<br>**Link:** ***2021.04.22 DGP v. Antonio [adv bkcy] – Docs to Def*** | N/A |
| | **05.05.21 –** Non-Party Document Production of Square<br>**Link:** ***2021.05.05 DGP v. Antonio [adv bkcy] – Docs to Def*** | N/A |

| Doc. No./Title | Response Date | Bates No. |
|---|---|---|
| | **05.14.21 –** Non-Party Document Production of Bluehost<br>**Link:** ***2021.05.14 DGP v. Antonio [adv bkcy] – Docs to Def*** | N/A |
| | **05.25.21 –** DGP's Supplemental Response To Defendant's First Request For Production<br>**Link:** ***2021.05.25 DGP v. Antonio [adv bkcy]-DGP's Supp Prod in Resp to Def's 1st RFP*** | CapitalOne (03.14.14 – 05.10.18) DGP13812 - DGP14113<br><br>Synovus Signature Cards (Redacted) DGP14114 – DGP14119 |
| | **06.03.21 –** No.7 Receipts For Purchases From Pharmacies, Grocery Stores, or Convenience Stores<br>• Advanced Auto Parts (12.22.16 – 10.16.19)<br>• Letter From Square Dated 03.03.21<br>• Statements From fiverr (02.2017 – 10.2018)<br>• Godaddy.com Receipts (01.29.17 – 02.07.19)<br>• Miscellaneous Receipts including but not limited to: Best Buy, Pro Auto Collision Carstar; Ferman Nissan; and Florida Orthopedic.<br>• Woocommerce Receipts (12.17.18 - 10.31.19)<br>**Link:** ***Antonio, Faith-Docs 6-3-21*** | N/A |
| | **06.15.21 –** Amex Statements - Acct. 1006 (09.15.17 – 12.17.18)<br>**Link:** ***AMEX Statements [DGP14120-14216].PDF*** | DGP14120 – DGP14216 |
| | **06.17.21 –** Amex Statements - Acct. 3001 (01.24.20 – 07.24.20)<br>**Link:** ***AMEX Statements [DGP14217-14304].PDF*** | DGP14217 – DGP14304 |
| | **06.28.21 –** Non-Party Production of Documents From Stripe Database<br>**Link:** ***Stripe Database [DGP14305-14326].PDF*** | DGP14305 – DGP14326 |

| Doc. No./Title | Response Date | Bates No. |
|---|---|---|
| | **07.22.21 –**<br>• 2019 Year End Summary Discover Card Acct. 8366<br>• Synovus Bank Signature Card<br>• R-2018 Signature Card For Account Owners: DGP Products Inc. Signed By Daniel Geberth (Redacted)<br>**Discover-2019-YearEndSummary.pdf** | N/A |
| **Doc. 182** | **Doc.182 07.23.21 –** Notice of DGP's Providing Documents In Response To Defendant's First Request For Production of Documents & To Satisfy Requests From July 21, 2021 Hearing<br>• Discover Card Documents (all statements provided in DGP/Geberth's possession at time of filing): August 2019 Statement, September 2019 Statement, October 2019 Statement, and December 2019 Statement<br>• Bank of America Card ending in 3459 (all statements provided in DGP/Geberth's possession at time of filing): 2017 Year End Statement<br>• Bank of America 3549 (all statements provided in DGP/Geberth's possession at time of filing):<br>• 2017 Year End Summary<br>• Synovus Card 2018<br>• Receipts reflected in Complaint: Assurant Liability, Affirm, numerous Best Buy, Office Depot, Quickbooks Receipt Welltrek, Sunpass, Target Receipts, GoDaddy, Hotels.com, Publix, 1 & 1 Internet, 1Themes Media LLC, Quill<br>***DGP-Antonio 7-23-21 Additional Discovery*** | N/A |
| | **07.29.21 –** No. 1 Clean Synovus Statements 12.31.15 thru 2018<br>• 2021.07.29 Production [Statements]<br>o 01 – 2014 Statements<br>o 02 – Ionos Invoices<br>o 03 – 2018 Statements<br>• Synovus Statements Starting in 2016<br>**Synovus Statements starting in 2016.pdf** | DGP14327 – DGP14808 |

| **Doc. No./Title** | **Response Date** | **Bates No.** |
| --- | --- | --- |
| **Doc. 195** | **Doc.195 08.02.21 –** DGP's Supplemental Notice of Providing of Documents In Response To Defendant's First Request For Production of Documents & To Satisfy Requests From July 21, 2012 Hearing<br>• Discover Card Documents (all statements provided in DGP/Geberth's possession at time of filing): August 2019 Statement, September 2019 Statement, October 2019 Statement, and December 2019 Statement<br>• Bank of America Card ending in 3459 (all statements provided in DGP/Geberth's possession at time of filing): 2017 Year End Statement<br>• Bank of America 3549 (all statements p rovided in DGP/Geberth's possession at time of filing):<br>• 2017 Year End Summary<br>• Clean Copies of Synovus<br>• Synovus Card 2018<br>• Receipts reflected in Complaint: Assurant Liability, Affirm, numerous Best Buy, Office Depot, Quickbooks Receipt Welltrek, Sunpass, Target Receipts, GoDaddy, Hotels.com, Publix, 1 & 1 Internet, 1Themes Media LLC, Quill | N/A<br><br>DGP14523-DGP14808 to supplement DFP00211-00540 and DFP00541-00542 provided on 3/25/21 |
| **Doc. 203** | **Doc.203 08.03.21 –** DGP Products Inc.'s Response In Opposition To Defendant Motion For Contempt & Enforcement And/Or Sanctions Due To Discovery Abuse [D.E. 188]<br>**Rx to Mtn for Contempt DE 203**<br>• Copy of Oath Response<br>• Ionos<br>• Transcript<br>• Transmittal Email<br>• Rejection Email<br>• Composite Exhibit | N/A |

| Doc. No./Title | Response Date | Bates No. |
|---|---|---|
| **Doc. 259** | **Doc.259 08.26.21 –** DGP's NOF Intuit/QuickBooks Check Audit History (Production Pages Attached)<br>• Intuit Check 2027 History of Modifications<br>• Intuit Check 1925 History of Modifications<br>• Intuit Check 1961 History of Modifications<br>• Intuit Check 2004 History of Modifications<br>• Intuit Check 1973 History of Modifications<br>• Intuit Check 1955 History of Modifications<br>• Intuit Check 1964 History of Modifications<br>• Intuit Check 1980 History of Modifications<br>• Intuit Check 2011 History of Modifications<br>• Intuit Check 2017 History of Modifications<br>• Intuit Check 1909 History of Modifications<br>• Intuit Check 2024 History of Modifications<br>• Intuit Check 1968 History of Modifications<br>• Intuit Check 2006 History of Modifications | N/A |
| **Doc. 269** | **Doc.269 09.02.21 –** DGP's NOF Communications Regarding Unauthorized Transactions (Production Pages Attached)<br>• Text Message from Defendant to Daniel Geberth 11/15/19<br>• Email between Defendant and Daniel Geberth regarding unauthorized payment<br>• Communication regarding unauthorized transactions | N/A |
| **Antonio's Second Request For Production 09.10.21** | **10.11.21 –** DGP's Response To Defendant's Second Request For Production of Documents<br>• Kanter & Associates, P.A. CV<br>• August 7, 2020 Civil Theft Demand to Antonio<br>• August 13, 2020 Amended Civil Theft Demand to Antonio<br>• (Footnote 1) RE_DGP Products Inc. – Antonio – Meet and Confer – Antonio's 2nd Amended Memo in Support of Mtn to Compel<br>***DGP's Response to Second Request for Production*** | N/A |

| Doc. No./Title | Response Date | Bates No. |
|---|---|---|
| **Doc. 400** | **Doc 400 11.10.21** DGP's Notice of Compliance with Order Regarding Intuit Records<br>• Audit Trail Email<br>• Audit Trail 1<br>• Audit Trail 2 | N/A |

Respectfully submitted,

*/s/ Stanford R. Solomon*
Stanford R. Solomon
ssolomon@solomonlaw.com
Florida Bar No. 302147
**THE SOLOMON LAW GROUP, P.A.**
1881 West Kennedy Boulevard, Suite D
Tampa, Florida 33606-1611
(813) 225-1818 (Tel)
(813) 225-1050 (Fax)
Attorneys for **DGP PRODUCTS INC.**

## Certificate of Service

I hereby certify that I am admitted to the bar of this Court. I further certify that the foregoing **DGP PRODUCTS INC.'S NOTICE OF FILING SUMMARY OF DISCOVERY PROVIDED TO DEBTOR** was filed through the CM/ECF system and served by e-mail and standard first-class mail on November 16, 2021 upon:

Faith Elyzabeth Antonio
3564 Dove Hollow Ct.
Palm Harbor, FL 34683
Email: faithantonio.legal@gmail.com
***Pro Se* Defendant**

*/s/ Stanford R. Solomon*
Stanford R. Solomon
**THE SOLOMON LAW GROUP, P.A.**
Attorneys for **DGP PRODUCTS INC.**