FILED
Date: Nov 19, 2021 via: email
Clerk, U.S. Bankruptcy
Tampa Division

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

| | | |
|---|---|---|
| FAITH ELYZABETH ANTONIO,<br>Debtor | ) | Case No. 8:20-bk-07637<br>Chapter 7 |
| DGP PRODUCTS INCS, DBA NUMERIC RACING<br>Plaintiff | ) | Adversary Case No. 8:20-ap-00537-CPM |
| vs. | ) | |
| FAITH ELYZABETH ANTONIO,<br>Defendant | ) | |

**EXPEDITED CONSIDERATION REQUESTED**

**DEFENDANTS MOTION FOR PROTECTIVE ORDER**
**FOR THE NOVEMBER 19, 2021 DEPOSITION OF FAITH ANTONIO**

COMES NOW, Faith Elyzabeth Antonio ("**Defendant**"), pro se, and as such moves this Honorable Court for a Protective Order for the November 19, 2021, deposition, and states as follows:

1. On December 4. 2020, In the pending Injunction court case (the "**Injunction Action**") Stanford Solomon ("**Solomon**") on behalf of DGP Products' ("**Plaintiff**") principal, Daniel Geberth ("**Geberth**"), files a Motion to Dissolve the Injunction granted against is client on April 20, 2020. This with only four months before it's natural expiration date, citing his clients need to hold a concealed carry permit to defend himself just in case Ms. Antonio tries to "trap" his client in a public place.

2. On December 31, 2020, Plaintiff files Notice of Deposition in this Adversary proceeding (the "Adversary Action") (Doc. No. 23) to conduct deposition on Ms. Antonio on February 16, 2021. Demanding an 8-hour deposition. Although former attorney Samantha Dammer was told Geberth had a Deposition the following day, this was never filed with the court.
3. On January 13, 2021, Plaintiff cancels Deposition in the Adversary Action without explanation and files Notice of Taking Deposition in Injunction Action. Judge Gnage who is presiding over Injunction Action granted Ms. Antonio's Protective Order barring depositions in this case.
4. On January 25, 2021, not being able to depose Ms. Antonio in the Injunction Court Action, Plaintiff files Renewed Notice of Deposition in Adversary Action for March 11, 2021. Ms. Antonio was never contacted by any attorney to determine her own availability.
5. On March 4, 2021, Plaintiff filed Notice of Cancellation of Deposition of Defendant in the Adversary Action. Solomon Law Group did not attempt at any communication with this cancellation but proceeded to demand to reschedule (and for a third time) after Plaintiff filed its Notice with the Court.
6. On March 5. 2021, Defendant as Pro Se in this Adversary Action, Ms. Antonio received a series of emails from Solomon demanding to schedule to Depositions of herself and her family members, stating, "we plan to depose your sister, your daughter, and your father. Each of these depositions should last no longer than two hours ... We are also planning to proceed with the depositions of Thomas McArthur and Juan Miranda. Do you have any objections to the scheduling of these depositions?"

7. On March 8. 2021, Solomon continues by requesting the depositions of Ms. Antonio's elderly parents, David and Cynthia, siblings Tabithaann and Davidpaul, and children (Brianna, Ethan, and Christien (for approximately two hours each)), and including Thomas McArthur and Juan Miranda (calling them Ms. Antonio's "former boyfriends"). Solomon demands once again that Ms. Antonio sit for an 8-hour deposition.
8. On March 10, 2021: Upon further questioning about the relevancy, Defendant firmly states her objections to his request for her to produce her known rapist, Solomon responded, "we believe that these witnesses have relevant information regarding "your embezzlement. " With respect to McArthur and Miranda, we would be willing to depose them in the Injunction case .... Advise whether you will produce the witnesses ... " (Doc. No. 3, p 33-41).
9. On August 16, 2021, at 6 pm, Allison Thompson emailed Ms. Antonio stating, "*Mr. Solomon has been appointed to a specialist task force dealing with Covid and the courts. His meeting interferes with your deposition by thirty minutes. We ask for your cooperation and agreement to begin your deposition on Thursday and Friday at 12:30 pm and ending at 4 pm each day. This keeps us inline with the allotted time allowed by Judge McEwen and allows Mr. Solomon to fulfill his duties. Please let me know by tomorrow if there is any objection so that I may motion the court if necessary.*"
10. Defendant had a morning doctor's appointment and could not alter her schedule. Because of Plaintiff's scheduling issues, the depositions were rescheduled to a later date not by any actions of the Defendant.
11. Judge Gnage, who presided over the Injunction Court Action between Antonio and Geberth had found (Judge's order available upon request):

> At the original injunction hearing on April 22, 2020, the Petitioner, among other reasons for requesting protection, played a voicemail message which can be found at page 26-27 of that transcript. In that voicemail, the Respondent threatens to reveal the Petitioners location to a Juan Miranda... This threat is made in the context of if the Petitioner does not comply with the Respondents demands in the voicemail. (¶ 8)
>
> Faith Antonio has not had any involvement with Juan Miranda since she was 16 years old, and she confided in the Respondent about the sexual abuse Juan Miranda committed against her when she was a minor (¶ 10).
>
> The threats of suit and financial ruin were willful, malicious, and directed at Faith Antonio without a legitimate purpose when the original injunction was issued. The malicious nature of the financial ruin threat is clear because the threat is made contemporaneous with the threat to reveal the Petitioners location to her former rapist (¶ 14).
>
> The Court was presented no testimonial evidence during the hearing as to a legitimate purpose of listing Juan Miranda on the bankruptcy case for which the Respondent is represented by counsel (¶ 20).

12. Solomon was questioned as to why he had demanded that Antonio produce Miranda in several emails and how was it relevant to any of these proceedings, as provided in the transcript of Solomon answering Judge Gnage's questioning, see Doc. No. 284.

13. Solomon stated that he decided that it was his obligation as an attorney to contact Juan Miranda to ask him if he had raped the Defendant, falsely stating that the Defendant had made this person relevant in court proceedings, including this adversary proceeding. He also stated that he wasn't sure whether he was going to bring this person to these proceedings.

14. On <u>September 28, 2021</u>, Defendant notified Plaintiff's counsel that she would not be appearing at her depositions on September 29 and October 1, 2021. The threats of including a person who has continually stalked the Defendant and her child, Brianna,

throughout the years had brought considerable trauma and caused her to have a mental break, attached hereto as Exhibit "**A**".

15. Plaintiff ignored her notice and proceeded by appearing at the Courthouse with intent to cost Defendant fees.

16. On November 17, 2021, the day prior to Defendant's deposition, a mail piece was received with links to her rapist, attached hereto as Exhibit "**B**".

17. This is thought to be another attempt by Plaintiff to "witness tamper[1]" with the Defendant by causing her to again avoid the depositions. This along with Plaintiff's many attempts to mediate the action as their claims are invalid.

18. On November 18, 2021, Defendant appeared for her deposition as compelled and was met with an abusive, unprofessional, and hostile manner by Solomon, with Geberth laughing and mocking the Defendant at the outset.

19. The refusal to have this proceeding remotely also puts the Defendant at risk from her immunocompromised health in the state of COVID.

20. Directly after the conclusion of the deposition, Defendant's sister, Tabithaann Gregor, received unknown phone calls from 813-863-9758 at 5:41 and 5:42 pm, a number listed from Odessa, FL where Geberth resides, attached hereto as Exhibit "**C**".

[1] 18 U.S. Code § 1512 - Tampering with a witness, victim, or an informant: (2)Whoever uses physical force or the threat of physical force against any person, or attempts to do so, with intent to— (A) influence, delay, or prevent the testimony of any person in an official proceeding; (B)cause or induce any person to— (iii) evade legal process summoning that person to appear as a witness, or to produce a record, document, or other object, in an official proceeding; or (iv) be absent from an official proceeding to which that person has been summoned by legal process; or (d)Whoever intentionally harasses another person and thereby hinders, delays, prevents, or dissuades any person from— (1) attending or testifying in an official proceeding; or attempts to do so, shall be fined under this title or imprisoned not more than 3 years, or both.

## LEGAL STANDARD

Evidence rules clearly allow a court to balance a party's request for an ambiguous fishing expedition against the need to protect a legitimate security concern of an opposing litigant. Pursuant to Federal Rule of Evidence 611 (a) and Federal Rule of Civil Procedure 26(c), a court can take all reasonable steps necessary to protect a party during discovery, at trial, and thereafter. Fed. R. Evid. 611(a). "The court shall exercise reasonable control over the mode and order of interrogating witnesses and presenting evidence so as to . . . (3) protect witnesses from harassment or undue embarrassment"); Fed. R. Civ. Pro. 26(c) (permitting the court to make "any order which justice requires to protect a party or person from annoyance, embarrassment, oppression, or undue burden. . . . (1) including an order that the disclosure or discovery not be had; or (2) may be had only on specified terms and conditions, . . . (4) that certain matters not be inquired into, or that the scope of the disclosure or discovery be limited to certain matters; . . . (8) that the parties simultaneously file specified documents or information enclosed in sealed envelopes to be opened as directed by the court."); Carhart v. Ashcroft, 300 F.Supp.2d 921, 923 (D.Neb.2004) ('where the safety . . . of a witness . . . might be jeopardized by compelling testimony to be given under normal conditions, the courts have permitted testimony to be given in camera, outside the courtroom, or under other circumstances that afford protection.') (citing 28 Charles A. Wright & Victor J. Gold, Federal Practice and Procedure § 6164, at 350-51 (1993)).

It may be in the best interest to restrict information and discovery to this proceeding since Plaintiff cannot conduct itself civilly nor follow the Rules of Civil Procedure, see Takata v. Hartford Comprehensive Employee Benefit Serv. Co., 283 F.R.D. 617, 622 (E.D. Wash. 2012) (when crafting protective order, court should consider limiting use of information to particular lawsuit and limiting persons who may view documents).

Any current information to what emails, phone numbers, current address, persons Defendant lives with, doctors and any medical information has no bearing on this adversary proceeding and does not relate to any allegations in Plaintiff's Complaint. Furthermore, Defendant requests limiting questions about the whereabouts of her family members, as the threat also bears weight on the safety of Defendant's daughter, Brianna.

Geberth is aware of Defendant's disability and health issues, and has attempted to and attempts to get her kicked off of disability as he had previously contacted the Social Security Administration with claims of work activity in July 2020, that were denied. Plaintiff's questions with the Defendant's current activities have no bearing on this adversary proceeding.

**WHEREFORE**, Faith Elyzabeth Antonio, moves this Court for a Protective Order limiting the discovery by Plaintiff to not exceed the time period of allegations made in the Complaint, as Plaintiff has alleged that Defendant was "terminated" on November 11, 2019. Because any disclosure of information relating to the Defendant could threaten the safety of the Defendant and her family.

Respectfully submitted,

Faith Elyzabeth Antonio
**Pro Se Defendant**
Faithantonio.legal@gmail.com
3564 Dove Hollow Ct
Palm Harbor, FL 34683

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing copy has been filed and served on the Solomon Law Group by email at ssolomon@solomonlaw.com on behalf of DGP Products, Inc. in the proceeding on November 19, 2021.

Faith Elyzabeth Antonio
**Pro Se Defendant**
Faithantonio.legal@gmail.com
3564 Dove Hollow Ct
Palm Harbor, FL 34683

# Exhibit "A"

Gmail

Faith Antonio <faithantonio.legal@gmail.com>

## DGP Products v. Antonio, Adv. 20-537: DEPOSITION OF FAITH ANTONIO

4 messages

**Stanford Solomon** <SSolomon@solomonlaw.com> Tue, Sep 28, 2021 at 6:34 AM
To: Faith Antonio <faithantonio.legal@gmail.com>
Cc: Dedra Gann <Dedra_Gann@flmb.uscourts.gov>, Pamella Arciola <Pamella_Arciola@flmb.uscourts.gov>, Victoria Cruz-Garcia <vgarcia@solomonlaw.com>

Ms. Antonio,

Are you confirming to us that you will not appear for your deposition on Thursday and on Friday, as scheduled?

Please advise soonest so that we can advise the Court, cancel the court reporter, and adjust our schedules accordingly.

Thank you.

Sandy

Stanford R. Solomon
THE SOLOMON LAW GROUP, P.A.
1881 West Kennedy Blvd. Suite D
Tampa, Florida 33606-1611
(813) 225.1818 (Tel)
(813) 810.7718 (Cell)
(813) 225.1050 (Fax)
ssolomon@solomonlaw.com

**THE SOLOMON LAW GROUP, P.A.**

**Stanford R. Solomon**

Phone: 813-225-1818
Mobile: 813-810-7718
Fax: 813-225-1050
Email: SSolomon@SolomonLaw.com

www.solomonlaw.com

SOLOMON LAW GROUP

Martindale-Hubbell®
AV PREEMINENT®
Peer Rated for Highest Level of Professional Excellence
2020

**1881 West Kennedy Boulevard, Suite D • Tampa • Florida • 33606-1611**

Confidentiality Statement: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any transmission of confidential and/or privileged material to persons or entities other than intended recipients shall not be construed as a waiver of such privileges or confidence. Any review, retransmission, dissemination, or other use of this information by persons or entities other than the intended recipient is prohibited. Any action taken in reliance of this information by any persons or entities who are not intended recipients is also prohibited. If you receive this in error, please contact the sender of the email and delete the material from

any computer or electronic device. Fair Debt Collection Practices Act: You are advised that this office may be deemed a debt collector and any information obtained will be used to effect collection of a debt.

On Sep 27, 2021, at 6:36 PM, Faith Antonio <faithantonio.legal@gmail.com> wrote:

No they are not. I have already sent you notice. Sorry

On Mon, Sep 27, 2021 at 6:05 PM Stanford Solomon <SSolomon@solomonlaw.com> wrote:

Yessireee. The depositions are proceeding as scheduled.

Sandy

Stanford R. Solomon
THE SOLOMON LAW GROUP, P.A.
1881 West Kennedy Blvd. Suite D
Tampa, Florida 33606-1611
(813) 225.1818 (Tel)
(813) 810.7718 (Cell)
(813) 225.1050 (Fax)
ssolomon@solomonlaw.com

**THE SOLOMON LAW GROUP, P.A.**

**Stanford R. Solomon**

Phone: 813-225-1818
Mobile: 813-810-7718
Fax: 813-225-1050
Email: SSolomon@SolomonLaw.com

<SLG_Vert_logo_89e0237e-7bcd-4c36-bc95-bf14eeffae0d.png>
<av2020-rating-full_12dd9a4a-200e-4a8c-af74-8c19fe28aa5d.jpg>

www.solomonlaw.com

**1881 West Kennedy Boulevard, Suite D • Tampa • Florida • 33606-1611**

Confidentiality Statement: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any transmission of confidential and/or privileged material to persons or entities other than intended recipients shall not be construed as a waiver of such privileges or confidence. Any review, retransmission, dissemination, or other use of this information by persons or entities other than the intended recipient is prohibited. Any action taken in reliance of this information by any persons or entities who are not intended recipients is also prohibited. If you receive this in error, please contact the sender of the email and delete the material from any computer or electronic device. Fair Debt Collection Practices Act: You are advised that this office may be deemed a debt collector and any information obtained will be used to effect collection of a debt.

On Sep 27, 2021, at 1:55 PM, Dedra Gann <Dedra_Gann@flmb.uscourts.gov> wrote:

Good afternoon.

Judge McEwen asked that I contact you to confirm that the depositions scheduled in the above adversary proceeding will take place as follows:

Deposition of Aspen Geberth – 11 am – 2 pm on September 28 [to take place in Courtroom 8B]

Deposition of Daniel Geberth – 2 pm – 5 pm on September 28 [to take place in Courtroom 8B]

Deposition of Faith Antonio – 1:30 pm – 5 pm on September 30 [5th floor training room in Sam Gibbons courthouse]

Deposition of Faith Antonio – 1:30 pm – 5 pm on October 1 [5th floor training room in Sam Gibbons courthouse]

Thank you in advance for your quick reply.

Dedra L. Gann
Judicial Assistant to
Hon. Catherine Peek McEwen
U.S. Bankruptcy Court
Middle District of Florida
801 N. Florida Avenue, Suite 854
Tampa, FL 33602
(813) 301-5082

**"Our Court serves the public by processing and deciding bankruptcy cases with fairness, impartiality, and excellence, while treating everyone with dignity, integrity, and respect."**

--
Respectfully,

Faith Elyzabeth Antonio
Pro Se/Defendant

---

**2 attachments**

**SLG_Vert_logo_89e0237e-7bcd-4c36-bc95-bf14eeffae0d.png**
44K

**av2020-rating-full_12dd9a4a-200e-4a8c-af74-8c19fe28aa5d.jpg**
625K

---

**Faith Antonio** <faithantonio.legal@gmail.com> Tue, Sep 28, 2021 at 5:35 PM
To: Stanford Solomon <SSolomon@solomonlaw.com>

Yessireee. I have advised the Court. I will not be appearing.
[Quoted text hidden]

---

**2 attachments**

**SLG_Vert_logo_89e0237e-7bcd-4c36-bc95-bf14eeffae0d.png**

44K

av2020-rating-full_12dd9a4a-200e-4a8c-af74-8c19fe28aa5d.jpg
625K

---

**Stanford Solomon** <SSolomon@solomonlaw.com> Tue, Sep 28, 2021 at 7:44 PM
To: Faith Antonio <faithantonio.legal@gmail.com>

Ms. Antonio,

Forgive me, but really? You are just joshing, right?

We worked to schedule and to reschedule these depositions.
We have had several motions addressing these depositions. We have made several arguments to the court relating to these depositions.
The court has considered and ruled upon several submissions referencing these depositions.

Respectfully, we have a busy calendar and do not have the luxury of scheduling and rescheduling events. On top of that, the trial is fast approaching.
For these and other reasons, at least your deposition absolutely must proceed as scheduled.

If you really do not want to sit for your deposition, let's meet by zoom tomorrow and reach a settlement that includes inter alia reciprocal agreements to stay away from the other and a reciprocal recognition that the claim is at least partially true. It might be worth one last try. Your call.

Absent a settlement before the scheduled start of your deposition, we fully intend to proceed as scheduled and as ordered.

Thank you for your consideration.

Sandy

Stanford R. Solomon
THE SOLOMON LAW GROUP, P.A.
1881 West Kennedy Blvd. Suite D
Tampa, Florida 33606-1611
(813) 225.1818 (Tel)
(813) 810.7718 (Cell)
(813) 225.1050 (Fax)
ssolomon@solomonlaw.com

**THE SOLOMON LAW GROUP, P.A.**

**Stanford R. Solomon**

Phone: 813-225-1818
Mobile: 813-810-7718
Fax: 813-225-1050
Email: SSolomon@SolomonLaw.com

www.solomonlaw.com

SOLOMON
LAW GROUP

Martindale-Hubbell®
AV PREEMINENT®
Peer Rated for Highest Level of Professional Excellence 2020

1881 West Kennedy Boulevard, Suite D • Tampa • Florida • 33606-1611

Confidentiality Statement: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any transmission of confidential and/or privileged material to persons or entities other than intended recipients shall not be construed as a waiver of such privileges or confidence. Any review, retransmission, dissemination, or other use of this information by persons or entities other than the intended recipient is prohibited. Any action taken in reliance of this information by any persons or entities who are not intended recipients is also prohibited. If you receive this in error, please contact the sender of the email and delete the material from any computer or electronic device. Fair Debt Collection Practices Act: You are advised that this office may be deemed a debt collector and any information obtained will be used to effect collection of a debt.

On Sep 28, 2021, at 5:35 PM, Faith Antonio <faithantonio.legal@gmail.com> wrote:

[Quoted text hidden]

---

**Faith Antonio** <faithantonio.legal@gmail.com> Tue, Sep 28, 2021 at 9:36 PM
To: Stanford Solomon <SSolomon@solomonlaw.com>
Bcc: antoniofaithe@gmail.com

Solomon,

Let me refresh your memory. YOU canceled the deposition. Tried to conduct such in the injunction action. Didn't get what you wanted. Refiled in this proceeding and then canceled again. And to add, YOU did this without conferring. You had plenty of time after April 30th to schedule depositions, you failed to do so.

I am going to tell you again. Do not disparage me.

YOU haven't followed court procedure. If you have to resort to filing false evidence, altered documents and refuse to follow procedure or have to resort to such dilatory tactics. That says it loud and clear how frivolous it is.

Your client is being investigated by my referral to the IRS criminal division regarding w2s and 1099s. You and your client are being investigated by MY referral to the FBI.

I've already conferred with the Court again and my position stands. So you may proceed as scheduled, but I'm pretty sure the Judge will note that I had notified you of my intent but you proceeded, anyway. That cost is yours.

I promise, You will not prevail. Your client can continue to spend hundreds of thousands of dollars. We can take this appellate. The Court of Public Opinion is by far my favorite option.

Like you said, the trial is coming soon, plus the possibility of criminal action and fines on your client resulting from the falsified federal documents.

If you would like to recant your statements from the Injunction action, if they were not true, that might be in your best interest. If they are true and if I am harmed from your ignorance, the result was from your own hands and I will hold you, your firm, and your client Geberth responsible.

Btw, the Interrogatories are overdue, 2nd Request Production of Documents, and Disclosures are due. Is that your final expert witness report? I need the final so that I may send that for review.

So Respectfully, there is nothing to settle on my end. That notion will forever be off the table. I will not be held accountable and accused for crimes that I did not commit.

Thanks,

Ms. Antonio

I will be unavailable for the next three days as I am my own attorney, I cannot divulge the circumstances due to HIPAA. My email will be monitored.

[Quoted text hidden]

---

**Expedited Supplemental.pdf**
1643K

Gmail Faith Antonio <faithantonio.legal@gmail.com>

# DGP PRODUCTS/Antonio-Bankruptcy: 8:20-ap-00537-CPM —SETTLEMENT

**Stanford Solomon** <SSolomon@solomonlaw.com> Tue, Sep 28, 2021 at 10:28 AM
To: Faith Antonio <faithantonio.legal@gmail.com>

Ms. Antonio,

We would like to consider the possibility of settlement. Are you so inclined? If so, would you like to engage in direct negotiations?

Please let us know today before 12:00 noon. We could do so in person or by zoom.

Please let us know.

Sandy

Stanford R. Solomon
THE SOLOMON LAW GROUP, P.A.
1881 West Kennedy Blvd. Suite D
Tampa, Florida 33606-1611
(813) 225.1818 (Tel)
(813) 810.7718 (Cell)
(813) 225.1050 (Fax)
ssolomon@solomonlaw.com

THE SOLOMON LAW GROUP, P.A.

**Stanford R. Solomon**

Phone: 813-225-1818
Mobile: 813-810-7718
Fax: 813-225-1050
Email: SSolomon@SolomonLaw.com

www.solomonlaw.com

SOLOMON LAW GROUP

Martindale-Hubbell® AV PREEMINENT® Peer Rated for Highest Level of Professional Excellence 2020

**1881 West Kennedy Boulevard, Suite D • Tampa • Florida • 33606-1611**

# Exhibit “B”

**AROUND THE CLOCK MORTGAGE, LLC**
**Cell: 352-445-1872 - Available 24/7**
**www.aroundtheclockmortgage.com**

# Tired of Real Estate?

## You can make A LOT more money as a Loan Originator!
## Last quarter I made over 60K in commissions!

# LEADS PROVIDED!

# You can work from home!

# Call for more information!

Alfredo Arenas, MBA - Hablo Español
FL & GA Mortgage Loan Originator - NMLS# 1617434
Around The Clock Mortgage, LLC - NMLS# 2131653

NAMB National Association of Mortgage Brokers

FAMP since 1960 FLORIDA ASSOCIATION of MORTGAGE PROFESSIONALS

24/7 Available

EQUAL HOUSING OPPORTUNITY

# AROUND THE CLOCK MORTGAGE, LLC
## Cell: 352-445-1872 - Available 24/7
## www.aroundtheclockmortgage.com

## ¿Necesita un Loan Officer que hable Español?

## 60+ LENDERS! - FAST CLOSINGS!

## FHA 3.5% down with 580 FICO
## FHA $0 down with 640 FICO

**Self Employed - Investors - New Construction**
**Renovation - Lot Loans - Small Commercial**
**Single Wide Mobile Homes - ITIN# Loans**

Alfredo Arenas, MBA - Hablo Español
FL & GA Mortgage Loan Originator - NMLS# 1617434
Around The Clock Mortgage, LLC - NMLS# 2131653

NAMB National Association of Mortgage Brokers
FAMP since 1960 FLORIDA ASSOCIATION of MORTGAGE PROFESSIONALS
24/7 Available
EQUAL HOUSING OPPORTUNITY

Restrictions apply. This is not a commitment to lend or extend credit. Only available in Florida & Georgia.

**AROUND THE CLOCK MORTGAGE, LLC**

Alfredo Arenas - Loan Originator
Hablo Español - NMLS# 1617434
**Cell: 352-445-1872**
When lenders compete YOU win!

24/7 Available

NAMB National Association of Mortgage Brokers
FAMP since 1960 FLORIDA ASSOCIATION of MORTGAGE PROFESSIONALS
EQUAL HOUSING OPPORTUNITY

Alfredo Arenas
10218 N Abby Dr
Dunnellon, FL 34434

JACKSONVILLE FL 320
15 NOV 2021 PM 2 L




Faith Antonio
3564 Dove Hollow CT
Palm Harbor, FL 34683

34683-221364

https://www.facebook.com/alfredo.arenas.5458498/friends

Search Facebook

Faith





# Alfredo Arenas

3.4K Friends

Add Friend Message

Posts About Friends Photos Videos Check-Ins More

## Friends

miranda

All Friends Recently Added Current City Hometown Following



**Carlos Miranda**
Senior Architect at NNE at NNE Clayton, NC



**Mia Arce Miranda**
PERSONAL ASSISTANT/MARKETING MANAGER at Leigh Ann Venable Realtor
Add Friend



**Oscar Miranda**
REALTOR®; Licensed at Robert Slack LLC
Add Friend



**Celia Miranda Arguelles**
Add Friend




**Lilliam Miranda**
Spring Hill, Florida
Add Friend



**Kathy Miranda Price**
President at All Star Millwork
Add Friend

## Photos

# Exhibit “C”

10:25

1

Tabithaann

Ok

Today 4:55 PM

You still there?

+1 (813) 863-9758
Odessa, FL

message | call | video | mail | pay

Today
5:42 PM Missed Call
5:41 PM Missed Call

Share Contact
Create New Contact
Add to Existing Contact

Add to Emergency Contacts

Share My Location

I sent it to voicemail mail on 2nd ring so they called again. I sent to voicemail again. No message. No idea who that could be

Is that Dan's number

iMessage