FILED
Date: November 24, 2021 via: email
Clerk, U.S. Bankruptcy
Tampa Division

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

| | |
|---|---|
| FAITH ELYZABETH ANTONIO, Debtor | Case No. 8:20-bk-07637 Chapter 7 |
| DGP PRODUCTS INCS, DBA NUMERIC RACING Plaintiff | Adversary Case No. 8:20-ap-00537-CPM |
| vs. | |
| FAITH ELYZABETH ANTONIO, Defendant | |

**DEFENDANTS RESPONSE TO DGP PRODUCTS INC.'S EXPEDITED MOTION FOR PROTECTIVE ORDER OF SUBPOENA DIRECTED TO SYNOVUS BANK**

**COMES NOW**, Faith Elyzabeth Antonio ("**Defendant**"), pro se, and as such files her Response to DGP Products, Inc. ("**Plaintiff**") Expedited Motion for Protective Order of Subpoena directed to Synovus Bank and states as follows:

1. The parties have been plagued by discovery disputes and the Defendant has been in absolute frustration with Plaintiff's unwillingness to allow the Defendant meaningful discovery.

2. Parties are entitled to obtain discovery regarding any matter, which is not privileged, which is relevant to the subject matter involved in the pending action, whether or not the information sought is admissible in evidence so long as it might lead to the

discovery of facts which are admissible in evidence. Fed. R. Civ. P. 26(b)(1) as adopted by Bankruptcy Rule 7026(b)(1). The rules of discovery were designed to eliminate trial by ambush and to assure speedy, expeditious resolution of controversies on a level playing field where both sides have access to information which is helpful in a truth-seeking process and helps promote a just and fair resolution of controversies.

3. Plaintiff continues its campaign to portray the Defendant as a pro se litigant who is only making frivolous motions relating to discovery with this Court. Plaintiff's counsel has also assured this Court that they have been absolute compliance with its production of documents to Defendant.

4. Notwithstanding the foregoing, Plaintiff had failed to provide documents that was requested in Defendant's First Request for Production of Documents in February 2021.

**Request #1** stated:

> All periodic statements or all financial accounts (i.e., all bank statements) of which Plaintiff's principal representative Daniel Geberth has or ever had signatory authority (both business and personally for the time period of January 1, 2015 to Present (date of responding to this request), including without limitation, checking, savings, Amazon, Stripe, Square, Venmo, PayPal or any similar online mobile banking platform.

5. Plaintiff has successfully and willfully delayed the production of documents to the Defendant in this proceeding, had the trial commenced at the two previously scheduled dates, the Defendant would have been defenseless.

6. With that said, Defendant has to now proceed with the costs of obtaining documents by subpoena as a necessary means to end the stonewalling by Plaintiff.

7. Plaintiff has not established any expectation of privacy in business transactions with other corporations and have not made any factual showing that the records are confidential or proprietary. Therefore, Plaintiff fails to establish a "personal right" regarding the records. See Clayton Brokerage Co., Inc. v. Clement, 87 F.R.D. 569, 571 (D. Md. 1980) (bank customer had no legitimate expectation of privacy in the contents of checks, deposit slips and other banking documents subpoenaed from his bank and, therefore, lacked standing to challenge the subpoena issued to the bank).

8. Plaintiff complains that it has already produced its Synovus accounts, but a party may wish to use a subpoena to ensure that the original version of a document that a party already produced in discovery is available at trial.

9. Non-party Synovus may have in its possessions records that have not been supplied by Plaintiff, including ATM activity or checks that may be missing.

10. While Plaintiff claims that DGP Auto Sales and Service, LLC. (“**DG Auto**”) is a non-party, DG Auto is a business registered under Daniel Geberth, as owner. DG Auto lists the same address as DGP and is active during the relevant time period of this proceeding and as documented by the State of Florida, Division of Corporations, attached hereto as Exhibit “**A**”

11. Plaintiff’s Intuit QuickBooks records show account activity between DGP and DG Auto Sales, including in 2020.

12. Plaintiff failed to produce any information relating to DG Auto from the Production Request in its response in March 25, 2021 and it is not known if Plaintiff has undisclosed bank accounts where transactions related to any refunds received could have been directed to.

13. This Court has previously warned Plaintiff about the use of boilerplate objections and non-party Synovus has the ability to seek modification of the subpoena if it is any burden to produce the requested documentation.

14. Defendant questions why Plaintiff seeks to prevent access to Geberth's personal records that were not subject to a protective order previously.

15. There is no evidence of bad faith and Plaintiff is now making meritless claims that Defendant is seeking to harass Geberth. Defendant is entitled to seek any information that is relevant to the claims made in this proceeding or is likely to lead to evidence pursuant to Rule 7026(b)(1). Seeking the records pertaining to Geberth or any entities under his control is not harassment.

**WHEREFORE,** Faith Elyzabeth Antonio, respectfully requests this Court to Deny Plaintiffs request for a Protective Order and any other relief deemed just.

Respectfully submitted,

Faith Elyzabeth Antonio
**Pro Se Defendant**
Faithantonio.legal@gmail.com
3564 Dove Hollow Ct
Palm Harbor, FL 34683

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing copy has been filed and served on the Solomon Law Group by email at ssolomon@solomonlaw.com on behalf of DGP Products, Inc. in the proceeding on November 24, 2021.

Faith Elyzabeth Antonio
**Pro Se Defendant**
Faithantonio.legal@gmail.com
3564 Dove Hollow Ct
Palm Harbor, FL 34683

# Exhibit "A"

# Detail by Officer/Registered Agent Name

Florida Limited Liability Company
DG AUTO SALES AND SERVICE LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L11000113964 |
| **FEI/EIN Number** | 45-3554452 |
| **Date Filed** | 10/05/2011 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

5305 West Crenshaw Street
tampa, FL 33634

Changed: 05/28/2020

**Mailing Address**

5305 West Crenshaw Street
tampa, FL 33634

Changed: 11/04/2020

**Registered Agent Name & Address**

Geberth, Daniel A
15328 Black Gold Loop
ODESSA, FL 33556

Name Changed: 02/25/2014

Address Changed: 03/25/2016

**Authorized Person(s) Detail**

**Name & Address**

Title MGRM

GEBERTH, DANIEL
15328 BLACK GOLD LOOP
ODESSA, FL 33556

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2019 | 04/30/2019 |
| 2020 | 01/15/2020 |
| 2021 | 03/12/2021 |

**Document Images**

| | |
|---|---|
| 03/12/2021 -- ANNUAL REPORT | View image in PDF format |
| 01/15/2020 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2019 -- ANNUAL REPORT | View image in PDF format |
| 02/14/2018 -- ANNUAL REPORT | View image in PDF format |
| 01/09/2017 -- ANNUAL REPORT | View image in PDF format |
| 03/25/2016 -- ANNUAL REPORT | View image in PDF format |
| 03/19/2015 -- ANNUAL REPORT | View image in PDF format |
| 02/25/2014 -- ANNUAL REPORT | View image in PDF format |
| 01/30/2013 -- ANNUAL REPORT | View image in PDF format |
| 08/23/2012 -- ANNUAL REPORT | View image in PDF format |
| 10/05/2011 -- Florida Limited Liability | View image in PDF format |

**2014 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

**FILED**
**Feb 25, 2014**
**Secretary of State**
**CC4625885257**

DOCUMENT# L11000113964

**Entity Name:** DG AUTO SALES AND SERVICE LLC

**Current Principal Place of Business:**

2438 MERCHANT AVE
SUITE 104D
ODESSA, FL 33556

**Current Mailing Address:**

2438 MERCHANT AVE
SUITE 104D
ODESSA, FL 33556 US

**FEI Number: 45-3554452**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

GEBERTH, DANIEL A
2438 MERCHANT AVE
SUITE 104D
ODESSA, FL 33556 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: DANIEL GEBERTH 02/25/2014

Electronic Signature of Registered Agent Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGRM |
| Name | GEBERTH, DANIEL |
| Address | 15328 BLACK GOLD LOOP |
| City-State-Zip: | ODESSA FL 33556 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DANIEL GEBERTH PRESIDENT 02/25/2014

Electronic Signature of Signing Authorized Person(s) Detail Date

**2015 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

**FILED**
**Mar 19, 2015**
**Secretary of State**
**CC9127975303**

DOCUMENT# L11000113964

**Entity Name:** DG AUTO SALES AND SERVICE LLC

**Current Principal Place of Business:**

2438 MERCHANT AVE
SUITE 104D
ODESSA, FL 33556

**Current Mailing Address:**

2438 MERCHANT AVE
SUITE 104D
ODESSA, FL 33556 US

**FEI Number: 45-3554452**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

GEBERTH, DANIEL A
2438 MERCHANT AVE
SUITE 104D
ODESSA, FL 33556 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: DANIEL GEBERTH 03/19/2015

Electronic Signature of Registered Agent Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGRM |
| Name | GEBERTH, DANIEL |
| Address | 15328 BLACK GOLD LOOP |
| City-State-Zip: | ODESSA FL 33556 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DANIEL A GEBERTH MGRM 03/19/2015

Electronic Signature of Signing Authorized Person(s) Detail Date

**2016 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

**FILED**
**Mar 25, 2016**
**Secretary of State**
**CC3702912391**

DOCUMENT# L11000113964

**Entity Name:** DG AUTO SALES AND SERVICE LLC

**Current Principal Place of Business:**

15328 BLACK GOLD LOOP
ODESSA, FL 33556

**Current Mailing Address:**

15328 BLACK GOLD LOOP
ODESSA, FL 33556 US

**FEI Number: 45-3554452**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

GEBERTH, DANIEL A
15328 BLACK GOLD LOOP
ODESSA, FL 33556 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: DANIEL GEBERTH 03/25/2016

Electronic Signature of Registered Agent — Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGRM |
| Name | GEBERTH, DANIEL |
| Address | 15328 BLACK GOLD LOOP |
| City-State-Zip: | ODESSA FL 33556 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DANIEL A GEBERTH MANAGER 03/25/2016

Electronic Signature of Signing Authorized Person(s) Detail — Date

**2017 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

**FILED**
**Jan 09, 2017**
**Secretary of State**
**CC3614673355**

DOCUMENT# L11000113964

**Entity Name:** DG AUTO SALES AND SERVICE LLC

**Current Principal Place of Business:**

15328 BLACK GOLD LOOP
ODESSA, FL 33556

**Current Mailing Address:**

15328 BLACK GOLD LOOP
ODESSA, FL 33556 US

**FEI Number: 45-3554452**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

GEBERTH, DANIEL A
15328 BLACK GOLD LOOP
ODESSA, FL 33556 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: DANIEL GEBERTH 01/09/2017

Electronic Signature of Registered Agent — Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGRM |
| Name | GEBERTH, DANIEL |
| Address | 15328 BLACK GOLD LOOP |
| City-State-Zip: | ODESSA FL 33556 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DANIEL GEBERTH MANAGER 01/09/2017

Electronic Signature of Signing Authorized Person(s) Detail — Date

**2018 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

**FILED**
**Feb 14, 2018**
**Secretary of State**
**CC6413201777**

DOCUMENT# L11000113964

**Entity Name:** DG AUTO SALES AND SERVICE LLC

**Current Principal Place of Business:**

15328 BLACK GOLD LOOP
ODESSA, FL 33556

**Current Mailing Address:**

15328 BLACK GOLD LOOP
ODESSA, FL 33556 US

**FEI Number: 45-3554452**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

GEBERTH, DANIEL A
15328 BLACK GOLD LOOP
ODESSA, FL 33556 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: DANIEL GEBERTH 02/14/2018

Electronic Signature of Registered Agent — Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGRM |
| Name | GEBERTH, DANIEL |
| Address | 15328 BLACK GOLD LOOP |
| City-State-Zip: | ODESSA FL 33556 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DANIEL GEBERTH OWNER 02/14/2018

Electronic Signature of Signing Authorized Person(s) Detail — Date

**2019 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

**FILED**
**Apr 30, 2019**
**Secretary of State**
**2454952945CC**

DOCUMENT# L11000113964

**Entity Name:** DG AUTO SALES AND SERVICE LLC

**Current Principal Place of Business:**

15328 BLACK GOLD LOOP
ODESSA, FL 33556

**Current Mailing Address:**

15328 BLACK GOLD LOOP
ODESSA, FL 33556 US

**FEI Number: 45-3554452**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

GEBERTH, DANIEL A
15328 BLACK GOLD LOOP
ODESSA, FL 33556 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: DANIEL GEBERTH 04/30/2019

Electronic Signature of Registered Agent Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGRM |
| Name | GEBERTH, DANIEL |
| Address | 15328 BLACK GOLD LOOP |
| City-State-Zip: | ODESSA FL 33556 |

I *hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DANIEL GEBERTH OWNER 04/30/2019

Electronic Signature of Signing Authorized Person(s) Detail Date