FILED
Date: 12/1/21 via: email
Clerk, U.S. Bankruptcy
Tampa Division

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

| | |
|---|---|
| FAITH ELYZABETH ANTONIO, Debtor | Case No. 8:20-bk-07637 Chapter 7 |
| DGP PRODUCTS INCS, DBA NUMERIC RACING Plaintiff | Adversary Case No. 8:20-ap-00537-CPM |
| vs. | |
| FAITH ELYZABETH ANTONIO, Defendant | |

**NOTICE OF FILING DEFENDANTS FIRST REQUESTS FOR ADMISSION TO PLAINTIFF SERVED ON DECEMBER 1, 2021**

COMES NOW, Faith Elyzabeth Antonio (**"Defendant"**), pro se, notices DGP Products, Inc. dba Numeric Racing (**"Plaintiff"**) and this Court of the Defendants service of her First Request for Admission to Plaintiff, served this 1st day of December, 2021, attached hereto as Exhibit "**A**".

Respectfully submitted,

Faith Elyzabeth Antonio
**Pro Se Defendant**
Faithantonio.legal@gmail.com
3564 Dove Hollow Ct
Palm Harbor, FL 34683

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing copy has been filed and served on the Solomon Law Group by email at ssolomon@solomonlaw.com on behalf of DGP Products, Inc. in the proceeding on December 1, 2021.

Faith Elyzabeth Antonio
**Pro Se Defendant**
Faithantonio.legal@gmail.com
3564 Dove Hollow Ct
Palm Harbor, FL 34683

# Exhibit "A"

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

| | | |
|---|---|---|
| FAITH ELYZABETH ANTONIO,<br>Debtor | ) | Case No. 8:20-bk-07637<br>Chapter 7 |
| DGP PRODUCTS INCS, DBA NUMERIC RACING<br>Plaintiff | ) | Adversary Case No. 8:20-ap-00537-CPM |
| vs. | ) | |
| FAITH ELYZABETH ANTONIO,<br>Defendant | ) | |

**FAITH ELYZABETH ANTONIO FIRST REQUESTS FOR ADMISSION**

Faith Elyzabeth Antonio ("**Defendant**") requests that DGP Products, Inc. d/b/a Numeric Racing ("**Plaintiff**") admit all of the following matters for purposes of this action. Under the provisions of Rule 36 of the Federal Rules of Civil Procedure, you are required to respond to these Requests for Admissions, in writing, within 30 days of the service of these Requests. Your response must be signed as required by Rule 26(g) of the Federal Rules of Civil Procedure. If you fail to respond to these Requests for Admissions within the time allowed, every matter set forth in these requests may be deemed admitted and conclusively established against you for purposes of this action.

Dated: December 1, 2021

## I. INSTRUCTIONS:

1. Plaintiff shall specifically admit or deny each Request for Admission.

2. The answer to any Request for Admission shall fairly meet the substance of the requested admission.

3. When good faith requires that Plaintiff qualify its answer or deny only a part of the matter for which an admission is requested, Plaintiff must specify the portions of the Request to which it admits and then deny or qualify its answer as to the remainder.

4. Wherever a denial or partial denial is made, Plaintiff shall state each and every fact that forms the basis for the denial or partial denial, and shall identify all documents that support or tend to refute its denial or partial denial.

5. Plaintiff shall not give lack of information or knowledge as a reason for failure to admit or deny, unless Plaintiff indicates that it has made a reasonable inquiry and indicates that the information known or readily obtainable by Plaintiff is insufficient to enable it to admit or deny the matter for which an admission is requested.

6. Plaintiff may not object to a Request for Admission for solely on the ground that the matter inquired into presents a genuine issue for trial.

7. Where Plaintiff interposes an objection to any of the following Requests for Admission, the objection shall state with specificity all bases and grounds for the objection.

8. If in responding to any of these Requests for Admissions, Plaintiff encounters any ambiguity in construing either the Request, a definition, or an instruction, state with specificity the matter deemed ambiguous and identify the construction chosen or used in responding to the Request.

9. These Requests include Requests for Admission of the authenticity of various documents.

10. Following some of these Requests, the Defendant has placed the bate stamped identification number. These bate stamps are provided for the convenience of Plaintiff, and do not constitute any portion of the Request for Admission that precedes them. An inaccurate citation shall not constitute sufficient good faith cause for denial. Additionally, these Requests do not seek admissions regarding the bate stamp, but pertain solely to the document to which the bate stamp is affixed.

## II. ADMIT:

**REQUEST FOR ADMISSION No. 1:** Admit that Daniel Geberth was the signatory on all DGP Products, Inc. tax returns filed on behalf of DGP Products, Inc. d/b/a Numeric Racing for years 2014-2019.

**REQUEST FOR ADMISSION No. 2:** Admit that each of the following documents, attached as an exhibit to these requests for admission is a true and accurate reproduction of a genuine original.

a) **Exhibit 1**: Screenshot of social media post authored by Daniel Geberth.

b) **Exhibit 2**: Form 1099 for the years 2016 through 2019 and Form 1096, Bates DGP01113-01117.

c) **Exhibit 3**: Form W-2 Wage and Tax Statements for years 2015 through 2019, sent by Daniel Geberth

d) **Exhibit 4**: Screenshot dated February 1, of social media post authored by Daniel Geberth.

e) **Exhibit 5:** Screenshot of a social media post authored by Daniel Geberth.

f) **Exhibit 6**: Screenshot of a text authored by Daniel Geberth.

g) **Exhibit 7**: Screenshot of a social media post authored by Daniel Geberth.

h) **Exhibit 8**: Screenshot of a text between Daniel Geberth and Faith Antonio dated on May 28, 2019 at 10:50pm.

i) **Exhibit 9:** Screenshot of a text between Faith Antonio and Daniel Geberth dated on May 28, 2019.

j) **Exhibit 10**: Screenshot of a text between Faith Antonio and Daniel Geberth dated on May 28, 2019.

k) **Exhibit 11**: Email dated November 11, 2019, Subject: RE: Redline Racing, Sent from dan@numericracing.com.

l) **Exhibit 12**: Email dated November 11, 2019, Subject: The Know It All, Sent from dan@numericracing.com.

m) **Exhibit 13**: Screenshot of social media post by Daniel Geberth

n) **Exhibit 14**: Screenshot of email – The Narcissist

o) **Exhibit 15**: Picture of the interior of the residence of Daniel Geberth, 15328 Black Gold Loop, Odessa Florida.

p) **Exhibit 16**: Email chain between DBreustedt@innisbrookresort.com and faith@numericracing.com dated July 18, 2018.

q) **Exhibit 17**: Screenshot of the post written by Daniel Geberth November 11, 2019

r) **Exhibit 18**: DGP Products Inc. PayPal money request to Tabithaann Gregor, dated March 24, 2020 for the amount $350,000.00.

s) **Exhibit 19**: DGP Products Inc. PayPal money request to Faith Antonio, dated March 24, 2020 for the amount $350,000.00.

t) **Exhibit 20**: Screenshot of text from Daniel Geberth on December 20, 2019

u) **Exhibit 21**: Screenshot dated December 8, 2013, of social media post authored by Daniel Geberth.

v) **Exhibit 22**: Screenshot dated June 28, 2015, of social media post authored by Daniel Geberth.

w) **Exhibit 23**: Screenshot dated November 17, 2015, of social media post authored by Daniel Geberth.

x) **Exhibit 24**: Screenshot dated November 17, 2019, of social media post authored by Daniel Geberth.

y) **Exhibit 25**: Screenshots of social media accounts and posts submitted into evidence by Daniel Geberth for the Motion to Dissolve hearing under bates 689-708

z) **Exhibit 26**: Screenshot of social media post by Daniel Geberth, dated May 24.

aa) **Exhibit 27**: Employment Agreement between Performance Industries Manufacturing, Inc. and Daniel Geberth.

bb) **Exhibit 28**: Email dated November 20, 2019, authored by Daniel Geberth.

cc) **Exhibit 29**: Screenshot of social media posts authored by Daniel Geberth.

dd) **Exhibit 30**: Photo that reflects Aspen Geberth as one of the individuals sitting at the table of a Westgate restaurant, dated on September 4, 2017.

ee) **Exhibit 31**: Screenshot of individual who appears on the screenshot of a social media profile is Aspen Geberth.

ff) **Exhibit 32**: Photo containing a cell phone showing a text from (727) 278-7765 and dated February 14, 2019, of the roses and chocolates given to Faith Antonio by Daniel Geberth, including the written statements on the card: "Happy Valentine's Day Faith. I love you very much and appreciate everything you do. Love Daniel."

gg) **Exhibit 33**: Photo of the package sent by Daniel Geberth to Faith Antonio between January and April 2020.

hh) **Exhibit 34**: Photo of Daniel, Faith, Troy, Katherine dated Sept 2014

ii) **Exhibit 35**: Photo of Tabithaann Gregor and Shawn Gregor, that was taken at the residence of Daniel Geberth on December 31, 2018.

jj) **Exhibit 36**: Daniel Geberth is the individual in the photo with Tabithaann Gregor, Shawn Gregor, Faith Antonio that was taken in front of the restaurant, Ocean Prime, located in Tampa, FL sometime between December 31, 2018, and January 1, 2019.

kk) **Exhibit 37:** Letter written by Daniel Geberth included in package sent in Amazon package.

ll) **Exhibit 38:** Screenshot of social media post by Daniel Geberth, 12-27-2019

mm) **Exhibit 39:** Screenshot of social media post by Daniel Geberth

nn) **Exhibit 40:** Screenshot of social media post by Daniel Geberth

oo) **Exhibit 41:** Photo of Daniel Geberth and Faith Antonio dated Sept 2014

pp) **Exhibit 42:** Screenshot of social media post by Daniel Geberth

qq) **Exhibit 43**: Screenshot of text from Daniel Geberth on December 20, 2019

rr) **Exhibit 44:** Screenshot of social media post by Daniel Geberth

ss) **Exhibit 45:** Letter sent to Amanda Wright sent from dan@numericracing.com

**REQUEST FOR ADMISSION No. 3:** Admit that each of the following documents, produced by Plaintiff in this adversary proceeding, is a true and accurate reproduction of a genuine original document:

a) Corp PayPal [DGP00001-00210]
b) Corp Synovus Checking [DGP00211-00540]
c) Corp Synovus Savings [DGP00541-00542]
d) Geberth Amazon American Express [DGP00543-00545]
e) Geberth PayPal Account [DGP00546-00567]
f) Geberth Synovus Account [DGP00568-01112]
g) 1099s Payroll Records [DGP01113-01117]
h) Corp AMEX 1005 [DGP01118-01575]
i) Receipts [DGP13621-13628]
j) Advanced Auto Parts Receipts [DGP13629-13676]
k) Stamps.com Shipping History [DGP13677-13683]
l) Stripe [DGP13778-13811]
m) Geberth Capital One [DGP13812-14113]
n) Geberth Synovus Signature Cards [DGP14114-14119]
o) Synovus Checks (labeled: 1003778642 Checks.pdf)

**REQUEST FOR ADMISSION No. 4:** Admit that the following are prescription medications filled by Daniel Geberth at Walgreens between 2015 and 2019.

1. Suboxone sublingual film 8 mg/2mg.
2. Seroquel/Quetiapine ER 300 mg
3. Clonazepam 1 mg.
4. Vyvanse 30 mg.
5. Finasteride 5 mg.
6. Levothyroxine 0.075 mg.
7. Testosterone Cyp 200mg.

**REQUEST FOR ADMISSION No. 5:** Admit that the documents attached to these Requests for Admission as Exhibit 2 for tax years 2016, 2018, and 2019 were not transmitted to the Internal Revenue Service during the tax year as listed on each document.

**REQUEST FOR ADMISSION No. 6:** Admit that the documents attached to these Requests for Admission as Exhibit 3 has amounts listed in (1) Wages, tips, other compensation, were not paid to Faith Antonio during the tax years stated on each document.

**REQUEST FOR ADMISSION No. 7:** Admit that the documents attached to these Requests for Admissions as Exhibit 3 has amounts listed in (2) Social security and Medicare taxes, were not transmitted to the IRS using Form 941 during the tax years stated on each document.

**REQUEST FOR ADMISSION No. 8:** Admit that the Capital One statements produced to Defendant on May 24, 2021, are a true and accurate reproduction of the genuine original documents.

**REQUEST FOR ADMISSION No. 9:** Admit that the following documents produced to Defendant on June 3, 2021 are the true and accurate reproduction of a genuine original document:

a) Advanced Auto Parts Receipts (labeled: Advanced Auto Parts Receipts 02-18-2021.pdf)
b) Fiverr Receipts (labeled: Fiver Receips 02-18-2021.pdf)
c) GoDaddy (labeled: Godaddy 02-18-2021.pdf)
d) Receipts (labeled: Receipts 2-16-2021.pdf)
e) Square Transaction Records (labeled Square Transaction Records 15612-for-subject-REGISTER-BTXF52WS3KBTV.xsl)
f) Woocommerce (labeled: Woocommerce Receipts 02-18-2021.pdf)

**REQUEST FOR ADMISSION No. 10:** Admit on November 21, 2014, Daniel Geberth received a Cannondale bicycle listed with serial number F090503626, that was in possession of Christopher Brice.

**REQUEST FOR ADMISSION No. 11:** Admit on December 1, 2014, Daniel Geberth had accused former employee, Christopher Brice, of forging Geberth's signature on a DGP check, without permission, from DGP's Synovus bank account.

**REQUEST FOR ADMISSION No. 12:** Admit Daniel Geberth, on behalf of DGP, had accused former employees, Christopher Brice and Chaz Sedgwick, of stealing shifters from the warehouse located at 2438 Merchant Ave. Odessa, FL 33556.

**REQUEST FOR ADMISSION No. 13:** Admit Daniel Geberth, on behalf of DGP, had accused former employee Christopher Brice of using DGP's UPS account to ship personal packages without permission.

**REQUEST FOR ADMISSION No. 14:** Admit that Daniel Geberth had complete access to DGP's Synovus account and DGP's American Express accounts, including accessing statements through synovus.com and americanexpress.com and by calling the respective customer service phone numbers to access account information.

**REQUEST FOR ADMISSION No. 15:** Admit DGP Products, Inc. d/b/a Numeric Racing, with Daniel Geberth, is or was the owner of the following domains and subdomains at anytime during the years 2014 through 2020:

(a) dgpproducts.com
(b) mydgpproducts.com
(c) numericracing.com
(d) numericracing.net
(e) numericracing.ca
(f) danielgeberth.com
(g) faithantonio.com

**REQUEST FOR ADMISSION No. 16:** Admit that Daniel Geberth sent funds via PayPal to Tabithaann Gregor for $480.00 to pay for the items received in a package from Shawn Gregor containing testosterone.

**REQUEST FOR ADMISSION No. 17:** Admit that Daniel Geberth's daughter, Aspen, was previously employed at an apparel store located inside the Westfield Citrus Park Mall sometime between 2016 through 2018.

**REQUEST FOR ADMISSION No. 18:** Admit that Daniel Geberth has sent or received electronic mail from the following email addresses between June 2014 through October 2020:

a) dgeberth@msn.com
b) dgeberth@yahoo.com
c) dgeberth@gmail.com
d) dan@numericracing.com
e) faith@numericracing.com
f) faithlies@outlook.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing copy has been filed and served on the Solomon Law Group by email at ssolomon@solomonlaw.com on behalf of DGP Products, Inc. in the proceeding on December 1, 2021.

Faith Elyzabeth Antonio
**Pro Se Defendant**
Faithantonio.legal@gmail.com
3564 Dove Hollow Ct
Palm Harbor, FL 34683

**VERIFICATION**

Under penalty of perjury I, ________________________, do hereby swear or affirm that the facts set forth in the foregoing Answers to Interrogatories are true and correct. I have duly executed the foregoing Answers to Interrogatories to verify the truth of all factual assertions made therein.

FURTHER AFFIANT SAYETH NAUGHT.

____________________________________
Signature

____________________________________
Print Name

STATE OF FLORIDA
COUNTY OF ________________________

The foregoing document was sworn to (or affirmed) and subscribed before me, **by means of ☐ physical presence or ☐ online notarization**, on this ______ day of ______________, 2021 by ____________________________________________, who is personally known to me to produced ________________________ as identification.

________________________________
NOTARY PUBLIC
State of Florida

(SEAL)



**Daniel Geberth**

3 hrs ·

Now that I'm a reborn Christian I can't believe that so many of my friends that are Christians and really good people have all this wisdom that I didn't know about. My eyes are completely open right now and I have to really thank my friend Shane for making me a believer in God and Jesus Christ. Also all my other friends as well. My mind is completely blown away after talking to my friend Anthony last night because I had no idea the stuff that was happening to me. My Life dramatically improved once I restored and let God into my ❤️I'm still the same person and I will continue to be the same person and do the right things that I have been doing. My daughter my nephew and everyone that's been around me lately have seen what a change in my attitude. I'm so much happier about everything and everything has been going extremely well in my life right now that my Faith in God has been restored. All these good people have been coming into my life and they were there the whole time I just didn't see it. Once I learned the truth about forgiveness I was able to improve my life in so many ways.

22 6 Comments

**EXHIBIT 1**

☐ CORRECTED (if checked)

| | | | |
|---|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>DGP Products Inc<br>15328 Black Gold Loop<br>Odessa FL 33556 | 1 Rents<br>$<br>2 Royalties<br>$<br>3 Other income<br>$ | OMB No. 1545-0115<br>**2016**<br>Form **1099-MISC**<br>4 Federal income tax withheld<br>$ | **Miscellaneous Income**<br>**Copy B**<br>**For Recipient** |
| PAYER'S federal identification number: [redacted]<br>RECIPIENT'S identification number: [redacted] | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| RECIPIENT'S name<br>Faith Antonio<br>Street address (including apt. no.)<br>3564 Dove Hollow Court<br>City or town, state or province, country, and ZIP or foreign postal code<br>Palm Harbor FL 34683 | 7 Nonemployee compensation<br>$ 53149.42<br>9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ☐<br>11 | 8 Substitute payments in lieu of dividends or interest<br>$<br>10 Crop insurance proceeds<br>$<br>12 | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Account number (see instructions): [redacted]<br>FATCA filing requirement ☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals<br>$<br>15b Section 409A income<br>$ | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ |

Form **1099-MISC** (keep for your records) www.irs.gov/form1099misc Department of the Treasury - Internal Revenue Service

DAA

**EXHIBIT 2**

**DGP01113**

Do Not Staple

**NONSUBMITTABLE**

Form **1096**
Department of the Treasury
Internal Revenue Service

# Annual Summary and Transmittal of U.S. Information Returns

OMB No. 1545-0108

**2017**

FILER'S name
DGP Products Inc

Street address (including room or suite number)
15328 Black Gold Loop

City or town, state or province, country, and ZIP or foreign postal code
Odessa FL 33556

| Name of person to contact | Telephone number |
|---|---|
| Email address | Fax number |

**For Official Use Only**

| 1 Employer identification number | 2 Social security number | 3 Total number of forms | 4 Federal income tax withheld | 5 Total amount reported with this Form 1096 |
|---|---|---|---|---|
| [redacted] | | 1 | $ | $ 83397.98 |

6 Enter an "X" in only one box below to indicate the type of form being filed.

7 Form 1099-MISC with NEC in box 7, check........... ▶ X

| W-2G 32 | 1097-BTC 50 | 1098 81 | 1098-C 78 | 1098-E 84 | 1098-Q 74 | 1098-T 83 | 1099-A 80 | 1099-B 79 | 1099-C 85 | 1099-CAP 73 | 1099-DIV 91 | 1099-G 86 | 1099-INT 92 | 1099-K 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| **1099-LTC 93** | **1099-MISC 95** | **1099-OID 96** | **1099-PATR 97** | **1099-Q 31** | **1099-QA 1A** | **1099-R 98** | **1099-S 75** | **1099-SA 94** | **3921 25** | **3922 26** | **5498 28** | **5498-ESA 72** | **5498-QA 2A** | **5498-SA 27** |
| ☐ | X | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Return this entire page to the Internal Revenue Service. Photocopies are not acceptable.**

Under penalties of perjury, I declare that I have examined this return and accompanying documents, and, to the best of my knowledge and belief, they are true, correct, and complete.

**Signature** ▶ **Title** ▶ **Date** ▶ 03/23/20

CLIENT COPY

**For more information and the Privacy Act and Paperwork Reduction Act Notice, see the 2017 General Instructions for Certain Information Returns.**



DAA

☐ VOID ☐ CORRECTED

| | | | |
|---|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>DGP Products Inc<br>15328 Black Gold Loop<br>Odessa FL 33556 | 1 Rents $<br>2 Royalties $ | OMB No. 1545-0115<br>**2017**<br>Form **1099-MISC** | **Miscellaneous Income** |
| | 3 Other income $ | 4 Federal income tax withheld $ | **Copy C**<br>**For Payer** |
| PAYER'S federal identification number [redacted] / RECIPIENT'S identification number [redacted] | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | |
| RECIPIENT'S name<br>Faith Antonio<br>Street address (including apt. no.)<br>3564 Dove Hollow Court | 7 Nonemployee compensation $ 83397.98 | 8 Substitute payments in lieu of dividends or interest $ | For Privacy Act and Paperwork Reduction Act Notice, see the **2017 General Instructions for Certain Information Returns.** |
| City or town, state or province, country, and ZIP or foreign postal code<br>Palm Harbor FL 34683 | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale r ☐ | 10 Crop insurance proceeds $ | |
| | 11 | 12 | |
| Account number (see instructions) [redacted] / FATCA filing requirement ☐ / 2nd TIN not. ☐ | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| 15a Section 409A deferrals $ / 15b Section 409A income $ | 16 State tax withheld $ $ | 17 State/Payer's state no. | 18 State income $ $ |

Form **1099-MISC** www.irs.gov/form1099misc Department of the Treasury - Internal Revenue Service

DAA

CLIENT COPY

☒ VOID ☐ CORRECTED

| | | | |
|---|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Rents $<br>2 Royalties $ | OMB No. 1545-0115<br>**2017**<br>Form **1099-MISC** | **Miscellaneous Income** |
| | 3 Other income $ | 4 Federal income tax withheld $ | **Copy C**<br>**For Payer** |
| PAYER'S federal identification number / RECIPIENT'S identification number | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | |
| RECIPIENT'S name<br>Street address (including apt. no.) | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ | For Privacy Act and Paperwork Reduction Act Notice, see the **2017 General Instructions for Certain Information Returns.** |
| City or town, state or province, country, and ZIP or foreign postal code | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale r ☐ | 10 Crop insurance proceeds $ | |
| | 11 | 12 | |
| Account number (see instructions) / FATCA filing requirement ☐ / 2nd TIN not. ☐ | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| 15a Section 409A deferrals $ / 15b Section 409A income $ | 16 State tax withheld $ $ | 17 State/Payer's state no. | 18 State income $ $ |

Form **1099-MISC** www.irs.gov/form1099misc Department of the Treasury - Internal Revenue Service

DAA

☐ CORRECTED (if checked)

| | | | |
|---|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>DGP Products Inc<br>15328 Black Gold Loop<br>Odessa, FL 33556 | 1 Rents<br>$<br>2 Royalties<br>$<br>3 Other income<br>$ | OMB No. 1545-0115<br>**2018**<br>Form **1099-MISC**<br>4 Federal income tax withheld<br>$ | **Miscellaneous Income**<br>**Copy B For Recipient** |
| PAYER'S TIN<br>[redacted] / RECIPIENT'S TIN | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ | |
| RECIPIENT'S name<br>Faith Antonio<br>Street address (including apt. no.)<br>3564 Dove Hollow Court<br>City or town, state or province, country, and ZIP or foreign postal code<br>Palm Harbor, FL 34683 | 7 Nonemployee compensation<br>$ 75935.42<br>9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ☐<br>11 | 8 Substitute payments in lieu of dividends or interest<br>$<br>10 Crop insurance proceeds<br>$<br>12 | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Account number (see instructions) [redacted] / FATCA filing requirement ☐ | 13 Excess golden parachute payments<br>$ | 14 Gross proceeds paid to an attorney<br>$ | |
| 15a Section 409A deferrals $ / 15b Section 409A income $ | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no.<br>FL | 18 State income<br>$<br>$ |

Form **1099-MISC** (keep for your records) www.irs.gov/Form1099MISC Department of the Treasury - Internal Revenue Service

DAA

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Rents | OMB No. 1545-0115 | Miscellaneous Income |
|---|---|---|---|
| DGP Products Inc<br>15328 Black Gold Loop<br>Odessa, FL 33556 | $ | 2019 | |
| | 2 Royalties $ | Form 1099-MISC | |
| | 3 Other income $ | 4 Federal income tax withheld $ | Copy B For Recipient |
| PAYER'S TIN [redacted] / RECIPIENT'S TIN | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | |
| RECIPIENT'S name<br>Faith Antonio | 7 Nonemployee compensation $ 65484.56 | 8 Substitute payments in lieu of dividends or interest $ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| Street address (including apt. no.)<br>3564 Dove Hollow Court | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ☐ | 10 Crop insurance proceeds $ | |
| City or town, state or province, country, and ZIP or foreign postal code<br>Palm Harbor, FL 34683 | 11 | 12 | |
| Account number (see instructions) [redacted] / FATCA filing requirement ☐ | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| 15a Section 409A deferrals $ / 15b Section 409A income $ | 16 State tax withheld $ $ | 17 State/Payer's state no. FL | 18 State income $ $ |

Form **1099-MISC** (keep for your records) www.irs.gov/Form1099MISC Department of the Treasury - Internal Revenue Service

DAA

| | | |
|---|---|---|
| a Employee's social security number [redacted] | OMB No. 1545-0008 | This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it. |

| | | |
|---|---|---|
| b Employer identification number (EIN) [redacted] | 1 Wages, tips, other compensation 15,985.83 | 2 Federal income tax withheld 1,863.03 |
| c Employer's name, address, and ZIP code<br>DGP Products Inc<br>Numeric Racing<br>15328 Black Gold Loop<br>Odessa, FL 33556 | 3 Social security wages 15,985.83 | 4 Social security tax withheld 991.02 |
| | 5 Medicare wages and tips 15,985.83 | 6 Medicare tax withheld 231.78 |
| | 7 Social security tips | 8 Allocated tips |
| d Control number | 9 | 10 Dependent care benefits |
| e Employee's first name and initial Last name Suff.<br>Faith Antonio<br>3564 Dove Hollow Court<br>Palm Harbor, FL 34683 | 11 Nonqualified plans | 12a See instructions for box 12 |
| | 13 Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☐ | 12b |
| | 14 Other | 12c |
| f Employee's address and ZIP code | | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

Form **W-2** **Wage and Tax Statement** 2015

Department of the Treasury—Internal Revenue Service

Safe, accurate, FAST! Use IRS e-file

**Copy C—For EMPLOYEE'S RECORDS (See *Notice to Employee* on the back of Copy B.)**

**EXHIBIT 3**

a Employee's social security number [redacted]

OMB No. 1545-0008

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

b Employer identification number (EIN) [redacted]

c Employer's name, address, and ZIP code

DGP Products Inc
Numeric Racing
15328 Black Gold Loop
Odessa, FL 33556

d Control number

e Employee's first name and initial Last name Suff.

Faith Antonio
3564 Dove Hollow Court
Palm Harbor, FL 34683

f Employee's address and ZIP code

| | |
|---|---|
| 1 Wages, tips, other compensation: 38,514.84 | 2 Federal income tax withheld: 4,368.52 |
| 3 Social security wages: 38,514.84 | 4 Social security tax withheld: 2,387.84 |
| 5 Medicare wages and tips: 38,514.84 | 6 Medicare tax withheld: 558.48 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 Code |
| 13 Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☐ | 12b Code |
| 14 Other | 12c Code |
| | 12d Code |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

Form **W-2** **Wage and Tax Statement**

2016

Department of the Treasury—Internal Revenue Service

**Copy C—For EMPLOYEE'S RECORDS (See *Notice to Employee* on the back of Copy B.)**

Safe, accurate, FAST! Use IRS e-file

**EXHIBIT 3**

| | | |
|---|---|---|
| a Employee's social security number [redacted] | OMB No. 1545-0008 | This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it. |

| | | |
|---|---|---|
| b Employer identification number (EIN) [redacted] | 1 Wages, tips, other compensation 38,502.36 | 2 Federal income tax withheld 4,356.56 |
| c Employer's name, address, and ZIP code<br>DGP Products Inc<br>Numeric Racing<br>15328 Black Gold Loop<br>Odessa, FL 33556 | 3 Social security wages 38,502.36 | 4 Social security tax withheld 2,387.32 |
| | 5 Medicare wages and tips 38,502.36 | 6 Medicare tax withheld 558.48 |
| | 7 Social security tips | 8 Allocated tips |
| d Control number | 9 Verification code | 10 Dependent care benefits |
| e Employee's first name and initial  Last name  Suff.<br>Faith Antonio<br>3564 Dove Hollow Court<br>Palm Harbor, FL 34683 | 11 Nonqualified plans | 12a See instructions for box 12 Code |
| | 13 Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☐ | 12b Code |
| | 14 Other | 12c Code |
| f Employee's address and ZIP code | | 12d Code |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

Form **W-2** **Wage and Tax Statement** 2017

Department of the Treasury—Internal Revenue Service

Safe, accurate, FAST! Use IRS e-file

**Copy C—For EMPLOYEE'S RECORDS (See *Notice to Employee* on the back of Copy B.)**

**EXHIBIT 3**

| | | |
|---|---|---|
| | a Employee's social security number [redacted] | OMB No. 1545-0008 This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it. |

| | | |
|---|---|---|
| b Employer identification number (EIN) [redacted] | 1 Wages, tips, other compensation 37,420.76 | 2 Federal income tax withheld 3,358.16 |
| c Employer's name, address, and ZIP code<br>DGP Products Inc<br>Numeric Racing<br>15328 Black Gold Loop<br>Odessa, FL 33556 | 3 Social security wages 37,420.76 | 4 Social security tax withheld 2,320.24 |
| | 5 Medicare wages and tips 37,420.76 | 6 Medicare tax withheld 542.36 |
| | 7 Social security tips | 8 Allocated tips |
| d Control number | 9 Verification code | 10 Dependent care benefits |
| e Employee's first name and initial Last name Suff.<br>Faith Antonio<br>3564 Dove Hollow Court<br>Palm Harbor, FL 34683 | 11 Nonqualified plans | 12a See instructions for box 12 |
| | 13 Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☐ | 12b |
| | 14 Other | 12c |
| f Employee's address and ZIP code | | 12d |

| 15 State Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

Form **W-2** **Wage and Tax Statement** **2018**

Department of the Treasury—Internal Revenue Service

**Copy C—For EMPLOYEE'S RECORDS (See *Notice to Employee* on the back of Copy B.)**

Safe, accurate, FAST! Use IRS e-file

**EXHIBIT 3**

| | | |
|---|---|---|
| a Employee's social security number [redacted] | OMB No. 1545-0008 | This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it. |

| | | |
|---|---|---|
| b Employer identification number (EIN) [redacted] | 1 Wages, tips, other compensation 37,393.72 | 2 Federal income tax withheld 3,333.20 |
| c Employer's name, address, and ZIP code<br>DGP Products Inc<br>Numeric Racing<br>15328 Black Gold Loop<br>Odessa, FL 33556 | 3 Social security wages 37,393.72 | 4 Social security tax withheld 2,318.16 |
| | 5 Medicare wages and tips 37,393.72 | 6 Medicare tax withheld 542.36 |
| | 7 Social security tips | 8 Allocated tips |
| d Control number | 9 | 10 Dependent care benefits |
| e Employee's first name and initial Last name Suff.<br>Faith Antonio<br>3564 Dove Hollow Court<br>Palm Harbor, FL 34683 | 11 Nonqualified plans | 12a See instructions for box 12 |
| | 13 Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☐ | 12b |
| | 14 Other | 12c |
| f Employee's address and ZIP code | | 12d |

| 15 State Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

Form **W-2** **Wage and Tax Statement** 2019

Department of the Treasury—Internal Revenue Service

**Copy C—For EMPLOYEE'S RECORDS** (See *Notice to Employee* on the back of Copy B.)

Safe, accurate, FAST! Use IRS e-file

**Daniel Geberth**

Feb 1 ·

Keep trying to mess with me. The email address was from messenger@webex.com. I also received one saying to stay home for Covid-19 from the same email address. Passing it on to the detective. Keep trying me. Your going to LOSE! One guy is deceased and the other doesn't say. Different addresses are in the report. All from TX mostly. Gaurav Jha is another name that came up. I will find out that one to.










2

9+

**Daniel Geberth**
42m ·

I don't know any Elizabeth Lee. This person used my work address and my cell phone that was shut off 3 months prior to create these domains. If anyone knows this Elizabeth Lee send me a PM message. Tampa Bachelor is the company but none ever existed on Sunbiz.org. Hmmmm. It's like someone used and Alias to do this. No websites were created but could have used the email addresses to be an escort or something else. That's my opinion but I do not know any Elizabeth Lee.



"domain_registrar": {
"iana_id": 83,
"registrar_name": "1&1 Internet AG",
"whois_server": "whois.schlund.info",
"website_url": "http://1and1.com",
"registrar_status": "Accredited"
},
"registrant_contact": {
"full_name": "Elizabeth Lee",
"company_name": "Tampa Bachelor",
"mailing_address": "2438 Merchant Ave",
"city_name": "Odessa",
"state_name": "FL",
"zip_code": "33556",
"country_name": "United States",
"country_code": "US",
"email_address":
"phone_number": "18139199132"
},
"administrative_contact": {
"full_name": "Elizabeth Lee",
"company_name": "Tampa Bachelor",
"mailing_address": "2438 Merchant Ave",
"city_name": "Odessa",
"state_name": "FL",
"zip_code": "33556",
"country_name": "United States",
"country_code": "US",
"email_address": ",
"phone_number": "18139199132"
},
"technical_contact": {
"full_name": "Hostmaster ONEANDONE",
"company_name": "1&1 Internet Inc.",
"mailing_address": "701 Lee Rd.|Suite 300",
"city_name": "Chesterbrook",
"state_name": "PA",
"zip_code": "19087",
"country_name": "United States",
"country_code": "US",
"email_address": "hostmaster@1and1.com",






"domain_name": "tampabachelor.com",
"query_time": "2015-06-10 00:00:00",
"create_date": "2015-06-09",
"update_date": "2015-06-09",
"expiry_date": "2016-06-09",
"registrar_name": "1&1 Internet AG",
"full_name": "Elizabeth Lee",
"email_address":
"company_name": "Tampa Bachelor"
},
{
"num": 2,
"domain_name": "tampabachelor.net",
"query_time": "2015-06-10 00:00:00",
"create_date": "2015-06-09",
"update_date": "2015-06-09",
"expiry_date": "2016-06-09",
"registrar_name": "1&1 Internet AG",
"full_name": "Elizabeth Lee",
"email_address":
"company_name": "Tampa Bachelor"
},
{
"num": 3,




**EXHIBIT 5**

8:26

Posts About Photos

**Daniel Geberth**
1d ·

Don't know anyone by this First and last name either. They are listed as working for me. My phone number is on the report. They have several aliases. A email address that I never had sales@peepcheap.com. No history on that ever being a website peepcheap.com or a domain. My work number and address is on the report but no one with that 1st and last name never worked for... See More



EMAIL OWNERS USA

| | |
|---|---|
| Category: | Email Address |
| Name: | Antonio Faith |
| Valid Since: | Mar. 18, 2015 |
| Addresses: | 2438 Merchant Avenue, Odessa, FL |
| Phone Numbers: | (727) 400-7182 |

NAME

| First Name | Middle Name |
|---|---|
| Antonio | |

BIRTH INFORMATION

| Birth Date | Age |
|---|---|
| July 30, 1962 | 57 |

POSSIBLE ALIASES

| | |
|---|---|
| Anthony David Faith | David R Faith |
| Anthony G Faith | David A Faith |

POSSIBLE JOBS

Job

Worked at NUMERIC RACING

SOCIAL SECURITY NUMBER

| | |
|---|---|
| Issued Location: | Kentucky |
| Issued Years: | 1979-1980 |

POSSIBLE RELATIVES

| Name | Age |
|---|---|
| ...rlin G Faith | 82 (a... |
| ...ice D Faith | 73 (a... |
| ...ya Lynn Faith | 30 (a... |
| ...y W Warden | 29 (d... |
| ...ael G Faith | 43 (d... |
| ...Faith | |



POSSIBLE ALIASES

| | |
|---|---|
| Anthony David Faith | David R Faith |
| Anthony G Faith | David Anthony Fai... |

POSSIBLE JOBS

Job

Worked at LGM Design Group (Business Services Nec)

Principal at Certified Project Management Inc

Chief Executive Officer at JP MORGAN (Stock & Bond Brokers)

Principal at JP MORGAN (Stock & Bond Brokers)

SOCIAL SECURITY NUMBER

| | |
|---|---|
| Issued Location: | Kentucky |
| Issued Years: | 1979-1980 |

POSSIBLE RELATIVES

Name

Sonya Lynn Faith
Marlin G Faith
Janice D Faith
Kelly W Warden
Michael G Faith
Kelly Faith
Kelly Faith

ASSOCIATES

JASON LAMAR CARTER

| | |
|---|---|
| Phone Numbers: | (813) 884-7182 |
| Addresses: | 23526 ... Lake S... |
| | 6119 Memorial H... |

3 · 3 Comments

Like Share

EXHIBIT 6

Daniel Geberth | Timeline | Recent

Intro

I am the owner of Numeric Racing that specializes in Porsche product's.

Owner and Founder at Numeric Racing

Went to Bergen County Vocational And Technical High School

Lives in Odessa, Florida

From Rochelle Park, New Jersey

Single

numericracing.com

Photos



Friends

Life Events

Started New Job at Numeric Racing

January 1, 2012

Daniel Geberth

December 24 at 5:22 PM ·

This is what my ex Faith Lee is what she goes by on Facebook, Faith Antonio in real life. Posted on Facebook about me. Seriously playing the Victim. I am the victim as she stole from my business. I'm over 100k right now and I haven't really gotten into 2019 yet. Unbelievable. I also discovered she was blocking me from seeing stuff on her Facebook. Like how she bought her mom a new car. She doesn't have the money for it so where did it come from. All her posts hanging out at Innisbrook that she embezzled a membership out of my company lying that it was for advertising. There was so much stuff on her Facebook I have never seen. A sneaky ass bitch.I have so much shit on her. My attorney is Derek Bernstein and the wheels are in motion. Plus I am meeting with the State Attorney next week. She is going DOWN! I attached just some some evidence that I am telling the 100% absolute truth. The checks are forged and all the entries are fraudulent. There is no such thing as the Innisbrook Salamander Magazine. She is not the Victim but that is what she wants you to think. Merry Christmas to all of my family and good friends that are honest hard working people. Have a happy new year and I am almost done with this shit. Thank Goodness.




EXHIBIT 7


10:55 LTE 22%

Dan Geberth
10:50 PM, May 28

Well I'm not ready to talk civilly. Looked at your receipt and what the fuck is that supposed to tell me. It's just the date you purchased your ticket. You planned this well in advance. Your a liar and a sneak. You really must think I'm an idiot. Still haven't told me why you filled my script that I didn't want filled. A pic of it doesn't tell me a fucking thing. You better bring it back or don't come back here ever. I will find a replacement. Don't even think about sabotaging the website or anything else. I kept all the fraudulent shit you did with my books and will use it if I have to.

Copy text
Share

**EXHIBIT 8**


10:53
23%
Dan Geberth
+18134664880
I didn't not plan this out at all
Stop threatening me
I'm not a sneak or a liar.
I'm so sick of this
10:51 PM
D
Your monitor is also busted. I'm seriously fucken pissed an your not making a fool of me.
10:51 PM
D
If you don't return that script I will also report it was fraudulently filled.
10:52 PM
That's when I bought the ticket did not plan it out. If you didn't want me to go you should have spoke up
Keep threatening me Dan
10:52 PM
Enter message

**EXHIBIT 9**


8:38
LTE 25%
Dan Geberth
+18134664880
I want my bf to do things with me and want to be with me. I never feel it from you. Act like it
8:02 PM
D
Because I will literally lose my temper and I already did. I have never cheated on you. Stop assuming I did cause you are completely wrong. Well you always complain about your ra. I would rather have that than back and neck issues. At least there is medicine you can take for it but you refuse to ta
View all
8:09 PM
I never complain about my RA. I'm in pain 24/7. You
Enter message

Gmail

Faith <faithantonio40@gmail.com>

## FW: Redline Racing

2 messages

**faith@numericracing.com** <faith@numericracing.com> Tue, Nov 12, 2019 at 8:08 AM
To: faithantonio40@gmail.com

**From:** dan@numericracing.com <dan@numericracing.com>
**Sent:** Monday, November 11, 2019 5:11 PM
**To:** faith@numericracing.com
**Subject:** RE: Redline Racing

I will speak to you however I like and if you don't like it. You can go fuck yourself because you don't fuck me anyway. I like the dig you took at me on FB that magically disappeared. Typical baby Faith shit. I guarantee you took a bunch of fucken pictures from Friday till today and posted them all on FB. That I know I'm blocked from seeing along with the dig you took at me once again. Like all the other fucken times you take digs at me. You posted today and the other one that comes up is over a month ago. So I am blocked from seeing only what you want me to. Just like baby Faith blocking Aspen on FB. Aspen is a teenager and you are supposed to be the adult. I think I am going to air out all my complaints about you on FB as well. Starting with all the money I spend on you and you won't even fuck me. How does that sound. I'm not a baby and wouldn't do so anyway but maybe I should be an asshole. I had to change all my stuff to view only as me because I am afraid that girl will sue me if she sees all the Porsche stuff on my FB page. You wouldn't even take not one fucken picture with me on that shitty ass vacation that you treated me like shit on and before we left. When I went on a cruise with Amanda we took over a hundred pictures and had a great time. I also took a shitload when I took Aspen and Christopher. We have NONE! **I don't trust you, you're a fucken sneak, a proven liar, a crook for stealing all that money from me disguised as other payments, the stunt with the percocets, a fucken hypocrite**. Just to name a few things. Do not pull any more cash off my bank account and hand over my card. I will write checks out and it's the proper way to do it. It is to hard to track all the money you pull out cause it's never coded properly. I have to look through bank statements and figure out what you take. Plus I pay the taxes on all that money cause you haven't paid federal income tax in years. I want all the passwords and everything I need to know to continue on with the business. I will give you enough money if you choose to leave and be on your merry fucken way. Or everything is going to be done exactly how I say it is because it is my business. If not I'll pay someone to do the website which it will cost me less money in the long run. I can do all of this by myself besides the website. I know how to use quickbooks and can do it better than you once I get going. I can take and pack orders, Order boxes, run credit cards, balance the books etc…. All easy shit to do and I do all the hard work sweating my ass off in the garage. You don't do shit for me besides make me some gummies which I can find someone else to get me that stuff. I'll make them myself like I do everything for myself anyway. Oh you brought me a fucken sandwich. WOW! That much have been so difficult for you to do. You don't clean up, never cook for me and I can count on one hand how many times you have in the last few years. I can think of 2 in the last year. A crock pot meal and dinner for my lousy Bday. I'm fed up with you ridiculing me, never fucken being here, never sleeping with me. Always fucken sick. Tired of a baseless sexless relationship. I have not a single reason to be nice to you after all the shit you have done over the course of the year and it all started when you stole all that money from me. Thousands and thousands of dollars. That vacation was shit and you pissed me off so many times. I had to leave the room one time and sat in the cathedral to calm down. Then you wanted to go to the Sema show in Vegas. I said to myself no fucken way am I going with you after that trip. I can't think of one single reason to stay in this shitty ass relationship. NOT ONE! All you do is cost me money, complain, and complain about me. You would think that after all the money I spend on you and things I do for you and family I would get much better treatment. Boob job, dinners out, your teeth, vacation, paying for and fixing your families cars. I do a lot for you. Got your kids better jobs. I spent $1700.00 on your son's transmission that I know wasn't paid back and it's not like I'm not asking for it back anyway. I asked you to sell my pants and it's been weeks for you to get them even posted on poshmark. Where's the money from the ones that have sold? Bring the pants back and I will finish it when I have the time. I have always done everything you ask of me and never have I ever said no. It's a one sided relationship and I am just a fucken

paycheck to you. You certainly do not like me and don't give a shit about me. I am just being fucken used and one reason why I threw all your shit out of my house. You are one of the main reasons why I have been getting really angry all the time. I have never physically abused you and never will I but I am not putting up with your shit anymore. I will get angry as I please and have many reasons to. Not having sex is one reason and you're a lame fucken duck now. Use to watch porn with me but now it's gross to you. Yeah 2 people having sex is so fucken gross. You are the most non sexual women I have been with. You are barely fucken ever here. Lets see you took a vacation to DC, a trip to NY, then the shitty ass cruise, missed work for being a sneak going to the rave. Missed more work for this rave. All the times you have to babysit your father. Miss work when your family comes. How many times you missed because your always sick. You show up after 1pm or you don't come at all. Leaving by 5 thirty 6. So you work maybe 25hrs at most. Have the nerve to say I only do 20% of the work. That is saying I only work 5 hours a week compared to your 25. Forever working on the website which looks exactly the same to me as it did a year ago. Exactly what Chaz always claimed to be doing and another Chris Brice in my life using me. I have been taking time off to try and fix myself. I haven't had a real vacation in 10 years. My mother doesn't clean my house, cook for me or my kids, grocery shop and doesn't do my laundry. I know for a fact your mom does all that shit. Then all you do is complain about stuff, me and money. Well you always seem to have money when you want to go do stuff. You pull more money out of this business than I do. Well I am cleaning out the bank account and putting most of it into mine. This business is going to be run exactly how I say it is if you choose to stay. I can't even finish my taxes because the books are still fucked up. I see the undeposited funds wasn't fixed. A bunch of other stuff is coded wrong. Are you going to pay the penalties as a result. When you came here on Sunday and said you were going to surprise me with dinner on Friday. I about started to laugh cause I know it was another fucken lie. It was never the plan because we were supposed to go to Green Culture for dinner before I wrecked my car. Which by the way you never asked me if I was okay when I got home. You could have easily calmed me down but you didn't give a shit. Like OMG are you OK. Your scaring me and then run out. I was mad and every reason to be. Thanks you for the support after going through that ordeal. Not something I would have done. I handled my nephew perfectly after his crash and he was able to calm me down when he got home. He has done more for me in the last month than you and Aspen combined in the last year. He has certainly cooked more meals for me and I like having him here now compared to when I was sick. He will run errands for me when I ask and does it immediately. Goes to the grocery store if we need something. I have someone here who isn't a Dumocrat that agrees with me politically and doesn't hate Trump. Well thank god for Trump because he has saved and made me more money. I have been able to pay down more of my debt. Well if we all had Medicare for all comment you made to me that day pissed me the fuck off. Stupid comment from and uninformed person that wouldn't be paying for it anyway. You get your news from FB and don't know shit about what is going on in politics. You'll vote for someone who promises all the free shit cause you are a taker and not a giver. You get free healthcare, disability checks, probably some other stuff like welfare or food stamps but I don't want to know. You also had help paying your rent for a while. You also get income tax money back. I don't ever ask about your baby daddies because I don't think you would be honest about it. How does a little shit weakling guy rape you when you always told me you got into fights in school. Claimed to be so tough. Doesn't sound like you put up a fight at all. The story has changed several times also. What about the other baby daddy. What happened to him and why did he not pay child support or want to see his kids. Did you just go out with and get pregnant with complete pieces of shit. None of it makes any sense to me at all. Then when I was asking what you had to do so we could have sex. You said all I think about is sex and told me to stop taking test so I wouldn't have a sex drive. WTF and I immediately lost all interest. No one has ever said or complained that I want to have sex. The stiches in your vagina I'm pretty sure it was a lie because you wouldn't go for a bike ride after that. You would rip them right out. You just don't want to sleep with me. So if you aren't sleeping with me you must be sleeping with someone else. I am literally almost to that point just to let you know. I am in great shape and look better now than I did 5 years ago. There are plenty of women that will have sex with me and why should I deprave myself anymore. It relaxes me and I enjoy it. I will treat people the same way they treat me.

Regards,

Daniel Geberth

NUMERIC RACING

P.O. BOX 313

**faith@numericracing.com**

**From:** dan@numericracing.com
**Sent:** Monday, November 11, 2019 11:08 PM
**To:** faith@numericracing.com
**Subject:** The Know It All

Yes you did take a dig at me but you since have taken it down. What exactly do you do for me that I can't have someone else do or do for myself. **NAME SOMETHING** and not from over 5 years ago. A ride to the doctor. My pants. Dinners you make. Sex! LMFAO! I'll get someone else to give me a ride or take a uber. Then I won't feel obligated to do anything for you or anyone. Also bring the rest of my indica I paid for and my pants back. This bag of gummies is not 3 tubes of it. You do not run my business. You are not here every day. You still ask me the same fucken questions over and over again. What cable does a 987 Cayman S take. The same one it took the day before. NM201. I know everything about this business. Every nut, bolt, part, cable, installations etc…. The only thing you do that I can't is the website that you are forever working on. Everything else I have done long before you ever came along. You take more than $600.00 a week. Your 4 month average is over $1400.00 a week cash. **CASH** and I pay the taxes. That is what I know of so far. I still have to look at the Amex bills and other shit you may have bought. My average is less than that but I am cleaning out the account and putting it in mine. I caught you last year stealing so I have a really good understanding of what you are doing. Telling me I have no clue is really an ignorant thing to say to me. You really thought I was fucken stupid and wouldn't catch it. The person I am supposed to trust the most actually committed crimes against me and **MY BUSINESS**. **THAT IS A FUCKEN FACT**. So what should I be grateful for. Your honesty, being taken advantage of, all the sex I get and the lies you keep telling me. $600.00 a week is just another fucken lie. A good Christian isn't a thief nor a liar and would never have done that. That makes you a hypocrite. What you did to me I would never have done to anyone and I am not even a Christian. I know what is morally right and wrong and don't need to read a bible to know it. I don't steal, I'm not a sneak, and I don't lie to you. I caught you in so many lies this past year and a half I lost track. So I don't need or want you to pray for me. Keep that shit for yourself. You are not a good example of a Christian and don't want your prayers. I have every right to be angry with you and simply do not trust you. That is completely your fault. I'm not paying for your stuff or anyone's anymore. What the fuck for. I get absolutely nothing out of it. I just dropped over 8 grand on your teeth and a lousy vacation. It was lousy because you made it lousy. I can't even get a fucken blow job for my efforts. What am I doing all of this for. You're a user and don't give shit in return. Wow! Dan just paid for my fucked up teeth so I'm going to show him some appreciation and fuck him. It's never going to happen because you are lame and the most non sexual girl I have ever been with. Don't even ask me to fix anyone's shit either because the answer is NO! You can all go pay a mechanic, pay for your oil changes, repairs and car parts. I'm done being nice and wasting my valuable time on everyone else when I can be doing stuff for myself. I am only doing stuff that makes me happy.

Regards,

Daniel Geberth

NUMERIC RACING

P.O. BOX 313
ODESSA, FL 33556

Phone/Fax:
844.686.7223



EXHIBIT 12



**Daniel Geberth**
March 23 · Edited ·

The dishonest crime sisters.

2 Comments

Like Share

**Daniel Geberth** Faith Lee, Faith Antonio in real life and Tabitha Beatrice Gregor sisters in crime.💩
Like · 2d · Edited

**Rose Blossoms** The Embezzling Sisters
Like · 2d · Edited

**EXHIBIT 13**

3:25 LTE+ 28%

To: faith@[illegible]
Subject: RE: The Narcissist

All the statements I did were after your brother was done. I realize that $600.00 a week won't pay your bills but you keep telling me that is all you pay yourself. It is a lie and why do you keep telling me that when it's not true. I don't have a problem with $1200.00 week if you are here and not dipping out after 3hrs. Thanks for leaving when I went to go get an adjustment. Also I made a deal with your brother for $25.00 an hour not $35.00. It's cash so there are no taxes for him to pay. So you changed my arrangement to pay him more on your own. Nice that you made that decision when it's not your money to work with. Perfect example of people taking advantage of me again. Also the 5 grand I paid for your teeth is also part of your salary. It's a 5 thousand dollar bonus basically on top of what you also make. I sit in that office a lot when you are not here. My house needs a lot of work and I am doing the best I can to get it done. While still working on work stuff. My priority now is fixing the books because they are messed up and finish my taxes. Do not pull cash out of my account anymore. Write checks out with your name on it and code them properly. Trying to explain or show you any of this is basically impossible because you are never wrong. It's like talking to a wall and I get extremely frustrated and angry. You still don't think what you did to me last year was wrong. In your twisted mind it is justified. I was fully aware you were taking out money to pay your brother but not $35.00 an hour. That is why I only calculated the



EXHIBIT 15

I slipped the ball, she had asked me to send a check last month. It will go out today for the full amount.

Thanks, Dan

---

**From:** Breustedt, Dot <DBreustedt@innisbrookresort.com>
**Sent:** Wednesday, July 18, 2018 2:37 PM
**To:** faith@numericracing.com
**Subject:** Member Acct. 40370
**Importance:** High

**Faith,**
**We have not heard from you regarding the balance due Innisbrook on your member account.**
**Please contact me regarding a payment plan.**
**The Board of Governors requires a payment each month in order to keep from sending it to collection.**
**To preserve your credit, please contact me as soon as possible as to how much each month you will pay.**
**Thank you.**

**Dot Breustedt**
Manager, Membership Accounting

**INNISBROOK RESORT**
o: 727.939.3898 | f: 727.942.5242 | dbreustedt@innisbrookresort.com
36750 U.S. Highway 19 North, Palm Harbor, FL 34687
Facebook • Twitter • Instagram

*Salamander Hotels & Resorts - Now this is luxury.* *www.salamanderhotels.com*

---

Confidentiality Notice: This email message and any files transmitted with it may contain confidential information intended only for the person(s) to whom this email is addressed. If you are not the intended recipient, be aware that any disclosure, copying or distribution or use of the contents of this information is prohibited. If you have received this email in error, please notify the sender immediately by phone or email and destroy the original message. Thank you.

---

**EXHIBIT 16**

**Daniel Geberth**
November 17, 2019 ·

Well my GF Faith Antonio, Faith Lee is what she goes by on Facebook of over 5 years has been embezzling money out of my business accounts. I have all the damning evidence and deciding on what I should do. I found so many payments disguised as something else in my Quickbooks accounting paying for her personal shit. Innisbrook membership, Best Buy Credit card, Credit One Bank, Merrick Bank, forged c... See More

40 · 73 Comments

Like · Share

View 39 more comments

**Angela Marie** Sue her and delete this status it's defamation and she can sue you. 😬
Like · 6w · 1

↳ Angela Marie replied · 6 Replies

**Marc Tomasella** You've gotta be kiddin' me Dan. So sorry that happened. You should make her pay BIGTIME!!!! So aggravating and shocking when the people you think you can trust can be so cruel. Hit her where it hurts. Take her to court and sue her ass. Hope everything goes ok.
Like · 6w · 2

↳ Daniel Geberth replied · 3 Replies

**EXHIBIT 17**

Gmail

Faith Antonio [redacted]

## Fwd: You've got a money request

1 message

**Tabitha Gregor** [redacted]
To: Faith Antonio [redacted]

[redacted]

Begin forwarded message:

> **From:** "service@paypal.com" <service@paypal.com>
> **Date:** March 23, 2020 at 1:32:05 PM EDT
> **To:** Tabithaann Beatrice Gregor [redacted]
> **Subject: You've got a money request**

Hello, Tabithaann Beatrice Gregor

# DGP Products Inc. sent you a money request

NOTE FROM DGP Products Inc. :

“ I want the $480. 00 dollars Faith sent you through my Paypal account. Just found your name in my contacts list. She never had permission or authority to do so. More ways of her embezzling ”

**EXHIBIT 18**

money. Criminal, Cheaters and Liars always get caught. She used me and so did your whole family. Nice Christians you guys all are. Especially her.

Payment request details

Transaction ID: U-9EY12087XL3841614 March 23, 2020

Amount requested $480.00 USD

Pay Now

Help & Contact | Security | Apps

**EXHIBIT 18**

Gmail

Faith Antonio [redacted]

## You've got a money request

**service@paypal.com** <service@paypal.com>
To: Faith Antonio [redacted]

Tue, Mar 24, 2020 at 9:34 PM

Hello, Faith Antonio

# DGP Products Inc. sent you a money request

NOTE FROM DGP Products Inc. :

"727-900-9033 that is the number you use for amazon and obviously a cell phone number I never knew about. Your secret cell phone number hidden from me to do whatever you felt like doing. Man what a sneaky fake ass person you are. It's your secret identy y ou were doing everything behind my back. A very disloyal girlfriend you were sleeping with everyone."

**EXHIBIT 19**

## Payment request details

Transacon ID: U-0UU68452L6137740F

March 24, 2020

Amount requested $350,000.00 USD

Pay Now

Help & Contact | Security | Apps

PayPal is committed to preventing fraudulent emails. Emails from PayPal will always contain your full name. Learn to identify phishing

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

**EXHIBIT 19**


4:40
86%
Dan Geberth
8134664880
Delete all
Friday, December 20, 2019
D
I own www.faithantonio.com. I'm going to build you a really nice website. Your gonna love it.
2:22 AM

**EXHIBIT 20**

**Daniel Geberth**
December 8, 2013 ·

It's a good feeling knowing someone can not spend 5 plus grand of your money a month anymore.

22 18 Comments

Share

**Daniel Geberth** It just disgusts me every time I have to look at my statements. Fucking girl spent more money than me. I'm ready to smash this computer.
6y

**Jj Bass** Damn shame 😦 Hope things are going good for you my man!!!
6y

**Corey Marozzo Palette Furniture** Merry Christmas to you
6y

**Sandra Riffe** Good Lord! We need to have a talk again...that's just damn sad and you are too nice!
6y

**Daniel Geberth** That's nothing Sandi. She said my daughter was gonna grow up to be a whore and pregnant by the time she was 16. That was pretty much the end,
6y · Edited

**Krystal Crowder** You're a fool for ever doing so in the first place. Don't do that until you're married.
6y

**Krystal Crowder** I will slap that chick if I ever see her and know she truly said that. What a piece of shit.
6y

**Daniel Geberth** Believe me it took every bit of my cool to stay calm. I was a ticking time bomb.
6y

**Gary Rosetti** These girls today are completely ignorant. Certain things you don't fuck with. That's someone's kid! Good for you to get rid of her. If someone doesn't respect your kid. The relationship will never work.
1
6y

**EXHIBIT 21**



**Daniel Geberth**
June 28, 2015 ·

Really like this pic of my daughter. — with Aspen Geberth.

57 14 Comments

Share

**Debra-David Schramel** That is Downtown Disney right!?!?
5y

**Nancy Diaz** She's beautiful, Dan!
5y

**Barbara Cannata Lombardo** She is gorgeous
5y

**Kim Cappucci** She is Beautiful Danny n wow she got so Big! N btw did u get the invite for our reunion?
5y

**Sherry Mcdonald** You are getting more beautiful every time I see you.
5y

**Mimi Durrance** Wow she's gotten so big as beautiful, great job daddy
5y

**Gary Rosetti** Awesome pic. She's beautiful
5y

**Janet Bowling** Very nice dan
5y

**Cathy Isaak** Beautiful, wow she's growing up so fast...

**EXHIBIT 22**



**Daniel Geberth**

November 17, 2019 ·

Well my GF Faith Antonio, Faith Lee is what she goes by on Facebook of over 5 years has been embezzling money out of my business accounts. I have all the damning evidence and deciding on what I should do. I found so many payments disguised as something else in my Quickbooks accounting paying for her personal shit. Innisbrook membership, Best Buy Credit card, Credit One Bank, Merrick Bank, forged checks, there is so many and this was supposed to be one person I should have been able to trust the most. Used my Synovus and amex business cards like they were her own personal cards to pay for her stuff. She is in complete denial and keeps lying about it when I have it all in black and white. She is a compulsive liar and I caught her in so many this past year and a half. I lost count. I was completely taken advantage of and used. I also have paid for so many things that she needed and her family. I even bought one of her kids a car for 10k and paid for his transmission repair of $1700.00. 17k on her boob job and tummy tuck, 5k on her teeth and the list is so long over the years. I am in complete utter shock she did this and feel so violated. I keep finding more and more stuff as I go through the books and now I think it is time to get the police involved. Karma is a bitch and I don't want to have to waste my time on it but it is so much money that I feel compelled to do so. Claims to be Christian but she is a very bad example of one. I can count on one hand how many times she has actually cooked for me in the last year. 2 times. Everything happens for a reason and she took complete advantage of me. It's not a small amount of money either. It's upwards of over 40k. She just keeps saying I never embezzled any money from you. I have all the proof

**EXHIBIT 23**

**Daniel Geberth**
November 17, 2019 ·

Well my GF Faith Antonio, Faith Lee is what she goes by on Facebook of over 5 years has been embezzling money out of my business accounts. I have all the damning evidence and deciding on what I should do. I found so many payments disguised as something else in my Quickbooks accounting paying for her personal shit. Innisbrook membership, Best Buy Credit card, Credit One Bank, Merrick Bank, forged c... See More

40 · 73 Comments

Like · Share

View 39 more comments

**Angela Marie** Sue her and delete this status it's defamation and she can sue you. 😬
1
Like · 6w

↳ Angela Marie replied · 6 Replies

**Marc Tomasella** You've gotta be kiddin' me Dan. So sorry that happened. You should make her pay BIGTIME!!!! So aggravating and shocking when the people you think you can trust can be so cruel. Hit her where it hurts. Take her to court and sue her ass. Hope everything goes ok.
2
Like · 6w

↳ Daniel Geberth replied · 3 Replies

**EXHIBIT 24**

Instagram

Search



myke1_mason Follow ···

**76** posts **1,716** followers **304** following

**Michael Mason**
Loving fiercely
Stopping along the way to take great photos□.
Throwing kindness around like confetti🎉.
Going where I feel most alive□

**EXHIBIT 25**

**Michael Mason**

**7/18/20, 12:53 PM**

**You sent July 18, 2020**

Any friend of Paige is a friend of mine. She is a sweetheart.

**7/18/20, 2:14 PM**

**Michael sent July 18, 2020**

Oh really, I would never doubt that.
Michael sent July 18, 2020
How are you doing?

**7/18/20, 9:16 PM**

**You sent July 18, 2020**

Wore myself out today putting brakes on my car. I like the positivity on your page. Spoken like a true Christian.

**7/18/20, 10:22 PM**

**Michael sent July 18, 2020**

I must say, I like your aptitude for work, you work with a happy mind, and that's all that matters.
Michael sent July 18, 2020
Thanks, I've practiced positive thinking almost all my life, it works for me a lot, and I'm so grateful about that.

**You sent July 18, 2020**

I like your attitude brother. I recently became a reborn Christian about 5 months ago. I've learned so much. Stopped listening to the music I was then I discovered Christian rap and electronic. You can actually make a song without swearing and degrading women. I watched that documentary Out the Shadows official. I have not watched a single Hollywood movie since because of it except Jumanji with my daughter but I fell asleep so I didn't see it anyway. My whole life has changed for the better. I'm dealing with some nonsense I am fighting through Discovered my gf of over 5 years was embezzling money from my biz and every which way possible. She was leading a double life that I knew nothing about. I rid myself of her on Nov 11 2019. Someone I know pointed out Angel 1111 and it made a lot of sense. This girl is pure evil and it's a long story to tell everything I discovered. Regardless. Good always conquers evil. I have all positive people around me now.

**Michael sent July 18, 2020**

I appreciate that you have shared this with me, you already fuelled my zeal to be even better, that's the thing with have just positive people around you. My journey on the positive path didn't just start off on its own, infact there was a trigger, and it was at that point where I felt all was never gonna end well. I suffered a really bad relationship, it was never healthy to me all the while, she would cheat with my friends and do all sorts of demeaning stuffs, i really liked her, i wouldn't do anything, but it kept on for 2years, all that while I had nothing going well for me, that was the thing about being in a toxic relationship, it killed me slowly and I never realized untill we broke up, and few months after that I became friends with elderly man, we attend same church. He communicated with me, no-one reached out to me that way. I read a few self help books and since then my whole life has been great. The thing about letting your mind be in a positive state is that it makes you feel so calm, happy and confident. Let's you see things and people for what and who they are actually.

**You sent July 18, 2020**

What church you go to.

**You sent July 18, 2020**

I'm gonna have to cut you loose I suspect something isn't right. I background check everyone and their phone number. Your a ghost. I suspect you could be my ex.

**You Blocked Messages and Calls From Michael Mason's Facebook Account**

You can't message or call them in this chat, and you won't receive their messages or calls.

**Something's Wrong**
**Unblock**

EXHIBIT 25


Cynthia Sona | Facebook
facebook.com/profile.php?id=100060180186380
Search Facebook
9+
7
Daniel
Cynthia Sona
Posts
About
Friends
Photos
Videos
More
Respond
Cynthia sent you a friend request
Confirm Request
Delete Request
+4
Type here to search
6:59 PM
1/31/2021

**EXHIBIT 25**


Cynthia Sona | Facebook
facebook.com/profile.php?id=100060180186380
Search Facebook
9+
7
Daniel
Cynthia Sona
Respond
Cynthia Sona
December 22, 2020 ·
Friends
See All Friends
1 mutual friend
+4
Type here to search
7:01 PM
1/31/2021

**EXHIBIT 25**

9:06



**Cynthia Sona**



## Cynthia Sona

Facebook

You're not friends on Facebook

New Facebook Account

JAN 31, 3:46 PM

Hello Cynthia. Are you a journalist or affiliated with that channel. Some really good stuff on your page. I liked the little girl selling Girl Scout cookies. It was cute. All positive stuff from what I could see. The guy protesting in Tallaha e spreading love instead o te.

**You've Blocked Cynthia Sona's Facebook Account**

You can't message or call them in this chat, and you won't receive their messages or calls.

**Unblock**

**Something's Wrong**

EXHIBIT 25

**Cynthia Sona**

Hey Daniel I'm not a journalist, I'm a final year student of UC Davis school of veterinary medicine, I'll be done with my studies in few months and I'll start practicing my vet business, I only spread the news and update for my friends

You can now message and call each other and see info like Active Status and when you've read messages.

How are you doing

I'm actually doing really good. Never been better. How you doing. Just driving right now. Have a few things to do today.

I'm good than.

**You've Blocked Cynthia Sona's Facebook Account**

You can't message or call them in this chat, and you won't receive their messages or calls.

Unblock

Something's Wrong

EXHIBIT 25

9:07

**Cynthia Sona**

Take good care of yourself, have a few things to do today too, I'm just done with my laundry, Maybe I'm going to hang out with my friends for the rest of the day

That's good. Make sure you surround yourself with good people. Stay away from toxic people. Trust me I know from experience. Now you reminded I have to do laundry to. Lol.

Thanks dear, Do have a great day

Take good care of yourself

I will. Yo It's beautiful out here today. 78 degrees and

You've Blocked Cynthia Sona's Facebook Account

You can't message or call them in this chat, and you won't receive their messages or calls.

Unblock

Something's Wrong

EXHIBIT 25

9:07

7 **Cynthia Sona**

I will. You to. It's beautiful out here today. 78 degrees and sunny.

It's 45 degrees here

JAN 31, 4:40 PM

Yeah that's a little brisk. It's a completely different world here if FL. People wear masks but it's not required. I haven't worn one in awhile. Then the laws they write are not specific on how to wear it. Just says face coverings. Wear a Batman mask on your eyes. I tell people this all the time. Why do we have to dispose s inges in bio hazard c ners but you can wear the same mask for

**You've Blocked Cynthia Sona's Facebook Account**

You can't message or call them in this chat, and you won't receive their messages or calls.

**Unblock**

**Something's Wrong**

EXHIBIT 25

EXHIBIT 25


9:07
7
Cynthia Sona
JAN 31, 10:44 PM
You're right dear and people wear masks here too but not really required as I haven't worn one in a while too, I'm just back from hanging out with my friends, it was fun, how was your day
JAN 31, 11:56 PM
Who Are you really? Your not Cynthia Sona born 1990. She doesn't exist. I background check everyone to see if they are scammers. There are 2 one is 24 and one is 62. So who are you and I suspect you could be my evil ex girlfriend not the 1st time she has ed this stunt and
You've Blocked Cynthia Sona's Facebook Account
You can't message or call them in this chat, and you won't receive their messages or calls.
Unblock
Something's Wrong

9:08
◄ Facebook

7

**Cynthia Sona**

you could be my evil ex girlfriend. It's not the 1st time she has pulled this stunt and to my Private eye.

That's what I thought. Nice Try Faith Antonio, Faith Elisabeth, Sophia Antonio, Elizabeth Martin, Elizabeth Lee, Rose Antonio and a whole lot more aliases I know of. You opened this account in Dec. 22 2020. Shortly after I rid myself of your evil self. You have no friends on here and barely anyone liked any of your posts. Get a life and get a job.

Oh I forgot the best one Marca Shultz CPA. From your favorite DJ Marcus Shultz.

**You've Blocked Cynthia Sona's Facebook Account**

You can't message or call them in this chat, and you won't receive their messages or calls.

**Unblock**

**Something's Wrong**


(2) Patty Lynn | Facebook
TruePeopleSearch.com - Patricia S Der
facebook.com/patty.deremer/friends
Search Facebook
9+
Daniel
2
Patty Lynn
Posts
About
Friends
Photos
Videos
Sports
More
Message
Friends
Search
Mutual Friends
Darren Scuffil
1 mutual friend
Friends
Jake Smith
21 mutual friends
Friends
Photos
https://www.facebook.com/photo/?fbid=10220481780889421&set=a.3935370777582
Type here to search
6:55 PM
2/5/2021

EXHIBIT 25


(2) Patty Lynn | Facebook
TruePeopleSearch.com - Gary A Derem
facebook.com/patty.deremer?comment_id=Y29tbWVudDoxMDIyMzU5OTYxNzA4MDY4MF8xMDIyMzYzMjQxNDg2MDYwNA%3D%3D
Search Facebook
Daniel
Patty Lynn
Message
Intro
Photos
See All Photos
Friends
See All Friends
2 mutual friends
Darren Scuffil
Jake Smith
Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2021
7
Like
Comment
Write a comment...
Patty Lynn updated her cover photo.
October 4, 2020 ·
20
5 Comments
Like
Comment
Amanda Nicole Denney Hernandez
I want to be there
Like · Reply · 17w
Patty Lynn
Amanda Nicole Denney Hernandez just close your eyes...
Like · Reply · 17w
View 1 more reply
View 2 more comments
Write a comment...
Patty Lynn
Patty Lynn
You're friends on Facebook
other people as well. So now you know why I post some of these things and to warn others what to watch out for. God Bless.
Type here to search
6:44 PM
2/5/2021


(2) Daniel Geberth | Facebook
TruePeopleSearch.com - Gary A Deren
Search - BeenVerified
facebook.com/daniel.geberth
Search Facebook
Daniel
Daniel Geberth
Edit Profile
Photos
See All Photos
Friends
See All Friends
1,133 friends
Peter Roberto
Terrill Goldman
Tracy Allen
Write a comment...
Daniel Geberth
January 22 at 7:46 PM
How dumb do they think I am. There are no Matt Geberth's in my family. The signature is printed. Go away! Oh and the email address comes up as no one. I wanted to see who this person actually is to report them. I will figure it out. There are probably finger prints on the letter to. I can no longer be manipulated, deceived , lied to, stolen from and other things not worth mentioning. Get a real job. Wow my relative caught it was Barack Obama's signature.
DATE JANUARY 11, 2021
DEAR DANIEL GEBERTH,
I am aware that this letter has come to you as a surprise as we have not met before or handled any business deals in the past. Nevertheless, I have contacted you with genuine intentions and I hope I can trust you with this Inheritance opportunity which will be explained below.
My name is Ethan Hills, an account manager with one of the bank in Canada. I retrieved your contact address in my search for the next of kin to a deceased customer of our bank MR. MATT GEBERTH a citizen of your country, who lived and died in London, Ontario Canada from Cardiac Arrest in the year 2011. Unfortunately this customer died intestate leaving his bank account with an open beneficiary status. All efforts made by our bank to locate his relatives have been unsuccessful so I decided to write you as I have monitored this account in the bank for about 10 years now and no one has come forth with any claim. I would like to present you to our bank as his next of kin to claim this dormant account worth $7.8 Million USD (Seven Million Eight Hundred Thousand US Dollars).
You will apply to the bank as an extended relative to the deceased customer while I work from the inside to make sure all needed information and evidence are provided to you to back up your claim. The account has an open beneficiary status, which is why I have contacted you to come forth and claim the funds as the next of kin and beneficiary. Since he is from your country and you both share the same last name, it's easy for you to become his official next of kin. If we do not make a claim to the funds now, the funds would be reverted back to the system as an unclaimed estate at the expiration of a 10 year dormancy period as approved.
I assure you that this transaction would be handled under due inheritance procedures and every necessary arrangement will be put in place to make you the real beneficiary of the Inheritance. It also requires all confidentiality at this stage and I believe that you are ready to keep this absolutely discreet until you are able to claim the funds from the bank. Once the funds are released to you, it will be shared between the two of us.
Please send your response to my personal email: ethanhills574@mail.com indicating your readiness to proceed with this transaction and we will discuss more details as well as the procedure to achieve a successful completion. This is an opportunity of a lifetime and people achieve it every day.
I await your response
Ethan Hills
Email:ethanhills574@mail.com
Sandra Geberth...
I know what's up with her now. It's related to Faith. She is not a friend of mine and had the same background pic as Faith. I took a screenshot of it and then the post disappeared.
Type here to search
7:27 PM
2/5/2021

**EXHIBIT 25**


(2) Daniel Geberth | Facebook
TruePeopleSearch.com - Gary A Deren
Search - BeenVerified
facebook.com/daniel.geberth
Search Facebook
Daniel
Daniel Geberth
Edit Profile
See All
Edit Hobbies
Edit Featured
Photos
See All Photos
Friends
See All Friends
1,133 friends
period as approved.
I assure you that this transaction would be handled under due inheritance procedures and every necessary arrangement will be put in place to make you the real beneficiary of the Inheritance. It also requires all confidentiality at this stage and I believe that you are ready to keep this absolutely discreet until you are able to claim the funds from the bank. Once the funds are released to you, it will be shared between the two of us.
Please send your response to my personal email: ethanhills574@mail.com indicating your readiness to proceed with this transaction and we will discuss more details as well as the procedure to achieve a successful completion. This is an opportunity of a lifetime and people achieve it every day.
I await your response
Ethan Hills
Email:ethanhills574@mail.com
Sandra Geberth Pierro, Dan Dorsett and 3 others
17 Comments
Like
Comment
Share
View 4 more comments
Patty Lynn
Dude everyone gets these emails. Your not special!
Like · Reply · 1w
Daniel Geberth
Patty Lynn It wasn't an email. It was a letter mailed to me. I never received a letter like this but I have gotten plenty of emails. I never said I was special either.
Like · Reply · 4d
Patty Lynn
Daniel Geberth I just see you posting all the time someone is stalking or messing with you. Wasn't saying you thought you were special. We all-not just you- get hit up with these emails and letters. Scammers everywhere
Like · Reply · 4d · Edited
Sandra Geberth Pierro
Patty Lynn That was pretty rude.
Like · Reply · 3d
Write a reply...
Sandra Geberth...
I know what's up with her now. It's related to Faith. She is not a friend of mine and had the same background pic as Faith. I took a screenshot of it and then the post disappeared.
Aa
Type here to search
7:29 PM
2/5/2021

**EXHIBIT 25**


QuickBooks
Home - PayPal
Search - BeenVerified
(4) Brandy Rose | Facebook
facebook.com/peter.roberto.969/about
Search Facebook
Daniel
Brandy Rose
Posts
About
Friends 116
Photos
Videos
More
Message
About
Overview
Work and Education
Places Lived
Contact and Basic Info
Family and Relationships
Details About Brandy
Life Events
No workplaces to show
No schools to show
Lives in Casper, Wyoming
From Rochelle Park, New Jersey
No relationship info to show
Friends
All Friends
Mutual Friends
Recently Added
Current City
Hometown
Following
Brandy Rose
Active Now
Brandy Rose
You're friends on Facebook
Lives in Casper, Wyoming
4:45 PM
Hi
Hi. But how do know you. Your profile was just created Jan31st. Says your from RP Park. Don't know anyone named Brandy from RP.
Aa
Type here to search
5:03 PM
2/10/2021

**EXHIBIT 25**


QuickBooks
Home - PayPal
Search - BeenVerified
(5) Brandy Rose | Facebook
facebook.com/peter.roberto.969
Search Facebook
Daniel
Brandy Rose
Message
116 (7 mutual)
Lisa Luzzi Gardner
31 mutual friends
Pam Jengo
31 mutual friends
Brian Grieco
26 mutual friends
Tony Livardo
22 mutual friends
Ronald Martin
1 mutual friend
Mike Reynolds
1 mutual friend
Cha Sontoloyo
1 mutual friend
Linn Flock
2 mutual friends
Beverly Brien
1 mutual friend
Life Events
See All
Moved to Casper, Wyoming
January 31
Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2021
Like
Comment
Share
Write a comment...
Brandy Rose is in Casper, Wyoming.
January 31
Moved to Casper, Wyoming
January 31
6
2 Comments
Christiana Kate
I like to chat with you can you please send me a friend request
Like · Reply · 2d
Christiana Kate
Reply my text back
Like · Reply · 2d
Brandy Rose
March 16, 1993
Born on March 16, 1993
Brandy Rose
Active Now
That makes me show up on here
Are you from RP Park.
Yeah I'm
But I relocated last weekend to Kentucky
To live with my aunty
To look after her kids
Tell me something about RP Park with no hesitation.
Aa
Type here to search
5:07 PM
2/10/2021

**EXHIBIT 25**


Brandy Rose
Brandy Rose
Facebook
You're friends on Facebook
New Facebook Account
FEB 10, 4:45 PM
Hi
FEB 10, 5:03 PM
Hi. But how do know you. Your profile was just created Jan31st. Says your from RP Park. Don't know anyone named Brandy from RP.
I'm new on here
You've Blocked Brandy Rose's Facebook Account
You can't message or call them in this chat, and you won't receive their messages or calls.
Unblock
Something's Wrong

EXHIBIT 25

9:18

7 Brandy Rose

I'm new on here

I just got out of my first relationship with my first lover

That makes me show up on here

Are you from RP Park.

Yeah I'm

But I relocated last weekend to Kentucky

To live with my aunty

To look after her kids

Tell me something about RP Park with no hesitation.

Cat got your tongue Faith?

**You've Blocked Brandy Rose's Facebook Account**
You can't message or call them in this chat, and you won't receive their messages or calls.

**Unblock**

**Something's Wrong**

EXHIBIT 25


9:18
7
Brandy Rose
Are you from RP Park.
Yeah I'm
But I relocated last weekend to Kentucky
To live with my aunty
To look after her kids
Tell me something about RP Park with no hesitation.
Cat got your tongue Faith?
I'm busy cooking for my anuty okay
I am cooking dinner
Its a simple question. Only requires on word.
You've Blocked Brandy Rose's Facebook Account
You can't message or call them in this chat, and you won't receive their messages or calls.
Unblock
Something's Wrong

EXHIBIT 25



Daniel Geberth

May 24 ·

1

Like Share

**EXHIBIT 26**

# EMPLOYMENT AGREEMENT

THIS AGREEMENT executed as of the 30th day of June, 2010, by and between PERFORMANCE INDUSTRIES MANUFACTURING, INC., d/b/a VORTEX RACING COMPONENTS, a Florida corporation ("Employer"), and DAN GEBERTH ("Employee").

## WITNESSETH:

WHEREAS, Employer is engaged in the business of manufacturing and selling motorcycle components and other products;

WHEREAS, Employee possesses expertise in Employer's business;

WHEREAS, Employer desires to employ Employee to render consulting services to Employer; and

WHEREAS, Employee desires to accept such employment.

NOW, THEREFORE, in consideration of the mutual covenants contained herein and other good and valuable consideration, the sufficiency and receipt of which are hereby acknowledged, the parties agree as follows:

1. **Recitals.** The above recitals are true and correct and are incorporated herein.

2. **Employment.** Employer hereby employs Employee to render consulting services to Employer. Employee hereby accepts such employment.

3. **Duties.** Employer shall render telephonic consulting services to Employer. Employee shall be available telephonically Monday through Friday from 10:00 a.m. until 4:00 p.m. Employee shall use reasonable diligence in providing consulting services to Employer. Employee shall devote sufficient time and attention to the performance of Employee's duties hereunder. Employee shall perform all such duties in accordance with all applicable laws.

4. **Term.** The effective date of this Agreement shall be July 1, 2010 and this Agreement shall expire on June 30, 2017 (unless sooner terminated as hereinafter provided.

5. **Compensation.** Employee shall be entitled to compensation at the rate of $290.00 per week. Employee's compensation shall be payable at such intervals as



D.G.

EXHIBIT 27

PLAINTIFF'S EXHIBIT A

Employer may periodically, reasonably determine. Employee's compensation will be reduced by all payroll deductions (e.g. federal withholding, F.I.C.A., Medicare tax, etc.).

6. **Fringe Benefits.** Employee shall be entitled to such fringe benefits as Employer may periodically offer to its other employees; provided, however, that Employer reserves the right to terminate or modify any of such fringe benefits in Employer's sole and absolute discretion.

7. **Limitations on Authority.** Without the prior written consent of Employer, Employee shall have no actual, apparent or implied authority to, (i) pledge the credit of Employer; (ii) bind Employer to any contractual agreement, promissory note, mortgage, or financial undertaking; (iii) release or discharge any debt due Employer for less than the full amount thereof; or (iv) sell, mortgage, transfer or otherwise encumber or dispose of any of the assets of Employer.

8. **Termination.** This Agreement shall terminate upon the earliest of the following to occur.

A. **Expiration.** June 30, 2017.

B. **Death.** This Agreement shall automatically terminate upon the death of Employee. Employee shall be entitled to all compensation accrued to the date of Employee's death.

C. **Cause.** Employer may, immediately upon written notice, terminate this Agreement in the event Employee breaches the terms hereof. Employee shall be entitled to all compensation accrued to the date of termination.

D. **Without Cause.** Either party may terminate this Agreement for any reason by providing thirty (30) days' prior written notice to the other party, which notice shall state the effective date of termination. In the event that Employer terminates this Agreement without cause, Employee shall be entitled to a termination payment (less payroll taxes) equal to the product of $290.00 and the number of remaining weeks in the seven-year term hereof. For instance, if Employer terminates this Agreement without cause on June 30, 2014, then Employee shall be entitled to a termination payment of $45,240.00 (i.e. $290.00 x 156 (remaining weeks (52 x 3)), less payroll deductions.

Upon termination hereof, Employee (or Employee's estate, as the case may be) shall immediately deliver to Employer all documents and materials (without Employee retaining any copies) relating to Employer's business including documents and materials prepared by Employee (e.g. name, address and other date of referring physicians or other healthcare providers). The parties acknowledge that all such documents and materials (regardless of format) shall always remain the exclusive property of Employer.



D.G.

**EXHIBIT 27**

9. **Cooperation.** The parties shall cooperate with each other and shall execute such other documents and perform such acts as may be reasonably necessary to effectuate this Agreement.

10. **Miscellaneous.** This Agreement shall be construed in accordance with the laws of the State of Florida. No modification hereof shall be valid unless in writing and signed by the parties. This Agreement shall be binding upon and inure to the benefit of the parties and their respective heirs, successors and assigns. The parties acknowledge that each has played an equal part in the negotiation and drafting of this Agreement, and in the event any ambiguities should be realized in the construction or interpretation of this Agreement, such ambiguities shall not be construed against either party solely on account of authorship.

IN WITNESS WHEREOF, the undersigned have executed this Agreement as of the day and year first above written.

WITNESSES:

("Employer")

PERFORMANCE INDUSTRIES MANUFACTURING, INC., d/b/a VORTEX RACING COMPONENTS

By: ____________________
President

Attest: ____________________
Secretary

("Employee")

____________________
DAN GEBERTH



**EXHIBIT 27**

**Subject:** Re:
**From:** Faith <faithantonio40@gmail.com>
**Date:** 11/21/2019, 2:12 AM
**To:** Daniel Geberth <dgeberth@gmail.com>
**BCC:** TT Gregor <tabithagregor@gmail.com>

I don't know why you keep trying to include my sister. That isn't her email anymore.
You let me go? I was your girlfriend. Not an employee. Please see a. ached correspondence. You just admitted in the email that you won't stop this so I'm done. All these exaggerations because you don't remember anything and since ur pissed that I left you, you want to put everything from our five year relationship as that I did you wrong bc you want to get back at me. Sorry you don't remember much, drug abuse will do that to you. I'm not going back and forth anymore. What you are accusing me of is absolutely false. This is enough. You're reaching and grasping. Sorry you don't know how to run your own life.

Don't email me again. I have you blocked 👌

On Wed, Nov 20, 2019, 11:21 PM Daniel Geberth <dgeberth@gmail.com> wrote:

> I did let you go and if I wanted you to return. I would have asked you to come back but I didn't. So you were fired and your not able to steal from my business anymore. Here is some examples of your lies and forged checks and proof of embezzlement. None of these payments were for Bluehost. They were for Cryofloatspa, Comfy critters, Amazon Capital Services checks you forged which I confirmed has nothing to do with my business. I attached all the actual Bluehost charges and not one payment coded to Bluehost is actually for Bluehost. It's all embezzled money along with all the other stuff. I understand now why you wouldn't hand over the bluehost password and ID along with Bill.com. You knew I would find more stuff. The Innisbrook payments you lied about and said it was for advertising in a phamplet, a golf banner, Innisbrook salamander magazine which does not even exist. You actually forged the last payment to them as well. It was all for your membership fees that has nothing to do with my company. NOTHING! I confirmed it with them that it was your membership. None of it was for what you said it was while you lied directly to my face. Merrick bank, Capital One Bank, Best Buy all have your account numbers on the checks that were also disguised in quickbooks. DUH! Plus all the fraudulent charges on my Amex paying for your personal stuff unrelated to my business. Affirm loan you paid through my company that I confirmed with them that it was for you, HP ink delivery that I confirmed the cartridges are not for my printer but the one in your house, Your Assurant renters insurance, Annual flex pass, Sams club, Office depot where a printer that was purchased that is not in my house also a sentry safe and other things like batteries and a bunch of other stuff, I have plenty of batteries here that I buy so there was never a need for you to buy them ever for my business. My Sunpass account which I already have one and Aspen is attached to mine. You set up your own that I was paying for everyone else to drive around, all the amazon purchases that were made on your personal amazon account, I have an Amazon business prime account and you know this so it was all personal stuff for yourself and family, Instacart purchases, Microsoft Office you purchased on the numeric@outlook.com email that has nothing to do with my business. I already own 5 seats of microsoft office so its on all of your computers in your house. The list is so fucking long and I keep finding more. I don't care what your family thinks of me and if they could see all of this I think they would have a very different

**EXHIBIT 28**

opinion of you. I did plenty of nice things for your family and you have the nerve to call my daughter a whore when I have never said anything negative about your family. Got your kids better jobs, bought one a car for 10k, $1730.00 to fix his transmission etc... You are a thief, liar, dishonest and in complete denial. You never had any of my permission to do any of this. You used my business accounts like it was your own personal money. I have plenty of evidence and I would like my personal property returned to me. You are not the owner of my business and simply just worked here. I entrusted you to do the accounting and you took complete advantage of me and committed crimes. Coding everything fraudulently in my quickbooks, disguising payments as something else thinking I would never find out. You have fucked up my accounting so bad that I am spending all my time cleaning it up. I found it all and I am going to keep pursuing this until I get my personal property back. MY MSI computer and then maybe I will consider taking down the actual TRUE FACTS I posted on FB and the Numeric page. The amount of money you embezzled from me is well over 40k. I feel completely violated considering all the things I have done for you and you had the nerve to steal from my business. I showed it to all of my family, friends and they don't think you are this sweetheart of a person anymore. I have every right to be angry with you considering what you have done. It was going to end soon anyway because of what you did and I will never forgive you for it. Tired of you ridiculing me all the time and being in a baseless, sexless relationship. The last year I really only looked at you in disgust and certainly was not in love with you anymore. You did help me through a rough time but this is how you justify it by stealing from my business. Thank you for helping me through a rough time but not for stealing from my business. Why would I want to pay for all your personal stuff for you and your family out of my business accounts. It's a business and none of this stuff is related to it. You are not a good person by any means but a very evil one. You certainly did not run my business. More like run it in the ground and now I am cleaning up the mess you made. Undeposited funds shows there is 22k missing and I can't find it. It was correct in the beginning of 2018 and throughout the year but towards the end of 2018 is when it started to grow and up till now 22k missing. So where is the money. So thank you very much and I would appreciate you returning my MSI laptop because it is my work computer. Thank you.

Screenshot_20191121-015343_Messages.jpg

**EXHIBIT 28**

8:28

Posts About Photos

**Daniel Geberth**
17h ·

Online fraudulent loans applied on me. I highly recommend getting LifeLock. This person knew everything about me. My social, Drivers license, address my routine a habits. Everything. That was never an email of mine or phone number. If you have any info. PM me. Waiting on the subpoena for the email address. Yahoo shut it down when I discovered it.

www.cashnetusa.com
Daniel Geberth
used my social security #
Acct# 33757154
Email address geberthdaniel@yahoo.com
Phone Number 941-203-9414
Suntrust Acct # 10002668092
Unknown Amount

www.maxlend.com
Daniel Geberth
Used my social security #
Email address geberthdaniel@yahoo.com
Phone Number 941-203-9414
JP Morgan Chase Bank Acct # 619117648
$1800.00

www.majesticlakefinancial.com
Daniel Geberth
Did not use my Social Security #
complaints@mlsinc.com

**EXHIBIT 29**



Exhibit 30

**EXHIBIT 30**


10:01
aspen 19
if you're a piece of shit , you're just my type
insta : aspensummerlynn

**EXHIBIT 31**


AT&T
7:52 AM
98%
+1 (727) 278-7765
Feb 14, 2019, 1:10 PM
The package was this
Text Message


Happy Valentines Day Faith. I love you very
Much and Appreciate everything you do.
Love Daniel

Exhibit 32


Remove Paper Label Before Recycling
Store Drop-off
PLASTIC BAG
how2recycle.info
UNITED STATES POSTAL SERVICE
Click-N-Ship®
P
usps.com
$7.50
US POSTAGE
9405 5036 9930 0278 7856 60 0075 0001 0013 4683
03/10/2020 1 lb 0 oz
Mailed from 33570
062S0000000313
PRIORITY MAIL 1-DAY™
AMAZON FULFILLMENT CENTER
3350 LAUREL RIDGE AVE
RUSKIN FL 33570-5526
Expected Delivery Date: 03/11/20
0006
C093
Carrier -- Leave if No Response
SHIP TO:
FAITH E ANTONIO
3564 DOVE HOLLOW CT
PALM HARBOR FL 34683-2213
USPS TRACKING #
9405 5036 9930 0278 7856 60
Electronic Rate Approved #038555749
prime

**Exhibit 33**




**EXHIBIT 34**



**EXHIBIT 35**



Exhibit 36

**EXHIBIT 36**

I got you this book as a gift. You should really learn it and understand what it really means to be dishonest. I find it extremely funny that you blocked all the wrong people on your Facebook. It wasn't my friends that was giving me information. It was all of yours after they saw my 100 percent true and accurate posts. How many of your friends reached out to me and chirped in my ear. They all flipped on you. LMAO! Everyone knows what you did to me and your name is so tarnished in the area and in the Porsche community. I also found out you have been going out quite frequently without me. People would ask where I was and your favorite excuse was, I wasn't feeling well. I didn't feel well a lot apparently. More dishonesty. I wonder how you would feel if I did that to you? Now at least I know why you always missed work on Mondays. Partying and dealing drugs with your friend Julie Ann Williams. That's what the 1000pcs of 2x2 baggies you bought are for. Every single invoice was billed and shipped directly to your house for Quill. Except the very last invoice. I found all your fraud and embezzlement. Also, you should hang all these quotes up in your house rather than your bullshit Faith, God and Christian scriptures. You are by far the most Dishonest, Deceitful, Sneaky, Manipulative, Compulsive lying bitch I have ever dealt with in my entire life. Took me a few years to figure out your bullshit but I am glad I did. I also think it's funny that you and your dumbass sister keep bringing up stuff I did over 5 1/2 years ago. Really get the fuck over it and if it was so bad you should have gotten out then. You're an opportunist and saw an opportunity and took advantage of it. Also stop telling people you made me a lot of money because that is not the case at all. If you did, I would have never needed to live off my retirement money. You stole a lot of money that's for damn sure. You can also stop telling people we were almost engaged. That was never the case and I never even considered it. I never once even looked at rings. Do you seriously think I would live with your MOTHER and all those kids? LMFAO! Also, you can stop telling people you saved my life. You most certainly did not. You never had to revive me. You just made me aware of what I was doing, and it was MY DECISION to stop. Yeah you supported me for a few months and after that you literally didn't do shit for me but rob me blind. You're a taker and not a giver. Also stop coming in my neighborhood. You are a full-blown stalker and were in here 2 days before our court date. I have you on video dumbass. You're a Demoncrat who thinks they are entitled to everything. I would describe you as a cold-hearted MONSTER. Sociopath to be exact. Your dumbass

sister had the nerve to call me a narcissist. I don't have any of those traits. I do more for others than for myself. I don't need compliments. I don't manipulate people and I certainly don't brag about myself. You can take your brain, your sisters, mothers and daughters and it won't even make up 1/3 of a brain. A chimp is smarter than all of you. She is a well-educated woman. LMFAO! If that were the case, she wouldn't have been cleaning rich people's homes and living in a dump. Read that link pretty much describe you. https://www.healthline.com/health/mental-health/am-i-dating-a-narcissist#8. These traits sound a lot more like you if anything. Regardless I am so glad it is over. My business is doing so much better, I bought a new building, doing way more in sales than you ever did, Website is so much better that you were forever working on. Social media presence is remarkable. What did I lose? A very Dishonest, Sneaky, Manipulative, Deceitful, Lying bitch of a girlfriend that didn't do shit for me anyway. I didn't lose anything and I'm not crumbling like your dumbass sister thinks I am. I am excelling in every way possible. So, I would really like to thank you as you did me a huge favor. Lit a huge fire under my ass. I no longer need to draw money from my retirement accounts to pay my bills. I never have to look at your miserable face and if you see me out stay as far away from me as possible. I do not want you anywhere near me STALKER! If you think I'm done with you. Your sadly mistaken and I'm doing it all by the law. Also, I never hacked into any of your accounts. Computer hacking is not a skillset I possess dumbass. I can't even swap a hard drive out. Funny thing is I would have excepted the Jacuzzi sauna spa, an apology and an explanation why and an apology to my daughter. Your so stubborn and ignorant look where it got you dumbass. You made your bed and now you must lie in it. The single biggest mistake you made was to rip me off, your dishonesty, deceitfulness, manipulation and of course the many lies you consistently tell. Innisbrook lie, Percocet lie, going out lies etc.... Have a great and wonderful life.



**Daniel Geberth**
December 24 ·

2 Comments

Like Share

**Daniel Geberth** This is Faith Lee on Facebook. Faith Antonio in real life. I would recommend that everyone not hire her for a job. She is a bad actor and embezzled over 100k from my business.

Like · 2d · Edited

**Jarrett Aaronson** What a sweet woman

Like · 4h

**EXHIBIT 38**



**Daniel Geberth**
December 15, 2019 ·

I have been working 24/7 to get this mess cleaned up that my ex girlfriend Faith Lee on Facebook real name Faith Antonio. I dated her for over 5 years to find out she has been embezzling money from my business Numeric Racing for several years. It's a lot of money and stuff so far and I keep finding more. I got into 2016 through 2018 and some of 2019 and it's disturbing knowing what she has been doing for the last 5 years. You just don't start doing this at the age of 34 she is now 39. She has been doing this type of shit her whole life. No question about it. A very very dishonest, sneaky, lying, thief. She had me fooled and I entrusted her to do my accounting but rather she was bleeding my accounts anyway she could. She bought so much stuff on my Amex and Synovus accounts that have nothing to do with my company. So much sneaky shit she did in Quickbooks to hide everything. I found where she purchased a Ring camera system and an Arlo camera system. So I outfitted more than just her house. I also bought a Cricut machine that does arts and crafts for $400.00. Isn't that nice. There is a shitload of Amazon purchases that were all delivered to her house. My tax returns are going to be filed so late until I fix this mess. Here is a picture of the culprit. I wouldn't hire her considering what she has done and what she is capable of doing. I filed charges and I also filed a Civil Law Suit against her. I have so much evidence there is no way she can avoid going to jail or punished in some way. Forging my name on checks is really all I need and I have a lot of them that were all disguised in Quickbooks as something else.

**EXHIBIT 39**

EXHIBIT 40



Daniel Geberth | Timeline | Recent

From Rochelle Park, New Jersey

Single

numericracing.com

Photos



Friends

Life Events

Started New Job at Numeric Racing

January 1, 2012

keeps saying I never embezzled any money from you. I have all the proof I need in my hand. DUH! I was so mad one day when she wasn't here and smashed her computer screen. She will get everything that she deserves coming to her. She is piss poor and won't be able to afford an attorney.





**EXHIBIT 41**



**Daniel Geberth**
December 24 ·

2 Comments

Like Share

**Daniel Geberth** This is Faith Lee on Facebook. Faith Antonio in real life. I would recommend that everyone not hire her for a job. She is a bad actor and embezzled over 100k from my business.
Like · 2d · Edited

**Jarrett Aaronson** What a sweet woman
Like · 4h

**EXHIBIT 42**


10:24
+1 (813) 466-4880
Text Message
Tuesday 9:34 PM
I found your secret identity phone number. Thank you Amazon for all the help.
Text Message
Pay

**EXHIBIT 43**



**Daniel Geberth**
March 23 · Edited ·

Dishonest Crime Family Sisters.

1 · 1 Comment

Like · Share

**Daniel Geberth** Faith Lee, Faith Antonio in real life. Tabitha Beatrice Gregor sisters in crime! 💩

Like · 2d · Edited

**EXHIBIT 44**

---

From: mand3rz21@yahoo.com
To: faithantonio@hotmail.com
Subject: FW: Dan Truly Cares
Date: Thur, Nov 19, 2015 10:05 am

thought you should know. good for him, tell him im happy move on and thanks for being concerned but no thanks im good lol

---

From: "Daniel Geberth" <dan@numericracing.com>
To: mand3rz21@yahoo.com
Subject: Dan Truly Cares
Date: Thur, Nov 19, 2015 2:05 am

Amanda

When I send you emails I don't mean to come across as a dick or want to hurt you. Just concerned because I actually care deeply what happens to you. My friend Kenneth Jones just lost his sister to weight problems from being under weight. Her body finally shut down from being way underweight and she couldn't handle it anymore as her body was feeding off itself. I also lost my neighbor I grew up with in NJ recently with after years of her battling her weight problem. She had a cardiac arrest. So when I saw your pics on Aspen's FB because I monitor her page. Before you deleted her in a childish manner I was able to see how you were doing. I became concerned because I saw how you looked and you did not look healthy by any means. I think you need help and if something were to happen to you and I didn't at least try would be hard for me to suck up. Sorry for caring so much. Besides that how are you doing otherwise. I try to communicate with you but you are not at all interested. I have my days where they are up and down. Being sober has been a very positive change for me and I didn't realize how many people I was hurting. Some may forgive me and some may not. I've apologized to you several times before and only wish you could find it in your heart to forgive me. It wasn't who I was. I am a much better person and in a better place. Every day is a new challenge for me and every day I go sober is a great accomplishment. There has been a few times where things weren't going right and I wanted to find some drugs. I resisted the temptation and it's had it's up and downs. Being sober has only brought positive things to my life. I am able to put 100% into my business and great things are going to come from it now I am able to put 100% into it because I am past the hump of staying sober. I wish you could find it in your heart to actually talk to me one day again. I treated you very well and took care of you the best I could. Don't know how you can't see this and no man will ever care for you as much as I did. I always put you before me first and maybe I shouldn't have done that because maybe I spoiled you and pretty much gave you whatever you wanted. Wish you had treated me the same way. Sorry to ramble on but I have so much unfinished business with you and never got closure from you. After several years gone by it still bothers me to this day. Maybe till the rest of my life if you never decide to talk to me. I can't comprehend for the life of me why you shut me out. I was always faithful to you which is a rare trait these days. Do you actually hate me more than anything after all the things I've done for you. It's very rare a man would take care of a women like I did to you in this day in age. It's who I am. Old fashioned and I believe the man has to take care of the women. You really didn't actually have to work and that's how it should be in my world. Only to have something to do every day. I wish you weren't so stubborn and actually communicate with me. I took very good care of you and chances are no man has been able to fill my shoes. It's hard for me to move on in my relationship when I still

have strong feelings for you. Faith is a great girl but something is missing or my feelings are holding me back. If you have no feelings for me whatsoever than you could possibly help me move on by telling me so. I think I think I deserve this at the very least for everything I've done. I don't think it's too much to ask for. I would do the same for you. There really has been only 2 women I have ever really truly loved. My ex Maryanne who is a very good friend of mine. Like a sister to me. Then there is you of course where I would do anything within reason for you. I am probably the only ex that would always be there for you. I ask one favor if you could let me know you got my email message at least. Just a received your message so I am not wondering and another thing to help me get you out of my mind if you are not interested in talking to me. You could always come to me for advice and I would help the best I could. Have to go for now and I look forward to your response. A part of my life is missing.

Only good intentions

Dan

NUMERIC Racing

**Daniel Geberth**
**dan@numericracing.com**
**Ph 813-920-4415**
**Fx 813-920-4417**

**EXHIBIT 45**