**[jiffyorda]** [Bench Order AP +]

ORDERED.

**Dated: December 17, 2021**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:
Faith Elyzabeth Antonio

Case No. 8:20−bk−07637−CPM
Chapter 7

Debtor* /

DGP Products Inc. d/b/a Numeric Racing

Plaintiff*

Adv. Pro. No. 8:20−ap−00537−CPM

vs.

Faith Elyzabeth Antonio

Defendant* /

**ORDER GRANTING ORE TENUS MOTION TO CLARIFY SERVICE REQUIREMENTS GOING FORWARD**

THIS CASE came on for hearing on December 16, 2021, for consideration of the **Ore Tenus Motion to Clarify Service Requirements going forward** (Doc. **481**), filed by **Plaintiff DGP Products Inc. d/b/a Numeric Racing**.

For the reasons stated orally and recorded in open court, the Ore Tenus Motion to Clarify Service Requirements going forward is Granted.

Service will be accomplished via email through Court's CM/ECF. Defendant to receive by email.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

Attorney Stanford R Solomon is directed to serve a copy of this order on interested non−CM/ECF users and file a proof of service within three (3) days of entry of the order.

Approved for entry.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.