FILED
Date: 1/25/22 @ 5:52p via: email
Clerk, U.S. Bankruptcy
Tampa Division

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

| | |
|---|---|
| FAITH ELYZABETH ANTONIO,<br>Debtor | Case No. 8:20-bk-07637<br>Chapter 7 |
| DGP PRODUCTS INCS, DBA NUMERIC RACING<br>Plaintiff<br>vs. | Adversary Case No. 8:20-ap-00537-CPM |
| FAITH ELYZABETH ANTONIO,<br>Defendant | |

**NOTICE OF COMPLIANCE BY DEFENDANT AND FAILURE BY PLAINTIFF TO MEET AND CONFER IN A GOOD FAITH EFFORT REGARDING TIK TOK TRIAL**

COMES NOW, Faith Elyzabeth Antonio ("Defendant"), pro se, and as such respectfully notify this Court of Defendant's good faith attempt and DGP Products, Inc.'s ("Plaintiff") failure to hold a meaningful meet and confer, and states the following:

1. On January 25, 2021, attorney Victoria Cruz-Garcia ("Garcia") appeared for Plaintiff for the meet and confer with the Defendant via Zoom by a link provided by the Defendant.

2. Mrs. Karen McHugh, appeared on the Defendant's behalf, as an observer to monitor the party's discussion, as a friend of the court, with no objections by Plaintiff.

3. Garcia appeared three minutes late to this scheduled meeting and proposed a settlement offer to withdraw the complaint (Doc. No. 1), which the Defendant promptly rejected.

4. Garcia immediately offered a "resolution to this entire claim," further stating that they are ready to recommend to DGP a complete walkaway of all claims with mutual injunctions.

5. Ms. Garcia concluded that this resolution disposes all issues pending, including the Tik Tok allegations. As Garcia stated Plaintiff sought dismissal of Defendants pleading and it was thought it was appropriate to present a global resolution. Ms. Garcia then proceeded to request the Defendant to withdraw her pleadings.

6. Ms. Garcia refused to discuss any matters relating to the Tik Tok trial and refused the Defendant's questions regarding the attendance of Daniel Geberth, this who the Defendant has requested an appearance as a witness. Furthermore, then filed a Motion in Limine regarding Defendant's exhibits, without even conferring about such matters, and against Local Rule 3.01.

7. Defendant has stated several times for the record that any settlement is completely off the table.

8. Accordingly, Florida Statute § 741.30(i) states that the court is prohibited from issuing mutual orders of protection. Moreover, an injunction against a corporation is useless.

9. On February 19, 2021, during the Motion to Dismiss hearing in the Injunction Court Action[1], the Solomon Law Group with the principal owner, Daniel Geberth ("Geberth"), had entered in exhibits with the intent to frame the Defendant for stalking.

10. It was later admitted that Geberth had created these social media accounts with that intent. These documents were admitted as genuine reproductions in Response to Defendant's First Requests for Admission (Doc. No. 458, 507). Thus, it could be concluded that Geberth would proceed to conduct himself in the same manner involving any Injunction.

[1] Faith Elyzabeth Antonio v. Daniel Alan Hilton Geberth, The Sixth Judicial Circuit Court in Pinellas County, Case No. 20-002405-FD

11. Garcia abruptly ended this meeting without any further discussion, and stated that she had appeared in good faith. Defendant does not agree.

12. Garcia was rude, demanding, and proceeded in an uncivil manner against the Florida Bar's Rules of Professionalism. Following the meeting, Garcia immediately contacted the Defendant demanding the video recording of this meeting.

13. In response, Defendant attempted to continue the discussions and her concerns relating to unanswered concerns for the Tik Tok trial and the receipt of the errata sheet from her deposition. Instead, Ms. Garcia set her email to away mode, ending such discussions, attached hereto as Exhibit "**A**".

14. Plaintiff failed to confer in good faith to attempt to resolve any issues with the Defendant regarding the Tik Tok trial after the Defendant refused to settle.

15. Ms. McHugh will be in appearance at the trial on January 28, 2021.

Respectfully submitted,

Faith Elyzabeth Antonio
**Pro Se Defendant**
Faithantonio.legal@gmail.com
3564 Dove Hollow Ct
Palm Harbor, FL 34683

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing copy has been filed and served on the Solomon Law Group by email and by the CM/ECF system through the Clerk of Court on January 25, 2022.

Faith Elyzabeth Antonio
**Pro Se Defendant**
Faithantonio.legal@gmail.com
3564 Dove Hollow Ct
Palm Harbor, FL 34683

# Exhibit "A"

Gmail

Faith Antonio <faithantonio.legal@gmail.com>

## DGP/Adversary Re Meet & Confer Recording

7 messages

---

**Victoria Cruz-Garcia** <vgarcia@solomonlaw.com> Tue, Jan 25, 2022 at 1:17 PM
To: Faith Antonio <faithantonio.legal@gmail.com>, "kmchugh@casapinellas.org" <kmchugh@casapinellas.org>
Cc: Stanford Solomon <SSolomon@solomonlaw.com>

Ms. Antonio and Ms. McHugh,

As you know, after we coordinated a recorded Zoom conference for our Meet & Confer, Ms. Antonio reset the matter under another Zoom link. To avoid further delays, we accepted and participated in the Zoom Meet & Confer conference with the full expectation that it would be recorded and that we would receive a copy of the recording. Please provide a copy of the recording as requested. Thank you.

Victoria

**THE SOLOMON LAW GROUP, P.A.**

**Victoria Cruz-Garcia**

Phone: 813-225-1818
Fax: 813-225-1050
Email: vgarcia@solomonlaw.com

www.solomonlaw.com

SOLOMON
LAW GROUP

**1881 West Kennedy Boulevard, Suite D • Tampa • Florida • 33606-1611**

Confidentiality Statement: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any transmission of confidential and/or privileged material to persons or entities other than intended recipients shall not be construed as a waiver of such privileges or confidence. Any review, retransmission, dissemination, or other use of this information by persons or entities other than the intended recipient is prohibited. Any action taken in reliance of this information by any persons or entities who are not intended recipients is also prohibited. If you receive this in error, please contact the sender of the email and delete the material from any computer or electronic device. Fair Debt Collection Practices Act: You are advised that this office may be deemed a debt collector and any information obtained will be used to effect collection of a debt.

---

**Faith Antonio** <faithantonio.legal@gmail.com> Tue, Jan 25, 2022 at 2:16 PM
To: Victoria Cruz-Garcia <vgarcia@solomonlaw.com>

Of course! All that you are seeking will be provided shortly.
[Quoted text hidden]

---

**Victoria Cruz-Garcia** <vgarcia@solomonlaw.com> Tue, Jan 25, 2022 at 2:20 PM
To: Faith Antonio <faithantonio.legal@gmail.com>
Cc: Karen Lasker Mchugh <kmchugh@casa-stpete.org>, Stanford Solomon <SSolomon@solomonlaw.com>, Jennifer Young <jyoung@solomonlaw.com>

Thank you for your prompt response. The video link should have been provided upon conclusion of the Zoom Conference. Please ensure you include all parties that were in attendance in the interest of full disclosures. Thank you.

Victoria

**THE SOLOMON LAW GROUP, P.A.**

**Victoria Cruz-Garcia**

Phone: 813-225-1818
Fax: 813-225-1050
Email: vgarcia@solomonlaw.com

www.solomonlaw.com

SOLOMON
LAW GROUP

**1881 West Kennedy Boulevard, Suite D • Tampa • Florida • 33606-1611**

Confidentiality Statement: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any transmission of confidential and/or privileged material to persons or entities other than intended recipients shall not be construed as a waiver of such privileges or confidence. Any review, retransmission, dissemination, or other use of this information by persons or entities other than the intended recipient is prohibited. Any action taken in reliance of this information by any persons or entities who are not intended recipients is also prohibited. If you receive this in error, please contact the sender of the email and delete the material from any computer or electronic device. Fair Debt Collection Practices Act: You are advised that this office may be deemed a debt collector and any information obtained will be used to effect collection of a debt.

[Quoted text hidden]

---

**Faith Antonio** <faithantonio.legal@gmail.com> Tue, Jan 25, 2022 at 2:25 PM
To: Victoria Cruz-Garcia <vgarcia@solomonlaw.com>

I am still waiting for the errata sheet from the deposition transcripts.
[Quoted text hidden]

---

**Victoria Cruz-Garcia** <vgarcia@solomonlaw.com> Tue, Jan 25, 2022 at 2:32 PM
To: Faith Antonio <faithantonio.legal@gmail.com>
Cc: Karen Lasker Mchugh <kmchugh@casa-stpete.org>

Ms. Antonio,

Please contact the court reporter directly, we have nothing to do with errata sheets. Please stop. This should not be a tit-for-tat discussion.

[Quoted text hidden]

---

**Faith Antonio** <faithantonio.legal@gmail.com> Tue, Jan 25, 2022 at 2:55 PM
To: Victoria Cruz-Garcia <vgarcia@solomonlaw.com>

I am attempting to finalize our meet and confer. I don't believe it was done in good faith, you abruptly ended this. A meet and confer isn't a demand to dismiss all claims, furthermore reciprocal injunctions are illegal.

Are you admitting that your complaint has unfounded allegations?

Accordingly, I also object to the use of your own paid employee as testimony to authenticate.

You do not need to cc Ms. McHugh, she only appeared as an observer.

Thank you.
[Quoted text hidden]

---

**Faith Antonio** <faithantonio.legal@gmail.com> Tue, Jan 25, 2022 at 3:04 PM
To: Victoria Cruz-Garcia <vgarcia@solomonlaw.com>

In Federal District Court, Errata Sheets are governed statutorily by 5 U.S.C.A. § 30 (West 2017), specifically §30(e). This rule allows a witness to change deposition testimony via an errata sheet if a request is made to do so before the completion of the deposition. The errata sheet must be completed within 30 days after the officer notifies the witness that the deposition is available for review. *Id.* Also, the witness must sign the errata sheet for it to be enforceable. *Id.*

*Your reporter should have contacted me....*
[Quoted text hidden]

Gmail Faith Antonio <faithantonio.legal@gmail.com>

**Automatic reply: DGP/Adversary Re Meet & Confer Recording**

1 message

**Victoria Cruz-Garcia** <vgarcia@solomonlaw.com> Tue, Jan 25, 2022 at 2:55 PM
To: Faith Antonio <faithantonio.legal@gmail.com>

Thank you for your email. I am currently uavailable. If you require immediate attention, please contact my paralegal, Stephanie Maldonado at sravelo@solomonlaw.com. Thank you.

Victoria


THE SOLOMON LAW GROUP, P.A.

**Victoria Cruz-Garcia**

Phone: 813-225-1818
Fax: 813-225-1050
Email: vgarcia@solomonlaw.com

www.solomonlaw.com

SOLOMON LAW GROUP

**1881 West Kennedy Boulevard, Suite D • Tampa • Florida • 33606-1611**


Confidentiality Statement: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any transmission of confidential and/or privileged material to persons or entities other than intended recipients shall not be construed as a waiver of such privileges or confidence. Any review, retransmission, dissemination, or other use of this information by persons or entities other than the intended recipient is prohibited. Any action taken in reliance of this information by any persons or entities who are not intended recipients is also prohibited. If you receive this in error, please contact the sender of the email and delete the material from any computer or electronic device. Fair Debt Collection Practices Act: You are advised that this office may be deemed a debt collector and any information obtained will be used to effect collection of a debt.

Gmail

Faith Antonio <faithantonio.legal@gmail.com>

## DGP/Adversary Re Meet & Confer Recording

**Jennifer Young** <jyoung@solomonlaw.com>
To: Faith Antonio <faithantonio.legal@gmail.com>

Tue, Jan 25, 2022 at 3:22 PM

Ms. Antonio, Victoria forwarded your message to me for response. You can contact Veritext Legal Solutions, 800-726-7007 to obtain transcripts and/or errata sheets

THE SOLOMON LAW GROUP, P.A.

**Jennifer Young**
Legal Assistant

Phone: 813-225-1818
Fax: 813-225-1050
Email: jyoung@solomonlaw.com

www.solomonlaw.com

SOLOMON
LAW GROUP

**1881 West Kennedy Boulevard, Suite D • Tampa • Florida • 33606-1611**

[Quoted text hidden]