FILED *Via email*

APR - 8 2022

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

FAITH ELYZABETH ANTONIO, Debtor ) Case No. 8:20-bk-07637 Chapter 7

DGP PRODUCTS INCS, DBA NUMERIC RACING Plaintiff ) Adversary Case No. 8:20-ap-00537-CPM

vs.

FAITH ELYZABETH ANTONIO, Defendant )

**MOTION FOR LEAVE TO FILE NOTICE OF FILING EXCERPT OF DGP PRODUCTS, INC SYNOVUS BANK ACH STATEMENTS REFLECTING PAYMENTS MADE DIRECTLY TO EXPERT WITNESS BRAD KANTER OF KANTER & ASSOCIATES**

Defendant, Faith Elyzabeth Antonio, pro se, and as such respectfully requests leave to file Notice of Filing excerpt of DGP Products, Inc. Synovus Bank ACH Statements Reflecting Payments made Directly to Expert Witness Brad Kanter of Kanter & Associates, attached hereto as Exhibit "A".

Respectfully submitted,

Faith Elyzabeth Antonio
Faithantonio.legal@gmail.com
Pro Se Defendant
3564 Dove Hollow Ct
Palm Harbor, FL 34683