ORDERED.

**Dated: July 01, 2022**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Faith Elyzabeth Antonio,

Debtor.

_____________________________________/

Case No. 8:20-bk-07637-CPM
Chapter 7

DGP Products Inc. d/b/a Numeric Racing,

Plaintiff,

vs.

Faith Elyzabeth Antonio,

Defendant.

_____________________________________/

Adv. No. 8:20-ap-00537-CPM

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS COUNT III OF THE COMPLAINT OBJECTING TO DEBTOR'S DISCHARGE UNDER 11 U.S.C. § 727**
(Docs. 935 & 945)

Before the Court for consideration are Plaintiff's *Notice of Voluntary Dismissal of Count II of Complaint* (Doc. 935) and *Notice of Scrivener's Error and Correcting Document 935* (Doc. 945), which, together, the Court deems a motion to dismiss Count III of the complaint, in which count Plaintiff had objected to Defendant's Chapter 7 discharge under 11 U.S.C. § 727(a)(2) (the "Motion"). Upon due consideration of the Motion, together with the record, and upon the consent of Defendant obtained on the record at a status conference on June 28, 2022, it is

**ORDERED**:

1. The Motion is **GRANTED**.

2. As provided by Fed. R. Bankr. P. 7041, the United States Trustee and Christine L Herendeen, Chapter 7 Trustee, are hereby notified that should they wish, they may come before the Court and intervene as a substitute party plaintiff with regard to Count III of the complaint. The Court finds that, in this case, no further notice under the rule is required.

3. If either the United States Trustee or Ms. Herendeen, as Chapter 7 Trustee, wishes to prosecute the objection to discharge, such party must file a motion to intervene no later than fourteen (14) days from entry of this Order. If no motion is timely filed, the Court will dismiss Count III of the complaint and, assuming it is otherwise appropriate, direct the Clerk to enter Defendant's discharge.

Clerk's Office to serve upon the United States Trustee and Christine L Herendeen, Chapter 7 Trustee. Further service of this Order is not required.