United States Bankruptcy Court
Middle District of Florida

DGP Products Inc. d/b/a Numeric Racing,
Plaintiff

Adv. Proc. No. 20-00537-CPM

Antonio,
Defendant

# CERTIFICATE OF NOTICE

District/off: 113A-8 User: admin Page 1 of 2
Date Rcvd: Jul 05, 2022 Form ID: pdfdoc Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2022:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: clherendeen@herendeenlaw.com | Jul 05 2022 23:31:43 | Christine L Herendeen, PO Box 152348, Tampa, FL 33684-2348 |
| | + Email/Text: ustpregion21.tp.ecf@usdoj.gov | Jul 05 2022 23:31:00 | United States Trustee - TPA7/13, 501 E. Polk St., Ste. 1200, Tampa, FL 33602-3945 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2022 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Donald R Kirk | on behalf of unknown Tik Tok Inc. dkirk@carltonfields.com kathompson@carltonfields.com |
| Faith Elyzabeth Antonio | faithantonio.legal@gmail.com |
| Stanford R Solomon | on behalf of Plaintiff DGP Products Inc. d/b/a Numeric Racing bankruptcy@solomonlaw.com bankruptcy@solomonlaw.com |
| W Keith Fendrick | |

on behalf of Interested Party Intuit Inc. keith.fendrick@hklaw.com, andrea.olson@hklaw.com;brittany.jacobs@hklaw.com

TOTAL: 4

ORDERED.

**Dated: July 01, 2022**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Faith Elyzabeth Antonio,

Case No. 8:20-bk-07637-CPM
Chapter 7

Debtor.
______________________________________/

DGP Products Inc. d/b/a Numeric Racing,

Plaintiff,

Adv. No. 8:20-ap-00537-CPM

vs.

Faith Elyzabeth Antonio,

Defendant.
______________________________________/

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS COUNT III OF THE COMPLAINT OBJECTING TO DEBTOR'S DISCHARGE UNDER 11 U.S.C. § 727**
(Docs. 935 & 945)

Before the Court for consideration are Plaintiff's *Notice of Voluntary Dismissal of Count II of Complaint* (Doc. 935) and *Notice of Scrivener's Error and Correcting Document 935* (Doc. 945), which, together, the Court deems a motion to dismiss Count III of the complaint, in which count Plaintiff had objected to Defendant's Chapter 7 discharge under 11 U.S.C. § 727(a)(2) (the "Motion"). Upon due consideration of the Motion, together with the record, and upon the consent of Defendant obtained on the record at a status conference on June 28, 2022, it is

**ORDERED**:

1. The Motion is **GRANTED**.

2. As provided by Fed. R. Bankr. P. 7041, the United States Trustee and Christine L Herendeen, Chapter 7 Trustee, are hereby notified that should they wish, they may come before the Court and intervene as a substitute party plaintiff with regard to Count III of the complaint. The Court finds that, in this case, no further notice under the rule is required.

3. If either the United States Trustee or Ms. Herendeen, as Chapter 7 Trustee, wishes to prosecute the objection to discharge, such party must file a motion to intervene no later than fourteen (14) days from entry of this Order. If no motion is timely filed, the Court will dismiss Count III of the complaint and, assuming it is otherwise appropriate, direct the Clerk to enter Defendant's discharge.

Clerk's Office to serve upon the United States Trustee and Christine L Herendeen, Chapter 7 Trustee. Further service of this Order is not required.