Filed
AUG 22 2022
CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa DIVISION

9 Pages Scanned by EM

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Via Email @ 8:44 AM

IN RE:

| | |
|---|---|
| FAITH ELYZABETH ANTONIO, Debtor | Case No. 8:20-bk-07637<br>Chapter 7 |
| DGP PRODUCTS INCS, DBA NUMERIC RACING<br>Plaintiff<br>vs. | Adversary Case No. 8:20-ap-00537-CPM |
| FAITH ELYZABETH ANTONIO, Defendant | |

**NOTICE OF FILING EXCERPT OF BRAD KANTER'S TESTIMONY FROM THE TRANSCRIPT OF THE JUNE 17, 2022 TRIAL ON THE COMPLAINT**

COMES NOW, Faith Elyzabeth Antonio ("**Defendant**"), pro se, and as such respectfully notifies the Court and ("**Plaintiff**") DGP Products, Inc. of the filing of the excerpt of Brad Kanter's Testimony from the Transcript of the June 17, 2022 trial on the Complaint (Doc. No. 964), attached hereto as Exhibit "A". This in support of Expedited Motion for Leave to File Defendant's Motion to Disqualify for Failure to Disclose the Professional Relationship between DGP Products, Inc. and Kanter & Associates (Doc. No. 972):

**Pg. 119 L 21-25; Pg. 120 L.1-6**

> **PLAINTIFF**: Okay. What about the General Ledger Reports? What general ledgers did you review?
>
> **KANTER**: The general ledger data that we had access to on the QuickBooks database.
>
> **PLAINTIFF**: Okay. Same with the 1099's.

**KANTER**: 1099S that were prepared, I believe, by Cohen & Grieb, we reviewed those. And the W-2's as well.

**PLAINTIFF**: Okay. Who prepared the W-2's?

**KANTER**: My firm did.

**PLAINTIFF**: Okay. And did you also review tax returns?

**KANTER**: From DGP, yes.

Respectfully submitted,

Faith Elyzabeth Antonio
**Pro Se Defendant**
Faithantonio.legal@gmail.com
4545 Swallowtail Dr.
New Port Richey, FL 34653

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing copy has been filed via email with the Clerk of Court and served on all interested parties in this proceeding through CM/ECF on August 22, 2022.

Faith Elyzabeth Antonio
**Pro Se Defendant**
Faithantonio.legal@gmail.com
4545 Swallowtail Dr.
New Port Richey, FL 34653

# EXHIBIT

# "A"

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| IN RE:<br>FAITH ELYZABETH ANTONIO<br>Debtor | Case No. 8:20-bk-07637-CPM<br>Chapter 7 |
| DGP PRODUCTS, INC.<br>d/b/a NUMERIC RACING<br>Plaintiff<br>vs.<br>FAITH ELYZABETH ANTONIO<br>Defendant | Adv. No. 8:20-ap-00537-CPM |

U.S. Courthouse
801 North Florida Avenue
Tampa, Florida 33602
Held June 17, 2022

TRANSCRIPT OF HEARING
[Re: 8:20-ap-00537]
Trial on Complaint - Day 9
Entire Transcript

BEFORE THE HONORABLE CATHERINE PEEK MCEWEN
UNITED STATES BANKRUPTCY JUDGE

PROCEEDINGS DIGITALLY RECORDED BY COURT PERSONNEL
FROM IN-PERSON, ZOOM VIDEO CONFERENCE AND/OR TELEPHONE.
TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE
APPROVED BY ADMINISTRATIVE OFFICE OF U.S. COURTS.

---

JOHNSON TRANSCRIPTION SERVICE
6532 Thoroughbred Loop
Odessa, Florida 33556
(813) 920-1466

APPEARANCES
VIA IN-PERSON, ZOOM, AND/OR TELEPHONE

| | |
|---|---|
| For the Plaintiff<br>DGP Products, Inc.<br>d/b/a Numeric Racing | STANFORD R. SOLOMON, Esquire<br>VICTORIA CRUZ-GARCIA, Esquire<br>The Solomon Law Group<br>1881 West Kennedy Boulevard<br>Suite D<br>Tampa, Florida 33606<br>813-225-1818<br>ssolomon@solomonlaw.com<br>vgarcia@solomonlaw.com |
| | Adam Tammaro, Law Clerk<br>Bill Kent, IT Manager |
| As the Pro Se Defendant | FAITH ELYZABETH ANTONIO<br>3564 Dove Hollow Court<br>Palm Harbor, Florida 34683<br>faithantonio.legal@gmail.com |
| For DGP Products, Inc. | DANIEL GEBERTH, Principal of DGP |
| Also present | Brad Kanter<br>Ilene Kanter<br>Christien Antonio<br>Tabithann Gregor |

INDEX


| WITNESSES | PAGE |
|---|---|
| | |
| FAITH ANTONIO | |
| Supplemental Direct Examination by Ms. Cruz-Garcia | 13 |
| Supplemental Cross Examination by Faith Antonio | 90 |
| | |
| BRAD KANTER | |
| Direct Examination by Ms. Cruz-Garcia | 103 |
| Voir Dire Examination by Ms. Antonio | 110 |
| Continued Direct Examination by Ms. Cruz-Garcia | 115 |

Q Okay. And the --
A The basis for that would be to try to determine our scope. It may not fall into our scope or it may not be cost effective to do it.
Q Sure. And vice versa is also correct. You may have not received all of the documents pertaining to that topic, but whatever you got, you reviewed.
A That's correct.
Q Okay. With regards to the email communication --
A Uh-huh (affirmatively).
Q -- why does it say Provided Partial?
A Although we have access to the entire portfolio of emails that were on the email server provider, we did not look through every single one, given the volume there. That's why.
Q So shouldn't that be -- the Partial being on the Reviewed?
A Yes, it should be.
Q Okay. Is that an error in your report?
A Yes, it is.
Q Okay. What about the General Ledger Reports? What general ledgers did you review?
A The general ledger data that we had access to on the QuickBooks database.
Q Okay. Same with the 1099s.

A 1099s that were prepared, I believe, by Cohen & Grieb, we reviewed those. And the W-2s as well.
Q Okay. Who prepared the W-2s?
A My firm did.
Q Okay. And did you also review tax returns?
A From DGP, yes.
MS. ANTONIO: I'm just going to object to relevancy.
THE COURT: He's just describing what he's reviewed.
MS. ANTONIO: Okay.
THE COURT: He hasn't said how he used it in anything yet on the merits. So overruled.
MS. ANTONIO: Okay.
BY MS. CRUZ-GARCIA:
Q How did you choose what information from this dearth of financial records that you reviewed?
THE COURT: Wait a minute. Dearth means lacking.
MS. CRUZ-GARCIA: That's what it says there, and I mispronounced it probably. Sorry.
THE COURT: That means lacking, absence of.
MS. CRUZ-GARCIA: That's what the title says on the report, Your Honor.
THE COURT: Okay.
THE WITNESS: I'll look that up.

CERTIFICATE

This certifies that the foregoing constitutes the official verbatim transcript produced to the best degree possible from the FTR digital recording, and/or MP3 backup, and/or telephonic audio recording, as recorded, logged, maintained, and provided by court staff.

I further certify that I am neither counsel for, nor related to, nor an employee of any of the parties to the action in which this hearing was taken and, further, that I have no personal interest in the outcome of the action.

Cheryl Culver
Cheryl Culver
Certified Court Reporter

August 18, 2022
Date

For Johnson Transcription Service
Approved Court Transcribers
for U.S. Bankruptcy Court
Middle District of Florida