Filed
JAN 25 2023
CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa DIVISION

8 Pages Scanned by SM

Email

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

| | |
|---|---|
| FAITH ELYZABETH ANTONIO,<br>Debtor | Case No. 8:20-bk-07637<br>Chapter 7 |
| DGP PRODUCTS INCS, DBA<br>NUMERIC RACING<br>Plaintiff<br>vs. | Adversary Case No. 8:20-ap-00537-CPM |
| FAITH ELYZABETH ANTONIO,<br>Defendant | |

**NOTICE OF EMAIL COMMUNICATIONS REGARDING NOTICE AND SUBPOENA TO INTUIT, INC. APPEAR TO TESTIFY AT TRIAL**

Defendant, Faith Elyzabeth Antonio, pro se, and as such notices this Court and DGP Products, Inc. of email communications regarding Notice and Subpoena to Intuit, Inc. to Appear to Testify at Trial, attached hereto as Exhibit "A".

Respectfully submitted,

[signature]

Faith Elyzabeth Antonio
Faithantonio.legal@gmail.com
Pro Se Defendant
4545 Swallowtail Dr
New Port Richey, FL 34653

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed and served via email through the Clerk of Court and the CM/ECF upon all parties of this action on January 25, 2023.

Faith Elyzabeth Antonio
Pro Se Defendant
Faithantonio.legal@gmail.com
4545 Swallowtail Dr
New Port Richey, FL 34653

# EXHIBIT

# "A"

Gmail Faith Antonio <faithantonio.legal@gmail.com>

**DGP Products Inc. d/b/a Numeric Racing v. Faith Antonio/Adversary Proceeding/Our File No. 80374.22003**
3 messages

**Adam Tammaro** <atammaro@solomonlaw.com> Thu, Dec 29, 2022 at 11:53 AM
To: Faith Antonio <faithantonio.legal@gmail.com>
Cc: Victoria Cruz-Garcia <vgarcia@solomonlaw.com>, "keith.fendrick@hklaw.com" <keith.fendrick@hklaw.com>

*Good morning* Ms. Antonio,

As you are likely aware, the Court has entered Doc No. 2005, Order (I) Granting, In Part, Defendant's Motion for Leave to Amend Her Witness List for Trial and (II) Deeming Defendant's Witness List for Trial Amended. A courtesy copy is attached.

At your earliest convenience please provide our office with the name and contact information of the person employed by Intuit, Inc. that you intend to call as a witness at the trial.

Thank you.

THE SOLOMON LAW GROUP, P.A.

**Adam Tammaro**
Law Clerk

Phone: 813-225-1818
Fax: 813-225-1050
Email: atammaro@solomonlaw.com

www.solomonlaw.com

SOLOMON
LAW GROUP

**1881 West Kennedy Boulevard, Suite D • Tampa • Florida • 33606-1611**

Confidentiality Statement: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any transmission of confidential and/or privileged material to persons or entities other than intended recipients shall not be construed as a waiver of such privileges or confidence. Any review, retransmission, dissemination, or other use of this information by persons or entities other than the intended recipient is prohibited. Any action taken in reliance of this information by any persons or entities who are not intended recipients is also prohibited. If you receive this in error, please contact the sender of the email and delete the material from any computer or electronic device. Fair Debt Collection Practices Act: You are advised that this office may be deemed a debt collector and any *information obtained will be used to effect collection of a debt.*

**Doc 2005.pdf**
152K

**Adam Tammaro** <atammaro@solomonlaw.com> Wed, Jan 11, 2023 at 9:33 AM
To: Faith Antonio <faithantonio.legal@gmail.com>
Cc: Victoria Cruz-Garcia <vgarcia@solomonlaw.com>, "keith.fendrick@hklaw.com" <keith.fendrick@hklaw.com>

*Good morning,*

I am following up on the December 29, 2022 email below. Please provide our office with the name and contact information of the person employed by Intuit, Inc. that you intend to call as a witness at the trial.

Thank you.

THE SOLOMON LAW GROUP, P.A.

**Adam Tammaro**
Law Clerk

Phone: 813-225-1818
Fax: 813-225-1050
Email: atammaro@solomonlaw.com

www.solomonlaw.com

SOLOMON
LAW GROUP

**1881 West Kennedy Boulevard, Suite D • Tampa • Florida • 33606-1611**

Confidentiality Statement: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any transmission of confidential and/or privileged material to persons or entities other than intended recipients shall not be construed as a waiver of such privileges or confidence. Any review, retransmission, dissemination, or other use of this information by persons or entities other than the intended recipient is prohibited. Any action taken in reliance of this information by any persons or entities who are not intended recipients is also prohibited. If you receive this in error, please contact the sender of the email and delete the material from any computer or electronic device. Fair Debt Collection Practices Act: You are advised that this office may be deemed a debt collector and any information obtained will be used to effect collection of a debt.

**From:** Adam Tammaro
**Sent:** Thursday, December 29, 2022 11:53 AM
**To:** Faith Antonio <faithantonio.legal@gmail.com>
**Cc:** Victoria Cruz-Garcia <vgarcia@solomonlaw.com>; keith.fendrick@hklaw.com
**Subject:** DGP Products Inc. d/b/a Numeric Racing v. Faith Antonio/Adversary Proceeding/Our File No. 80374.22003

Good morning Ms. Antonio,

As you are likely aware, the Court has entered Doc No. 2005, Order (I) Granting, In Part, Defendant's Motion for Leave to Amend Her Witness List for Trial and (II) Deeming Defendant's Witness List for Trial Amended. A courtesy copy is attached.

At your earliest convenience please provide our office with the name and contact information of the person employed by Intuit, Inc. that you intend to call as a witness at the trial.

Thank you.

---

**Faith Antonio** <faithantonio.legal@gmail.com> Wed, Jan 11, 2023 at 9:40 AM
To: Adam Tammaro <atammaro@solomonlaw.com>

Mr. Tammaro,

If and when I decide to call upon a representative from Intuit to appear at trial, I will do so accordingly.

Otherwise, by cc'ing Mr. Fendrick, this is totally inappropriate.

Thank you,

Faith Antonio

On Wed, Jan 11, 2023 at 9:33 AM Adam Tammaro <atammaro@solomonlaw.com> wrote:

> Good morning,
>
> I am following up on the December 29, 2022 email below. Please provide our office with the name and contact information of the person employed by Intuit, Inc. that you intend to call as a witness at the trial.
>
> Thank you.
>
> THE SOLOMON LAW GROUP, P.A.

**Adam Tammaro**
Law Clerk

Phone: 813-225-1818
Fax: 813-225-1050
Email: atammaro@solomonlaw.com

www.solomonlaw.com

SOLOMON
LAW GROUP

**1881 West Kennedy Boulevard, Suite D • Tampa • Florida • 33606-1611**

Confidentiality Statement: The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any transmission of confidential and/or privileged material to persons or entities other than intended recipients shall not be construed as a waiver of such privileges or confidence. Any review, retransmission, dissemination, or other use of this information by persons or entities other than the intended recipient is prohibited. Any action taken in reliance of this information by any persons or entities who are not intended recipients is also prohibited. If you receive this in error, please contact the sender of the email and delete the material from any computer or electronic device. Fair Debt Collection Practices Act: You are advised that this office may be deemed a debt collector and any information obtained will be used to effect collection of a debt.

**From:** Adam Tammaro
**Sent:** Thursday, December 29, 2022 11:53 AM
**To:** Faith Antonio <faithantonio.legal@gmail.com>
**Cc:** Victoria Cruz-Garcia <vgarcia@solomonlaw.com>; keith.fendrick@hklaw.com
**Subject:** DGP Products Inc. d/b/a Numeric Racing v. Faith Antonio/Adversary Proceeding/Our File No. 80374.22003

Good morning Ms. Antonio,

As you are likely aware, the Court has entered Doc No. 2005, Order (I) Granting, In Part, Defendant's Motion for Leave to Amend Her Witness List for Trial and (II) Deeming Defendant's Witness List for Trial Amended. A courtesy copy is attached.

At your earliest convenience please provide our office with the name and contact information of the person employed by Intuit, Inc. that you intend to call as a witness at the trial.

Thank you.

--
Respectfully,

Faith Elyzabeth Antonio
Pro Se/Defendant

Gmail Faith Antonio <faithantonio.legal@gmail.com>

**DGP Products, Inc. v Faith Elyzabeth Antonio 8:20-ap-00537-CPM - Notice to Appear/Notice of Service**
6 messages

**Faith Antonio** <faithantonio.legal@gmail.com> Mon, Jan 23, 2023 at 5:09 PM
To: "Fendrick, William K (TPA - X36707)" <Keith.Fendrick@hklaw.com>, "Olson, Andrea E (TPA - X36577)" <Andrea.Olson@hklaw.com>, brittany.jacobs@hklaw.com, hapi@hklaw.com, subpoenateam@intuit.com

Good Afternoon Mr. Fendrick,

According to your notice of appearance filed on November 5, 2021, Intuit requests that all notices and other papers are served upon HK Law, see D.E. 386. Therefore, please accept the following attached Notice to Appear at Trial and Notice of Service of Subpoena to Intuit, Inc.

If you have any questions or concerns, please feel free to contact me by email.

Thank you!

--
Respectfully,

Faith Elyzabeth Antonio
Pro Se/Defendant

**2 attachments**

**Notice of Service of Subpoena to Testify Intuit.pdf**
4926K

**Notice to Intuit.pdf**
10119K

**Faith Antonio** <faithantonio.legal@gmail.com> Mon, Jan 23, 2023 at 5:11 PM
To: Tabitha Gregor <tabithagregor@gmail.com>

[Quoted text hidden]

**2 attachments**

**Notice of Service of Subpoena to Testify Intuit.pdf**
4926K

**Notice to Intuit.pdf**
10119K

**Fendrick, William K (TPA - X36707)** <Keith.Fendrick@hklaw.com> Wed, Jan 25, 2023 at 1:54 PM
To: Faith Antonio <faithantonio.legal@gmail.com>, "Olson, Andrea E (TPA - X36577)" <Andrea.Olson@hklaw.com>, "Jacobs, Brittany (TPA - X36651)" <Brittany.Jacobs@hklaw.com>, hapi <hapi@hklaw.com>, "subpoenateam@intuit.com" <subpoenateam@intuit.com>

Ms. Antonio, for purposes of the subpoena you will need to make proper service. I am not authorized on behalf of Intuit to accept service.

Regards,

Keith

**W. Keith Fendrick | Holland & Knight**

Florida Supreme Court Certified Mediator
Equity Partner
Holland & Knight LLP
100 North Tampa Street, Suite 4100 | Tampa, Florida 33602
Phone 813.227.6707 | Fax 813.229.0134
keith.fendrick@hklaw.com | www.hklaw.com

**From:** Faith Antonio <faithantonio.legal@gmail.com>
**Sent:** Monday, January 23, 2023 5:09 PM
**To:** Fendrick, William K (TPA - X36707) <Keith.Fendrick@hklaw.com>; Olson, Andrea E (TPA - X36577) <Andrea.Olson@hklaw.com>; Jacobs, Brittany (TPA -

X36651) <Brittany.Jacobs@hklaw.com>; hapi <hapi@hklaw.com>; subpoenateam@intuit.com
**Subject:** DGP Products, Inc. v Faith Elyzabeth Antonio 8:20-ap-00537-CPM - Notice to Appear/Notice of Service

*[External email]*

[Quoted text hidden]

---

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

---

**Faith Antonio** <faithantonio.legal@gmail.com> Wed, Jan 25, 2023 at 2:22 PM
To: "Fendrick, William K (TPA - X36707)" <Keith.Fendrick@hklaw.com>

Mr. Fendrick,

The notice should be sufficient in lieu of the subpoena. Are you no longer acting as the attorney for Intuit?

Thank you,

Faith Antonio
[Quoted text hidden]

---

**Fendrick, William K (TPA - X36707)** <Keith.Fendrick@hklaw.com> Wed, Jan 25, 2023 at 2:24 PM
To: Faith Antonio <faithantonio.legal@gmail.com>

Ms. Antonio, I am not going to give you legal advice. I will leave it up to you. As I said, Intuit requires proper service. I do represent them.

[Quoted text hidden]

---

**Faith Antonio** <faithantonio.legal@gmail.com> Wed, Jan 25, 2023 at 2:25 PM
To: "Fendrick, William K (TPA - X36707)" <Keith.Fendrick@hklaw.com>

Mr. Fendrick, I was not asking for legal advice. I am well versed that the notice is sufficient and am asking you to accept that.

Thank you.
[Quoted text hidden]